

# UNITED STATES OF AMERICA

# State of Louisiana

## R. Kyle Ardoin

### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

### KIMBALL, TIREY AND ST. JOHN, LLP

are true and correct and are filed in the Louisiana Secretary of State's Office.

```
36236484I    COLLECTION AGENCY  ORIGF    7/27/2006   1 page(s)
```

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

September 13, 2022



*Secretary of State*

**WEB 36236484I**

**Certificate ID:** 11625882#FTL73

To validate this certificate, visit the following web site, go to **Business Services**, **Search for Louisiana Business Filings**, **Validate a Certificate**, then follow the instructions displayed.
**www.sos.la.gov**

| **Al Ater**<br>**Secretary of State**<br> | **COLLECTION AGENCY/DEBT COLLECTOR**<br>REGISTRATION FORM<br>(Pursuant to R.S. 9:3534.5 B) | |
|---|---|---|
| | Enclose $25 filing fee<br>Make remittance payable to<br>Secretary of State<br>*Do Not Send Cash* | Return to:  Commercial Division<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704<br>Web Site: www.sos.louisiana.gov |

The name of the collection agency is   Kimball, Tirey and St. John, LLP

Jurisdiction of Organization   California

Principal Business Office Address   1202 Kettner Blvd. San Diego, CA 92101

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**Signature of Authorized Representative**

**INSTRUCTIONS**

1. File this form along with the $25 filing fee with the Secretary of State's office.

2. You will receive a copy marked "Received and Filed" by the Secretary of State.

SS I-1 06/22/06

# EXHIBIT B

# LEASE CONTRACT

**NAA**
NATIONAL APARTMENT ASSOCIATION
*We Lead The Way Home*

Date of Lease Contract: **September 23, 2021**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (*list all people signing the Lease Contract*):

**Brittany Stillwell, Felix Felder**

and *us*, the owner: **Onni Real Estate IX LLC**

_____ *(name of title holder or published and recorded fictitious business name)*. You've agreed to rent Unit No. **2814** , at **Hope + Flower**

*(street address)* in _____ **Los Angeles** *(city)*, California, _____ **90015** _____ *(zip code)* (the "Dwelling") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The dwelling will be occupied only by you and (*list all other occupants not signing the Lease Contract*):

No one else may occupy the dwelling. Persons not listed above must not stay in the dwelling for more than **7** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **1st** day of **November** , **2021** , and ends at 11:59 p.m. the **31st** day of **January** , **2023** . This lease contract will automatically renew month-to-month unless (1) either party gives at least **60** days written notice of termination, (2) Intent to Move-Out as Required by Paragraph 48 (Move-Out Notice), or **(3) if this property is subject to the Tenant Protection Act of 2019, and you have a written lease terminated on or after January 1, 2020, requires you to execute a written extension or renewal of the lease for an additional term of similar duration with similar provisions, provided that those terms do not violate this section or any other provision of law.** If the number of days isn't filled in, at least 30 days written notice is required. If the Residents have been in possession for longer than one year, Landlord shall provide Residents with at least a 60 day written notice to terminate tenancy. Residents shall comply with all notice provisions in paragraph 32 (Default by Resident).

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the dwelling is $ **500.00** , due on or before the date this Lease Contract is signed. See paragraphs 52 (Security Deposit Deductions and Other Charges) and 53 (Deposit Return, Surrender, and Abandonment) for security deposit return information. The security deposit may not exceed 2 month's rent for an unfurnished dwelling, and 3 month's rent for a furnished dwelling. The security deposit may not exceed two and a half month's rent for an unfurnished dwelling, and three and a half month's rent for a furnished dwelling in the event you install water furniture.

**Santa Cruz County Residents.** You have the right to receive yearly interest on your security deposit at a rate of _____%. We may be liable for damages if we don't comply under Santa Cruz County Code §8.42 and Cal Civ. Code §1950.5.

**5. KEYS.** You will be provided _____ Dwelling key(s), **2** mailbox key(s), _____ FOB(s), and/or _____ **2** other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **4619.00** per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☒ at our online payment site, or
☒ at **RentCafe App**
_____
_____ .

Prorated rent of $ **4619.00** is due for the remainder of *[check one]*: ☒ 1st month or ☐ 2nd month, on _____ .

Otherwise, you must pay your rent on or before the **3rd** day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the expiration of one business day after the due date, you'll be delinquent. You will be obligated to pay to us (*check one*): ☒ a flat rate of $ **100.00** or ☐ _____ % of your total monthly rent payment if you fail to pay any amount when due under this Contract. You agree that it would be impracticable or extremely difficult to fix the actual damage to us and that the late charge is a reasonable estimate of the actual damages that the parties reasonably believe would occur as a result of late payment. You'll also pay a charge of $25.00 for each returned check or rejected electronic payment. For additional returned checks you'll pay a charge of $35.00. If you are delinquent, all remedies under this Lease Contract will be authorized. If you are delinquent, all remedies under this Lease Contract and California law will be authorized. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligations under this Lease. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

☐ **Rent Concession.** If this box is checked, you and we have entered into an Addendum for a Rent Concession. The Addendum is attached. Please read it thoroughly.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water; ☐ gas; ☐ electricity; ☐ master antenna
☐ wastewater; ☐ trash; ☐ cable TV;
☐ other _____

© 2021, National Apartment Association, Inc. - 6/2021, California                                    Page 1 of 8

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

you ll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected—including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the dwelling unit, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

8. **INSURANCE.**   Our insurance does not cover the loss of your personal possessions or personal injury and it is recommended that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all residents, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We ❏ require ❏ do not require you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

If renter's insurance is required, you shall maintain at all times during the Term of this Lease, at your sole expense, a renter's insurance policy, or its equivalent, issued by a licensed insurance company in a minimum policy coverage amount of $ _____, and you shall provide us with proof of such insurance to our satisfaction. If no box is checked, renter's insurance is not required.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ❏ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance

is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

The dwelling ❏ is ☒ is not located in a special flood hazard area or an area of potential flooding. We have knowledge that the dwelling is in a special flood hazard area if: (1) we received written notice from any public agency, or, (2) our mortgage holder requires us to carry flood insurance, or (3) we currently carry flood insurance. You may obtain more information about hazards, including flood hazards, that may affect your dwelling from the Internet Web site of the Office of Emergency Services (http://www.caloes.ca.gov/). The Internet Web site address for the MyHazards tool is http://myhazards.caloes.ca.gov/. Our insurance does not cover the loss of the tenant's personal possessions. We recommend that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not required to provide additional information concerning the flood hazards to the property. The information provided herein is deemed adequate to inform you.

9. **LOCKS AND LATCHES.**   We will provide an operable deadbolt lock on each main swinging entry door of the dwelling in compliance with California Civil Code, Section 1941.3, subject to statutory exceptions. We will provide window security or locking devices as required by that statute. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move in. You must notify us immediately of any inoperable door, window, latch, or lock. You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.**   Unless otherwise required by law, you must pay for all repairs or replacements arising from misuse or damage to devices by you or your household members, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

---

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.**   The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

**See special provisions on the last page**
_____
_____
_____
_____
_____
_____

See any additional special provisions.

11. **EARLY MOVE-OUT.**   If you move out early without our written consent or without paying us a negotiated lease termination fee, you will be liable to us for actual damages, including liability for rents during the entire remainder of your lease term (less mitigation) and for the cost of finding and processing a replacement resident, paying locator service fees, cleaning, make-ready costs, etc. In addition to any other rights and remedies allowed by law, we shall have the remedy set forth in Civil Code Section 1951.2.

12. **REIMBURSEMENT.**   You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the Community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from you or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your dwelling. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **PROPERTY LEFT IN DWELLING.**
**Storage After Surrender, Abandonment, or Eviction.**   We may remove and/or store all property remaining in the dwelling or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the dwelling (see definitions in paragraph 53 (Deposit Return, Surrender, and Abandonment)). We will use reasonable care in storing the property; but we're not liable for casualty loss, damage, or theft unless caused by deliberate or negligent act on our part. We may store the property either in the dwelling or in another safe place until (1) we release the personal property described in the notice to you or other persons we reasonably believe to be the owner of the property and we shall not require you to pay the cost of storage if its owner reclaims the property within two days of you vacating the dwelling, (2) charges (and actual advertising/sale expenses) are paid in full after 2 days, or (3) 18 days have elapsed after "Notice of Right to Reclaim Abandoned Property" has been mailed (or 15 days after it is personally served) by us, as provided below as otherwise required by law.

**Notice.**   The "Notice of Right to Reclaim Abandoned Property" must be in substantial compliance with the statutory form in Section 1984 or 1985, California Civil Code. The notice must be given by personal delivery to you or via regular U.S. mail to you at your last known address or to the person believed by us to be the owner.

**Redemption.**   If we've stored property as provided above, you or the person believed by us to be the owner may redeem the property by paying all storage charges (and any actual advertising/sale expenses) on or before the expiration of the Notice of Right to Reclaim Abandoned Property as required by law. The charges for storage will be the fair rental value of the rental space reasonably required for the storage. We may return redeemed property at the place of storage, the management office, or the dwelling (at our option). We may require payment by cash, money order, or certified check. We may also send a copy to your email address.

© 2021, National Apartment Association, Inc. - 6/2021, California

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

**Other disposition of Sale.** If all the property being stored is believed by us to be worth less than $700 and it has not been redeemed, we may keep, throw away, or give away the property after the 18th day following the giving of the "Notice of Right to Reclaim Abandoned Property" above. If all of the property is believed by us to be worth $700 or more, we may (1) release the personal property described in the notice to the former tenant and shall not require the former tenant to pay the cost of storage if the property remained in the dwelling and the former tenant or other person reasonably believed by the landlord to be its owner reclaims the property within two days of vacating the dwelling, (2) we release the property to the person believed by us to be the owner, if all storage charges (and actual advertising/sale expenses) are paid in full after 2 days of storage, or (3) sell the property at public sale in compliance with the procedures of Section 1988 of the California Civil Code. Sale may be subject to any third-party ownership or lien claims, must be to the highest cash bidder, and may be in bulk, in batches, or item-by-item. You and the landlord may bid at the sale. Excess sums will be paid over to the county in accordance with statute.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

**14. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, we may end your right of occupancy and recover damages, including future rents (less any mitigation), reletting charges, attorney's fees (consistent with paragraph 32 (Default by Resident)), court costs, and other lawful charges. Our rights and remedies under paragraphs 11 (Early Move-Out) and 32 (Default by Resident) apply to the failure to pay first month's rent upon execution of the Lease Contract.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of dwelling rules allowed under paragraph 19 (Community Policies or Rules), or as otherwise allowed by law. We will give you a minimum of 30 days notice if you are on a month to month tenancy before we increase the rent (a maximum of 10% increase over the previous 12 months). We will give you at least 90 days notice during a month to month tenancy before we raise the rent more than 10% (over the previous 12 months), unless the increase is caused by a change in your income or family composition as determined by a recertification required by statute or regulation.

**16. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Any termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the dwelling.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the dwelling is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the Lease Contract begins—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the dwelling will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.

(2) If we give written notice to any of you before the beginning of the lease term and the notice states that construction delay is expected and that the dwelling will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new beginning date of the lease term for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**17. AD VALOREM TAXES/FEES AND CHARGES - ADDITIONAL RENT.** Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment unit itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

**18. DISCLOSURE RIGHTS.** During your initial lease application and throughout your tenancy, we may obtain information on you, your rental history, or other personal information that may be provided to law-enforcement, government agencies, or other business entities for other business purposes, at a third party's request. Upon verifiable request from you, we will provide you with any personal information collected, or disclosed for business purposes relating to you, including but not limited to: categories and specific pieces of personal information collected, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting or selling personal information, and the categories of third parties with which we share personal information.

**(A)** Should we choose to collect your personal information, we will, at or before the point of collection, inform you as to the categories of personal information to be collected and the purposes for which the categories of personal information will be used. Upon verifiable request from you, we will disclose and deliver the personal information the we collected about you, free of charge, within 45 days of the verified request.

**(B)** Upon verifiable request from you to delete personal information from our records, we will do so, and direct service providers to delete any personal information in their records, subject to certain exceptions.

**(C)** We will not sell personal information to third parties.

**(D)** We do not discriminate against any resident that exercises any of their rights under the California Consumer Privacy Act ("CCPA"). However, we may charge different prices or provide a different quality of goods or services if the difference is reasonably related to the value provided to you by your data. Further, we may offer financial incentives to you for the collection, sale, or deletion of personal information.

**(E)** The obligations imposed on us by the CCPA cannot, and will not, restrict our ability to comply with federal, state, or local laws; comply with civil, criminal, or regulatory inquiry, investigation, subpoena, or summons by with federal, state, or local authorities; cooperate with law enforcement relating to violations of with federal, state, or local laws; exercise legal claims; collect, use, retain, sell, or disclose aggregate or deidentified consumer information; or collect or sell personal information where that information is based on commercial conduct wholly outside of California.

---

## While You're Living in the Dwelling Unit

---

**19. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written Community rules, regulations and policies, including instructions for care of the dwelling and the Community. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the Community and do not change dollar amounts on page 1 of this Lease Contract.

**20. LIMITATIONS ON CONDUCT.** The dwelling and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Doors, windows, and other passageways inside the dwelling must be clear and unobstructed for access to every room in the dwelling, and may be used only for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

ride or allow bikes, skateboards, or other similar objects in the passageways. You must maintain the dwelling free from clutter or any other condition which may restrict air flow, encourage mold growth, invite pests, creates a fire hazard, or otherwise degrades the habitability of the dwelling. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with dwelling rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the Community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Unless otherwise provided by law, conducting any kind of business in your dwelling or in the Community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your dwelling for business purposes. You or your guests may not use the dwelling, or any other part of the property, to violate, or in violation of, any law, statute, or ordinance. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the Community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any dwelling rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the Community.

21. **PROHIBITED CONDUCT.**   You, your occupants or guests, or the guests of any occupants, may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Community; disrupting our business activities; manufacturing, cultivating, delivering, selling, possessing with intent to deliver or sell, or otherwise possessing or using a controlled substance or drug paraphernalia for use with a controlled substance (Note: "Controlled substance" includes so-called "medical marijuana" under the law of California and any state having similar laws. The Resident agrees not to violate any law or ordinance. Marijuana is listed as a Class 1 scheduled drug under federal law, and is a prohibited controlled substance. (21 United States Code sections 801-904: 21 United States Code section 841(a)(1); 21 United States Code section 812(b)(1)); engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the Community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the Community; or injuring our reputation by making bad faith allegations against us to others.

22. **PARKING.**   We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the dwelling; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office;or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

23. **RELEASE OF RESIDENT.**   Unless entitled to terminate this Lease Contract by law or pursuant to its terms, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, or death.

24. **MILITARY PERSONNEL CLAUSE.**   All parties to this Lease Contract agree to comply with any federal law, including, but not limited to the Service Member's Civil Relief Act, or any applicable state law(s), if you are seeking to terminate this Lease Contract and/or subsequent renewals and/or Lease Contract extensions under the rights granted by such laws.

25. **RESIDENT SAFETY AND PROPERTY LOSS.**   You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other access control devices.

**Smoke and Carbon Monoxide Detectors.**   We'll furnish smoke and carbon monoxide detectors only if required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must test the smoke detectors and the carbon monoxide detectors on a regular basis, and pay for and replace batteries as needed, unless the law provides otherwise. You must immediately report smoke and carbon monoxide detector malfunctions to us. Neither you nor others may disable neither the smoke nor the carbon monoxide detectors. If you disable or damage the smoke detector or carbon monoxide detector, or fail to replace a dead battery or report known smoke and carbon monoxide detector malfunctions to us, and if your action or inaction causes loss, damage, or fines from fire, smoke, or water to us or others, you will be liable for such loss, damage, or fines.

**Casualty Loss.**   We're not liable to any resident, guest, or occupant for  personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. We are not responsible for the acceptance or receipt of any mail, messages, or packages left at the entrances to the dwelling or elsewhere on the property, or for any loss or damage to those items or any other material that is delivered to the property. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the Dwelling is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your dwelling, you'll be liable for damage to our and other's property. You agree to indemnify and hold us harmless from any claims, loses, or expenses (including attorney's fees) that we may incur as result of your negligence, or the negligence of your guests, invitees, or occupants in the dwelling, such as damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.**   Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the Community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Compliance with Statutory Obligations.**   You hereby understand and acknowledge that you have an affirmative duty to comply with the obligations set forth in California Civil Code Section 1941.2:

(1) To keep the dwelling clean and sanitary as the condition of the dwelling permits.
(2) To dispose all rubbish, garbage and other waste, in a clean and sanitary manner.
(3) To properly use and operate all electrical, gas and plumbing fixtures and keep them as clean and sanitary as their condition permits.
(4) Not to permit any person, with his permission, to willfully or wantonly destroy, deface, damage, impair or remove any part of the Community or dwelling unit or the facilities, equipment, or appurtenances thereto, nor himself do any such thing.

© 2021, National Apartment Association, Inc. - 6/2021, California                                                                                                    Page 4 of 8

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

(5) To occupy the dwelling as his abode, utilizing portions thereof for living, sleeping, cooking or dining purposes only which were respectively designed or intended to be used for such occupancies.

**26. CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the dwelling, fixtures, and furniture as is, except for conditions causing the premises to be untenantable under California Civil Code 1941. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the dwelling and not damaging or littering the Community. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter the dwelling or Community. No holes or stickers are allowed inside or outside the dwelling. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless permission is statutorily required or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke and carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the dwelling; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the dwelling (whether or not we consent) become ours unless we agree otherwise in writing.

**27. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE TENANT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE. (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the dwelling if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate your tenancy within a reasonable time by giving you written notice. If your tenancy is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

**28. ANIMALS.** Unless otherwise provided under federal, state, or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the Dwelling Unit or Community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contact. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal we may require you to execute a separate animal and/or assistance animal addendum. Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal, state, or local law. If you or any guest or occupant violates the animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the dwelling unit at any time during your term of occupancy (with or without our consent), we'll charge you for any necessary defleaing, deodorizing, and shampooing. You must not feed stray or wild animals.

**29. WHEN WE MAY ENTER.** Landlord will have the right to enter the premises as allowed by law. Law permits entry in case of emergency to make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, to test smoke and carbon monoxide detectors, or exhibit the dwelling unit to prospective or actual purchasers, mortgagees, tenants, workmen or contractors or to make an inspection pursuant to subdivision (f) of Civil Code §1950.5, when the Resident has abandoned or surrendered the premises and pursuant to court order. Landlord will serve Resident with written notice before entry unless:

- Entry is due to an emergency, surrender or abandonment of the unit, or
- Resident and Landlord agree orally to an entry to make agreed repairs or supply agreed services at an approximate day and time within one week of the oral agreement, or
- Resident is present and consents to entry at the time of entry, or
- To exhibit the unit to prospective or actual purchasers of the property, provided that Landlord has notified Resident in writing within 120 days of the oral notice that the property is for sale and that Resident may be contacted to allow for an inspection.
- Entry to inspect a tenant's dwelling unit shall comply with Section 1954. Entry to inspect any unit selected by the pest control operator and to conduct followup inspections of surrounding units until bed bugs are eliminated is a necessary service for the purpose of Section 1954. Tenants shall cooperate with the inspection to facilitate the detection and treatment of bed bugs, including providing requested information that is necessary to facilitate the detection and treatment of bed bugs to the pest control operator.

The landlord shall notify the tenants of those units inspected by the pest control operator pursuant to Section 1954.604 of the pest control operator's findings. The notification shall be in writing and made within two business days of receipt of the pest control operator's findings. For confirmed infestations in common areas, all tenants shall be provided notice of the pest control operator's findings.

**30. JOINT AND SEVERAL RESPONSIBILITY.** Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 53 (Deposit Return, Surrender, and Abandonment).

**31. ASSIGNMENT AND SUBLETTING.** You may not assign or sublet any portion or the entire dwelling, except to the extent required by law. We intend this to be a strict and absolute prohibition against subletting and assignment. We will not acknowledge, communicate, or accept rent from any person other than you. All guests, residents, occupants, subtenants, or assignees in the dwelling must comply with every term of this Lease. If you no longer permanently reside in the dwelling, we reserve the right to raise the rent and collect rent from any subsequent occupants. You must notify us in writing if you no longer permanently reside in the dwelling, or if it is no longer your principal place of occupancy. You may still be liable for the entire Lease Contract term if you move out early (see paragraph 48 Move-Out Notice).

© 2021, National Apartment Association, Inc. - 6/2021, California

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

## Responsibilities of Owner and Resident

**32. DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs; (3) you abandon the dwelling; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your dwelling; (7) you or any guest or occupant engages in any of the prohibited conduct described in paragraphs 20 (Limitations on Conduct) or 21 (Prohibited Conduct); or (8) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government. Any of the above defaults shall be a material breach of the Lease and shall be a just cause to evict you from the dwelling.

**Eviction.** If you default and if we wish to terminate your right of occupancy, we must give you a 3 Court day written notice to cure the default. If the default is incurable (i.e. assigning or subletting or committing waste upon the demised premises, contrary to the conditions or covenants of this Lease, or maintaining, committing, or permitting the maintenance or commission of a nuisance upon the demised premises, or using the premises for an unlawful purpose, or any other incurable default), we may end your right of occupancy by giving you a 3-day notice to vacate. Notice to cure and notice of occupancy termination must be delivered by either: (1) personal delivery to any resident; or (2) personal delivery at the dwelling to any occupant of suitable age and discretion and sending a copy through the regular U.S. mail addressed to the tenant at his or her place of residence; or (3) posting on the outside of the dwelling's front door, accompanied by mailing the notice by regular U.S. mail. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of holdover (less any mitigation); and (3) at our option, we may extend the lease term—for up to one month from the date of notice of lease extension—by delivering written notice to you or your dwelling while you continue to hold over.

**Other Remedies.** If your rent is delinquent and we give you 3 days' prior written notice, we may report unpaid amounts to consumer reporting agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10 (Special Provisions), in addition to other sums due. Upon your default, we have all other legal remedies including lease termination, lockout under statute, and the remedy set forth in Civil Code § 1951.2. The prevailing party may recover from a non-prevailing party attorney's fees and any costs of litigation in an amount of no more than $1200. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 10% interest per year from due date. To the greatest extent allowed by law, you must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If you fail to fulfill your obligations under this Lease, we intend to submit a negative report to a consumer reporting agency. The report will summarize your violations and be a possible reflection on your credit history.

**Remedies Cumulative.** Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

## General Clauses

**33. ENTIRE AGREEMENT.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us.

**34. NO AUTHORITY TO AMEND UNLESS IN WRITING.** Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

**35. NO WAIVER.** No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances.

**36. NOTICE.** Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo or letter that was given. Fax signatures are binding. All notices must be signed.

**37. MISCELLANEOUS.**
   A. Exercising one remedy won't constitute an election or waiver of other remedies.
   B. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.
   C. All remedies are cumulative.
   D. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.
   E. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract.
   F. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.
   G. This Lease Contract is subordinate or superior to existing and future recorded mortgages or deeds of trust, at our lender's option.

   H. All lease obligations must be performed in the county where the Dwelling is located.
   I. Upon our request, resident shall provide us with a Tenant Estoppel Certificate.
   J. All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**38. REGISTERED SEX OFFENDER NOTICE.** Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the Community of residence and ZIP Code in which he or she resides.

**39. PROPOSITION 65 WARNING.** Proposition 65 protects California's drinking water sources from being contaminated with chemicals known to cause cancer, birth defects or other reproductive harm, and requires businesses to inform Californians about exposures to such chemicals. Please see the California Proposition 65 Addendum for warnings and additional information.

**40. NOTICE OF NEGATIVE CREDIT REPORT.** Pursuant to California Civil Code § 1785.26, you are hereby notified that a negative report reflecting on your credit record may be submitted to credit-reporting agencies if you fail to fulfill the terms of your obligation under this Lease Contract.

**41. INDEMNIFICATION.** Subject to applicable law, you shall indemnify and hold the owner, its agents and employees, harmless against all claims, expenses, damages, actions, and liabilities of whatever nature, including reasonable attorney's fees, arising from or relating to injury, loss or damage relating to your, your guest's or occupant's negligence, tenancy and/or your failure to comply with this Lease Contract.

**42. CONTACTING YOU.** By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

which we reasonably believe we can reach you. You may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to promptly notify us if you change any contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**43. OBLIGATION TO VACATE.**   If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with paragraph 3 (Lease Term), and we accept such written notice, then you are required to vacate the dwelling and remove all of your personal property therefrom at the expiration of the Lease term, or by the date set forth in the notice to vacate, whichever date is earlier, without further notice or demand from us.

**44. FORCE MAJEURE.**   If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**45. POLITICAL SIGNS.**   You may post or display political signs relating to an election, legislative vote, initiative, referendum, recall process or issues that are before a public commission, public board or elected local body for a vote as allowed by law. Political signs may be posted in the window or on the door of the dwelling. All political signs must be six square feet or less in size and cannot be posted or displayed in a manner that would violate a local, state or federal law. You must post and remove political signs in compliance with the time limits set by local ordinance. If no local ordinance exists, political signs may be posted no earlier than 90 days prior to the date of the election or vote and must be removed within 15 days of the date of the election or vote.

**46. PAYMENTS.**   At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 (Property Left in Dwelling) or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments. We will accept rent payments from a third party, if the third-party signs an acknowledgment stating 1) the third party is not a current tenant of the property and 2) that acceptance does not establish a tenancy.

**47. ASSOCIATION MEMBERSHIP.**   We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local dwelling (multi-housing) associations for the area where the dwelling is located.

## When Moving Out

**48. MOVE-OUT NOTICE.**   Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by the paragraph 3 (Lease Term). The advance notice must be at least the number of days of notice required in paragraph 3 (Lease Terms). The move-out date in your notice *[check one]:*  ☐ must be the last day of the month, or  ☒ may be the exact day designated in your notice. If neither box is checked, the second checkbox applies. If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract.  You will still be liable for the entire Lease Contract term if you move out early under paragraph 23 (Release of Resident), except if you are able to terminate your tenancy under the statutory rights explained under paragraphs 11 (Early Move-Out), 23 (Release of Resident), or under other laws providing a right to terminate this Lease Contract. All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of the Lease Terms paragraph, even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, you will automatically and immediately become a holdover tenant pursuant to state law, and we will have all remedies available under this Lease Contract and state law.

**49. MOVE-OUT PROCEDURES.**   The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and liability for future rent under paragraphs 11 (Early Move-Out) and 32 (Default by Resident). You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**50. CLEANING.**   You must thoroughly clean the dwelling, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**51. MOVE-OUT INSPECTION.**   You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**52. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.**   You may not use the security deposit to pay any month's rent. We may withhold from the security deposit only such amounts as are reasonably necessary to remedy your defaults including, but not

limited to, the following:
a) Defaults in the payment of rent;
b) To repair damage to the premises caused by you, exclusive of ordinary wear and tear, and/or:
c) To clean the premises, if necessary, upon termination of the tenancy in order to return the unit to the same level of cleanliness it was in at the inception of the tenancy, and /or;
d) To restore, replace, or restore personal property or appurtenances, exclusive of ordinary wear and tear.

**53. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.**
You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions within 21 days after surrender or abandonment, unless statutes provide otherwise. If you fail to provide us with your forwarding address in writing, as required above, we will process the unclaimed security deposit in accordance with state law.

**Surrender.**   You have surrendered the dwelling when: (1) the move-out date has passed and no one is living in the dwelling in our reasonable judgment; (2) all dwelling keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid—whichever date occurs first, or (3) we reasonably believe that you have surrendered the dwelling to us.

**Abandonment.**   You have abandoned the dwelling when we reasonably believe you have abandoned it. California law provides that abandonment will be found when all of the following have occurred: (1) your rent has been due and unpaid for at least 14 days; (2) we give you written notice of such belief and our intent to terminate the lease because of your delinquency; (3) our notice of abandonment follows substantially the form in California Code Section 1951.3(d); (4) such notice is given by (i) personal delivery to you, or (ii) first class mail, postage prepaid to your last known address; (5) the lease termination date in that notice is at least 15 days after personal delivery or 18 days after mailing; and (6) such 15 or 18 day notice period has expired without response from you as per California Code Section 1951.3. If we have reason to believe you won't receive the notice at your last known address, we will, at the same time we mail the above notice to your last known address, mail a copy to any other addresses that are known to us where you could reasonably be expected to receive the notice.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the dwelling; determine any security deposit deductions; and remove property left in the dwelling. Surrender, abandonment, and judicial eviction affect your rights to property left in the dwelling (paragraph 13 (Property Left In Dwelling)), but do not affect our mitigation obligations (paragraph 32 (Default by Resident)).

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

## Severability, Originals and Attachments, and Signatures

54. **SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

55. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

> You are legally bound by this document.
> Read it carefully before signing.

**Name and address of locator service** *(if applicable)*

_____
_____
_____

**Date form is filled out** *(same as on top of page 1)*

09/23/2021

---

**(Required by Cal. Civil Code Section 1962)**
**Name, address and telephone number of Owner or Owner's Agent:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**
_____

**Name, address and telephone number of person or entity to whom payments must be made:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**
_____

Acceptable forms of payment:

**Check, ACH, CC, Money Order**

Rent Payments may be made personally ☒ Yes ☐ No
If yes, the person authorized to accept payments will be available

**M-F  9:00AM - 6:00PM**
_____
_____

(usual days and hours authorized person will be available to accept payment).

---

**THIS LEASE CONTRACT WILL AUTOMATICALLY CONTINUE AS A TENANCY FROM MONTH TO MONTH AT THE EXPIRATION OF THE INITIAL LEASE TERM UNLESS (1) PROPER MOVE-OUT OR VACATE NOTICE IS GIVEN UNDER PARAGRAPH 48 (MOVE-OUT NOTICE), OR (2) YOU AND WE AGREE OTHERWISE IN WRITING.**

**Resident or Residents** *(all sign below)*

_____
_____
_____
_____
_____

**Owner or Owner's Representative** *(signing on behalf of owner)*

_____

**Address and phone number of owner's representative for notice purposes**

**1201 S Hope Street**
_____
**Los Angeles, CA 90015**
_____

**SPECIAL PROVISIONS** *(CONTINUED FROM PAGE 2)* **Security Surveillance: In Landlord's operation of the Project, Landlord currently operates (or, in Landlord's sole discretion, may elect in the future to install and operate) security cameras in and about the Project (collectively, the "Security Cameras") that view and/or record certain audio and/or video activity at the Project (including, by means of an open network remotely accessible by Landlord). In connection therewith, Tenant acknowledges and agrees as follows: (i) Tenant consents to being viewed and/or recorded by such Security Cameras in the normal course of operation of such Security Cameras at the Project in providing security features to the Project; and (ii) Landlord shall not be liable for, and Tenant hereby waives and releases Landlord from, any and all responsibility for any damage or injury either to person or property sustained by Tenant or any of any of its agents, contractors, employees, licensees and/or invitees in connection with or arising from the Security Cameras and/or any viewable or recorded footage therefrom, including any acts or omissions of security personnel.**

_____
_____
_____
_____
_____
_____
_____

Document digitally signed using RENTCafe eSignature services. Document ID: 728995

The following information states that the identified document has been signed electronically by the parties detailed below:

| Signee Details | Role | Signature | Initials | Date Signed |
|---|---|---|---|---|
| Brittany Stillwell<br>Ema  ID: bast  w@gma  .com | Resident | | | 03/16/2020 |
| Felix Felder<br>Ema  ID: fe der.fe  x@gma  .com | Resident | | | 05/26/2020 |
| Site Manager<br>Ema  ID: s ea @onn .com | Manager | | | |

# EXHIBIT C

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Chris Evans #202135/Melissa Hernandez #289773<br>Kimball, Tirey & St. John LLP<br>915 Wilshire Blvd, Suite 1650<br>Los Angeles, CA 90017 | |

TELEPHONE NO.: (213) 337-0050    FAX NO. *(Optional)* (213) 337-0080

E-MA L ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*    Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS:    111 NORTH HILL STREET

MAILING ADDRESS:

CITY AND ZIP CODE:    LOS ANGELES, CA 90012

BRANCH NAME:    LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DIST

PLAINTIFF/PETITIONER: Onni Real Estate IX, LLC

DEFENDANT/RESPONDENT: Brittany Stillwell; Feliz Felder

| **REQUEST FOR DISMISSAL** | CASE NUMBER:<br>21STUD03349 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
   (3) ☐ Cross-complaint filed by *(name):*    on *(date):*
   (4) ☐ Cross-complaint filed by *(name):*    on *(date):*
   (5) ☒ Entire action of all parties and all causes of action
   (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: 12/10/2021

Chris..Evans.................................................    ▶ /s/ Chris Evans

| (TYPE OR PR NT NAME OF   ☒ ATTORNEY   ☐ PARTY WITHOUT ATTORNEY) | (SIGNATURE) |
|---|---|

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:

☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

_____    ▶ _____

| (TYPE OR PR NT NAME OF   ☐ ATTORNEY   ☐ PARTY WITHOUT ATTORNEY) | (SIGNATURE) |
|---|---|

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complaint (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

Attorney or party without attorney for:

☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

*(To be completed by clerk)*

4. ☐ Dismissal entered as requested on *(date):*

5. ☐ Dismissal entered on *(date):*    as to only *(name):*

6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date:    Clerk, by _____, Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | CEB<br>ceb.com | Essential<br>Forms | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>*www.courts.ca.gov* |
|---|---|---|---|---|

21-4160686

CIV-110

| PLAINTIFF/PETITIONER: Onni Real Estate IX, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brittany Stillwell; Feliz Felder | 21STUD03349 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived fees and costs in this action for *(name):*   Not Applicable

2. The person in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and costs that were waived in this action have been paid to the court *(check one):*   ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 12/10/2021

Chris Evans
_____
(TYPE OR PRINT NAME OF   ☒ ATTORNEY   ☐ PARTY MAKING DECLARATION)

▶ /s/ Chris Evans
_____
(SIGNATURE)

CEB® Essential Forms
ceb.com

21-4160686

# EXHIBIT D

## Release of Roommate(s) and/or Additional Roommate(s)

On ___10/29/21___, a residential lease agreement ("the Agreement") was signed between __Hope + Flower__
Apartments, as Landlord, and the individuals identified below, collectively as Tenant, for the premises known as apartment unit __2814__ located at __1201 S Hope St.__ _____ ("the Community").

1. Felix Felder
3. Brittany Stillwell
2. _____
4. _____

Together Landlord and Tenant comprise the parties ("the Parties") to the Agreement. The parties to the Agreement hereby wish to modify the Agreement as follows:

☑ **Released Parties.** The Parties hereby agree to release the following individual(s) from the Agreement:
1. Felix Felder
3. _____
2. _____
4. _____

In being released from the Agreement, those named above hereby fully and finally relinquish all rights and privileges under the Agreement, including (but not limited to) all claims to the Security Deposit, and are released from all after-accruing liability under the Agreement. Those named above are also required to depart the Community upon the signing of this Agreement.

☐ By checking this box, the Parties further release the above-named individual(s) from all liability incurred prior to the date of this release from the Agreement.

☐ **Added Parties.** The Parties hereby agree to add the following individual(s) to the Agreement:
1. _____
3. _____
2. _____
4. _____

The individual(s) named above have applied to reside at the community and have been approved for residency at the Community by Landlord. In being added to the Agreement, the individual(s) named above assume all privileges, rights, and obligations under the Agreement, commencing upon the date of the signing of this Addendum.

In affixing their signatures below, the Parties agree to the modifications of the Agreement as set forth above.

Tenant Name: _Felix Feld_ Date: 10/29/21    Tenant Name: _BMN_ Date: 10/29/21

Tenant Name: _____ Date: _____    Tenant Name: _____ Date: _____

Landlord:  _Sandra Leal_ Date: 10/29/2021

Authorized Representative



# EXHIBIT E

## NOTICE OF LEASE VIOLATION

July 23rd

Brittany Stillwell
1201 S Hope St. # 2814
Los Angeles, CA 90015

Re:     Hope + Flower
        1201 S Hope St.
        Notice of lease violation, dated **07/23/2022** between Resident(s) named above and Flower + Hope.
        resident(s) named above and Hope + Flower, 1201 S Hope St.

Dear Resident(s) and all occupants:
The following violations of your lease have been reported or discovered:

| | | |
|---|---|---|
| ___ Loud music | __ Sleeping in Ameintry area's(Dispute) | _X_ Harrasing Staff(Parking) |
| ___ Excessive noise | ___ Unauthorized occupant | ___ Patio violation |
| ___ Trash by your entry | ___ Unauthorized pets(No Leash) | ___ Illegal parking |
| __ Disturbance | ___ Unauthorized modification of dwelling | ___ Smoking on Property |

Explanation of the above:

### Please Refer to: "LEASE CONTRACT" Page 3 on your lease

It has been reported to the management office there has been continuous smoking excessive noise that has been affecting the surrounding neighbors.

please refrain from this action to avoid any more lease violation fines and/or further legal action pursued.

- **7. YOUR RESPONSIBILITY FOR LOSS OF RENTAL INCOME AND ECONOMIC DAMAGES REGARDING OTHER RESIDENTS.**   You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their dwellings, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

- **20. COMMUNITY POLICIES OR RULES.**
  "You and all guests and occupants must comply with any written Community rules, regulations and policies, including instructions for care of the dwelling and the Community. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the Community and do not change dollar amounts on page 1 of this Lease Contract."

- **21. PROHIBITED CONDUCT.** You, your occupants or guests, or the guests of any occupants, may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, safety, inconvenience of others (including our agents and employees) in or near the community; disrupting our business activities.

Please do the following *(check one or more)*:

___X___ Take the action necessary to correct the foregoing problem immediately by not engaging in the above. If you fail to make the necessary corrections IMMEDIATELY, it will require additional action as outlined in the Lease Contract.

If you have any questions, please do not hesitate to contact the Community Manager.  Thank you for your cooperation.

_____
Signature of Owner's Representative

July 23, 2022
Date notice was      ___X__ hand delivered to resident, Post or
                     _____ emailed to resident's apartment

# EXHIBIT F

# Application Rental Criteria

**Management operates in accordance with the Federal Fair Housing Act, as well as all state and local fair housing and civil rights laws.  We do not discriminate against any person based on race, color, religion, sex, national origin, familial status, handicap/disability, marital status, sexual orientation, age, ancestry, medical condition, genetic information, gender, gender identity, gender expression, source of income, citizenship, primary language spoken, immigration status, any arbitrary basis, perception, association, and/or any other basis protected by applicable federal, state or local laws.  The Application Rental Criteria outlines the policies for this community with regard to standards that will be required by each applicant in order to be approved for residency.**

All applicants must be of legal age to contract, or an emancipated minor with written proof of legal emancipation.  All parties 18 years of age or older, or emancipated minors with written proof of legal emancipation, are required to complete an application and pay any and all applicable fees. The application fee is payment to accommodate for direct and indirect costs to administer the application and screening process.  **Applications are to be completed in full:  applications containing untrue, incorrect, or misleading information will be denied.**

- **Screening Results**
    - All applications will be screened and will return with one of the following results:
        - **Approved.**  The applicant will be accepted with the standard deposit and fees.
        - **Approved with Conditions.** The applicant will be accepted with a deposit of one full month's rent.
        - **Denied.**  The application will not be accepted.  The applicant will be provided with the contact information for the consumer reporting agencies that provided the consumer information.
- **Credit History**
    - A credit report is processed for every applicant.
    - Credit history will be based on real data and statistical data such as payment history, quantity and type of accounts, outstanding debt, and age of accounts.  Every applicant is treated objectively because each application is scored statistically in exactly the same manner.
    - Prior landlord debt will be evaluated, and the following will result in the applicant being denied:
        - Above $1.00 in the past 5 years.
        - Outstanding balances with one or more prior landlords.
- **Income**
    - Written verification of income in an amount greater than 2.5 times the monthly rent per household will be required, along with any necessary supporting documentation.
    - Applicant must show written proof of a minimum monthly gross income greater than 2.5 times the monthly rent for the apartment. All legal, verifiable sources of income which are paid to the applicant or a representative of the applicant will be accepted.  Legal sources of income include, but are not limited to, employment earnings, annuity payments, child support payments, rents, Social Security income, prior year tax return, savings account that shows a liquid value of the 2.5 times the annual rent, student loan income*, bank statements, and/or any other legal, verifiable income.
        - *For Student Loan Income, Tuition will be deducted from the student loan / total award amount.
    - In determining whether any applicant meets this income criterion, Management will consider the available income for the entire household.
    - **Guarantors/Co-Signers.** For applications with a recommendation of Approved with Conditions or Denied (due to credit or income), a guarantor or co-signer may be considered.  If applicant chooses to have a guarantor, the guarantor's minimum income must be at least 5 times the monthly rent to qualify.
- **Rental History**
    - Management reserves the right to verify the applicant's residence history.
    - The following criteria will result in the applicant being denied:
        - 1 or more Possession / Forcible Detainers resulting in eviction in the past 5 years.
        - 1 or more Monetary Judgements above $1.00 in the past 5 years.





# Application Rental Criteria

- **Criminal History**
  - A criminal background check is processed for every applicant.
  - Applications which reveal a prior history of crimes which pose a demonstrable risk to resident safety and/or property, and which show a lack of reasonable alternatives to mitigate that risk other than denial of an application, will be denied. Management will conduct an individualized assessment of criminal background regarding these risks and will request proof of mitigation. For full detail of the criminal background policy, please see Property Management.
- **Identity Verification**
  - All applicants will be required to provide a copy of a valid, government-issued photo identification at the time an application is submitted. Management will compare the identifying information on the application and the identification, note any similarities/discrepancies, and return the photo ID to the applicant once this process is complete. Management will not retain a copy of any photo ID until the application is approved and the tenant is offered tenancy at the property.

**I, as the Applicant, have read and understand the approval process of my application. The holding deposit is only refundable within 72 hours of the application date or if the application is denied.**

Signature:  _____          Date:          03/11/2020
                                                                   _____





## Document Information

Document Reference Number: 440635

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 1 | Status: Completed |
| | Initials: 0 | |

| Signature Summary | Signature | Initials | Timestamp | Signing Status |
|---|---|---|---|---|
| Brittany Stillwell | | | 03/11/2020 05:31:00 PM EST | Completed |

Document Started:   03/11/2020 05:30:35 PM EST
Email Address:   bastillw@gmail.com

| Signature Details | Page | Signature/Initials | Signing Status | Tracking Details |
|---|---|---|---|---|
| Brittany Stillwell | 2 | | Completed | IP Address: 174.195.206.26<br>Timestamp: 03/11/2020 05:31:23 PM EST<br>User Agent: Safari on iPhone |

# EXHIBIT G

**LEASE CONTRACT**

**NAA**
NATIONAL APARTMENT ASSOCIATION

Date of Lease Contract: _____ **March 16, 2020** _____
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

| **Moving In — General Information** |
| --- |

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract)*:

**Brittany Stillwell**

_____

_____

_____

_____

_____

_____

_____

_____

and *us*, the owner: **Onni Real Estate IX LLC**

_____

_____ *(name of title holder or published and recorded fictitious business name).* You've agreed to rent Unit No. **2118** , at **1201 S Hope Street**

_____

*(street address)* in _____ **Los Angeles** _____ *(city)*, California, __**90015**__ *(zip code)* (the "Dwelling") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The dwelling will be occupied only by you and *(list all other occupants not signing the Lease Contract):*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

No one else may occupy the dwelling. Persons not listed above must not stay in the dwelling for more than __**7**__ consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the __**17th**__ day of _____ **March** _____ , __**2020**__ , and ends at 11:59 p.m. the __**16th**__ day of _____ **April** _____ , __**2021**__ . **THIS LEASE CONTRACT WILL AUTOMATICALLY RENEW MONTH-TO-MONTH UNLESS EITHER PARTY GIVES AT LEAST __60__ DAYS WRITTEN NOTICE OF TERMINATION OR INTENT TO MOVE-OUT AS REQUIRED BY PARAGRAPH 48 (MOVE-OUT NOTICE).** If the number of days isn't filled in, at least 30 days written notice is required. If the Residents have been in possession for longer than one year, Landlord shall provide Residents with at least a 60 day written notice to terminate tenancy. Residents shall comply with all notice provisions in paragraph 32 (Default by Resident).

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the dwelling is $ __**500.00**__ , due on or before the date this Lease Contract is signed. See paragraphs 52 (Security Deposit Deductions and Other Charges) and 53 (Deposit Return, Surrender, and Abandonment) for security deposit return

information. The security deposit may not exceed 2 month's rent for an unfurnished dwelling, and 3 month's rent for a furnished dwelling. The security deposit may not exceed two and a half month's rent for an unfurnished dwelling, and three and a half month's rent for a furnished dwelling in the event you install water furniture.

**5. KEYS.** You will be provided _____ Dwelling key(s), __**2**__ mailbox key(s), _____ FOB(s), and/or __**2**__ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ __**3175.00**__ per month for rent, payable in advance and without demand:

- ☒ at the on-site manager's office, or
- ☒ at our online payment site, or
- ☒ at **RentCafe App** _____

_____

_____.

Prorated rent of $ __**1536.29**__ is due for the remainder of *[check one]:* ☒ 1st month or ☐ 2nd month, on

_____

Otherwise, you must pay your rent on or before the __**3rd**__ day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the expiration of one business day after the due date, you'll be delinquent. You will be obligated to pay to us *(check one):* ☐ a flat rate of $ __**100.00**__ or ☐ _____ % of your total monthly rent payment if you fail to pay any amount when due under this Contract. You agree that it would be impracticable or extremely difficult to fix the actual damage to us and that the late charge is a reasonable estimate of the actual damages that the parties reasonably believe would occur as a result of late payment. You'll also pay a charge of $25.00 for each returned check or rejected electronic payment. For additional returned checks you'll pay a charge of $35.00. If you are delinquent, all remedies under this Lease Contract will be authorized. If you are delinquent, all remedies under this Lease Contract and California law will be authorized. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligations under this Lease. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

☐ **Rent Concession.** If this box is checked, you and we have entered into an Addendum for a Rent Concession. The Addendum is attached. Please read it thoroughly.

**7. UTILITIES.** We'll pay for the following items, if checked:
- ☐ water;  ☐ gas;  ☐ electricity;  ☐ master antenna
- ☐ wastewater;  ☐ trash;  ☐ cable TV;
- ☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected—including disconnection for not paying your bills— until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the dwelling unit, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

8. **INSURANCE.**   Our insurance does not cover the loss of your personal possessions or personal injury and it is recommended that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all residents, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We ☐ require ☐ do not require you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

If renter's insurance is required, you shall maintain at all times during the Term of this Lease, at your sole expense, a renter's insurance policy, or its equivalent, issued by a licensed insurance company in a minimum policy coverage amount of $ _____, and you shall provide us with proof of such insurance to our satisfaction. If no box is checked, renter's insurance is not required.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and/or for any other remedies as provided by this Lease Contract or state law.

The dwelling ☐ is ☒ is not located in a special flood hazard area or an area of potential flooding. We have knowledge that the dwelling is in a special flood hazard area if: (1) we received written notice from any public agency, or, (2) our mortgage holder requires us to carry flood insurance, or (3) we currently carry flood insurance. You may obtain more information about hazards, including flood hazards, that may affect your dwelling from the Internet Web site of the Office of Emergency Services (http://www.caloes.ca.gov/). The Internet Web site address for the MyHazards tool is http://myhazards.caloes.ca.gov/. Our insurance does not cover the loss of the tenant's personal possessions. We recommend that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not required to provide additional information concerning the flood hazards to the property. The information provided herein is deemed adequate to inform you.

9. **LOCKS AND LATCHES.**   We will provide an operable deadbolt lock on each main swinging entry door of the dwelling in compliance with California Civil Code, Section 1941.3, subject to statutory exceptions. We will provide window security or locking devices as required by that statute. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move in. You must notify us immediately of any inoperable door, window, latch, or lock. You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.**   Unless otherwise required by law, you must pay for all repairs or replacements arising from misuse or damage to devices by you or your household members, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

---

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.**   The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

 **See special provisions on the last page**
_____
_____
_____
_____
_____
_____

See any additional special provisions.

11. **EARLY MOVE-OUT.**   If you move out early without our written consent or without paying us a negotiated lease termination fee, you will be liable to us for actual damages, including liability for rents during the entire remainder of your lease term (less mitigation) and for the cost of finding and processing a replacement resident, paying locator service fees, cleaning, make-ready costs, etc. In addition to any damages and remedies allowed by law, we shall have the remedy set forth in Civil Code Section 1951.2.

12. **REIMBURSEMENT.**   You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the Community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. **Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from you or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your dwelling.** We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **PROPERTY LEFT IN DWELLING.**
**Storage After Surrender, Abandonment, or Eviction.**   We may remove and/or store all property remaining in the dwelling or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the dwelling (see definitions in paragraph 53 (Deposit Return, Surrender, and Abandonment)). We will use reasonable care in storing the property; but we're not liable for casualty loss, damage, or theft unless caused by deliberate or negligent act on our part. We may store the property either in the dwelling or in another safe place until (1) we release the personal property described in the notice to you or other persons we reasonably believe to be the owner of the property and we shall not require you to pay the cost of storage if its owner reclaims the property within two days of you vacating the dwelling, (2) charges (and actual advertising/sale expenses) are paid in full after 2 days, or (3) 18 days have elapsed after "Notice of Right to Reclaim Abandoned Property" has been mailed (or 15 days after it is personally served) by us, as provided below as otherwise required by law.

**Notice.**   The "Notice of Right to Reclaim Abandoned Property" must be in substantial compliance with the statutory form in Section 1984 or 1985, California Civil Code. The notice must be given by personal delivery to you or via regular U.S. mail to you at your last known address or to the person believed by us to be the owner.

**Redemption.**   If we've stored the property as provided above, you or the person believed by us to be the owner may redeem the property by paying all storage charges (and any actual advertising/sale expenses) on or before the expiration of the Notice of Right to Reclaim Abandoned Property as required by law. The charges for storage will be the fair rental value of the rental space reasonably required for the storage. We may return redeemed property at the place of storage, the management office, or the dwelling (at our option). We may require payment by cash, money order, or certified check. We may also send a copy to your email address.

**Other disposition or Sale.**   If all the property being stored is believed by us to be worth less than $700 and it has not been redeemed, we may keep, throw away, or give away the property after the 18th day following the giving of the "Notice of Right to Reclaim Abandoned Property" above. If all of the property is believed by us to be worth $700 or more, we may (1) release the personal property described in the notice to the former tenant and shall not require the former tenant to pay the cost of storage if the property remained in the dwelling and the former tenant or other person reasonably believed by the landlord to be its owner reclaims the property within two days of vacating the dwelling, (2) we release the property to the person believed by us to be the owner, if all storage charges (and actual advertising/sale expenses) are paid in full after 2 days of storage, or (3) sell the property at public sale in compliance with the procedures of Section 1988 of the California Civil Code. Sale may be subject to any third-party ownership or lien

© 2020, National Apartment Association, Inc. - 2/2020, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 442212

claims, must be to the highest cash bidder, either in bulk, in batches, or item-by-item. You and the landlord may bid at the sale. Excess sums will be paid over to the county in accordance with statute.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

**14. FAILING TO PAY FIRST MONTH'S RENT.**   If you don't pay the first month's rent when or before the Lease Contract begins, we may end your right of occupancy and recover damages, including future rents (less any mitigation), reletting charges, attorney's fees (consistent with paragraph 32 (Default by Resident)), court costs, and other lawful charges. Our rights and remedies under paragraphs 11 (Early Move-Out) and 32 (Default by Resident) apply to the failure to pay first month's rent upon execution of the Lease Contract.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.**   No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of dwelling rules allowed under paragraph 19 (Community Policies or Rules), or as otherwise allowed by law. We will give you a minimum of 30 days notice if you are on a month to month tenancy before we increase the rent (a maximum of 10% increase over the previous 12 months). We will give you at least 90 days notice during a month to month tenancy before we raise the rent more than 10% (over the previous 12 months), unless the increase is caused by a change in your income or family composition as determined by a recertification required by statute or regulation.

**16. DELAY OF OCCUPANCY.**   If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Any termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the dwelling.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the dwelling is ready for occupancy, but not later.

(1)  If we give written notice to any of you when or after the Lease Contract begins—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the dwelling will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.

(2)  If we give written notice to any of you before the beginning of the lease term and the notice states that construction delay is expected and that the dwelling will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new beginning date of the lease term for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**17. AD VALOREM TAXES/FEES AND CHARGES – ADDITIONAL RENT.**   Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment unit itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

**18. DISCLOSURE RIGHTS.**   During your initial lease application and throughout your tenancy, we may obtain information on you, your rental history, or other personal information that may be provided to law-enforcement, government agencies, or other business entities for other business purposes, at a third party's request. Upon verifiable request from you, we will provide you with any personal information collected, or disclosed for business purposes relating to you, including but not limited to: categories and specific pieces of personal information collected, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting or selling personal information, and the categories of third parties with which we share personal information.

(A)  Should we choose to collect your personal information, we will, at or before the point of collection, inform you as to the categories of personal information to be collected and the purposes for which the categories of personal information will be used. Upon verifiable request from you, we will disclose and deliver the personal information the we collected about you, free of charge, within 45 days of the verified request.

(B)  Upon verifiable request from you to delete personal information from our records, we will do so, and direct service providers to delete any personal information in their records, subject to certain exceptions.

(C)  We will not sell personal information to third parties.

(D)  We do not discriminate against any resident that exercises any of their rights under the California Consumer Privacy Act ("CCPA"). However, we may charge different prices or provide a different quality of goods or services if the difference is reasonably related to the value provided to you by your data. Further, we may offer financial incentives to you for the collection, sale, or deletion of personal information.

(E)  The obligations imposed on us by the CCPA cannot, and will not, restrict our ability to comply with federal, state, or local laws; comply with civil, criminal, or regulatory inquiry, investigation, subpoena, or summons by with federal, state, or local authorities; cooperate with law enforcement relating to violations of with federal, state, or local laws; exercise legal claims; collect, use, retain, sell, or disclose aggregate or deidentified consumer information; or collect or sell personal information where that information is based on commercial conduct wholly outside of California.

---

## While You're Living in the Dwelling Unit

---

**19. COMMUNITY POLICIES OR RULES.**   You and all guests and occupants must comply with any written Community rules, regulations and policies, including instructions for care of the dwelling and the Community. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the Community and do not change dollar amounts on page 1 of this Lease Contract.

**20. LIMITATIONS ON CONDUCT.**   The dwelling and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Doors, windows, and other passageways inside the dwelling must be clear and unobstructed for access to every room in the dwelling, and may be used only for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall

ride or allow bikes, skateboards, or other similar objects in the passageways. You must maintain the dwelling free from clutter or any other condition which may restrict air flow, encourage mold growth, invite pests, creates a fire hazard, or otherwise degrades the habitability of the dwelling. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with dwelling rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the Community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Unless otherwise provided by law, conducting any kind of business in your dwelling or in the Community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your dwelling for business purposes. You or your guests may not use the dwelling,

© 2020, National Apartment Association, Inc. - 2/2020, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 442212

Page 3 of 8

or any other part of the property, to violate, or in violation of, any law, statute, or ordinance. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the Community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any dwelling rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the Community.

**21. PROHIBITED CONDUCT.**   You, your occupants or guests, or the guests of any occupants, may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Community; disrupting our business activities; manufacturing, cultivating, delivering, selling, possessing with intent to deliver or sell, or otherwise possessing or using a controlled substance or drug paraphernalia for use with a controlled substance (Note: "Controlled substance" includes so-called "medical marijuana" under the law of California and any state having similar laws. The Resident agrees not to violate any law or ordinance. Marijuana is listed as a Class 1 scheduled drug under federal law, and is a prohibited controlled substance. (21 United States Code sections 801-904: 21 United States Code section 841(a)(1); 21 United States Code section 812(b)(1)); engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the Community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the Community; or injuring our reputation by making bad faith allegations against us to others.

**22. PARKING.**   We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the dwelling; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office;or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

**23. RELEASE OF RESIDENT.**   Unless entitled to terminate this Lease Contract by law or pursuant to its terms, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, or death.

**24. MILITARY PERSONNEL CLAUSE.**   All parties to this Lease Contract agree to comply with any federal law, including, but not limited to the Service Member's Civil Relief Act, or any applicable state law(s), if you are seeking to terminate this Lease Contract and/or subsequent renewals and/or Lease Contract extensions under the rights granted by such laws.

**25. RESIDENT SAFETY AND PROPERTY LOSS.**   You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other access control devices.

**Smoke and Carbon Monoxide Detectors.**   We'll furnish smoke and carbon monoxide detectors only if required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must test the smoke detectors and the carbon monoxide detectors on a regular basis, and pay for and

replace batteries as needed, unless the law provides otherwise. You must immediately report smoke and carbon monoxide detector malfunctions to us. Neither you nor others may disable neither the smoke nor the carbon monoxide detectors. If you disable or damage the smoke detector or carbon monoxide detector, or fail to replace a dead battery or report known smoke and carbon monoxide detector malfunctions to us, and if your action or inaction causes loss, damage, or fines from fire, smoke, or water to us or others, you will be liable for such loss, damage, or fines.

**Casualty Loss.**   We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. We are not responsible for the acceptance or receipt of any mail, messages, or packages left at the entrances to the dwelling or elsewhere on the property, or for any loss or damage to those items or any other material that is delivered to the property. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the Dwelling is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your dwelling, you'll be liable for damage to our and other's property. You agree to indemnify and hold us harmless from any claims, loses, or expenses (including attorney's fees) that we may incur as result of your negligence, or the negligence of your guests, invitees, or occupants in the dwelling, such as damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.**   Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the Community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Compliance with Statutory Obligations.**   You hereby understand and acknowledge that you have an affirmative duty to comply with the obligations set forth in California Civil Code Section 1941.2:

(1) To keep the dwelling clean and sanitary as the condition of the dwelling permits.
(2) To dispose all rubbish, garbage and other waste, in a clean and sanitary manner.
(3) To properly use and operate all electrical, gas and plumbing fixtures and keep them as clean and sanitary as their condition permits.
(4) Not to permit any person, with his permission, to willfully or wantonly destroy, deface, damage, impair or remove any part of the Community or dwelling unit or the facilities, equipment, or appurtenances thereto, nor himself do any such thing.
(5) To occupy the dwelling as his abode, utilizing portions thereof for living, sleeping, cooking or dining purposes only which were respectively designed or intended to be used for such occupancies.

**26. CONDITION OF THE PREMISES AND ALTERATIONS.**   You accept the dwelling, fixtures, and furniture as is, except for conditions causing the premises to be untenantable under California Civil Code 1941. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the dwelling and not damaging or littering the Community. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter the dwelling or Community. No holes or stickers are allowed

© 2020, National Apartment Association, Inc. - 2/2020, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 442212

Page 4 of 8

inside or outside the dwelling. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless permission is statutorily required or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke and carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the dwelling; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the dwelling (whether or not we consent) become ours unless we agree otherwise in writing.

27. **REQUESTS, REPAIRS, AND MALFUNCTIONS.**   IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE TENANT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE. (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the dwelling if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate your tenancy within a reasonable time by giving you written notice. If your tenancy is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

28. **ANIMALS.**   Unless otherwise provided under federal, state, or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the Dwelling Unit or Community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contact. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal we may require you to execute a separate animal and/or assistance animal addendum. Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal,

state, or local law. If you or guest or occupant violates the animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the dwelling unit at any time during your term of occupancy (with or without our consent), we'll charge you for any necessary defleaing, deodorizing, and shampooing. You must not feed stray or wild animals.

29. **WHEN WE MAY ENTER.**   Landlord will have the right to enter the premises as allowed by law. Law permits entry in case of emergency to make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, to test smoke and carbon monoxide detectors, or exhibit the dwelling unit to prospective or actual purchasers, mortgagees, tenants, workmen or contractors or to make an inspection pursuant to subdivision (f) of Civil Code §1950.5, when the Resident has abandoned or surrendered the premises and pursuant to court order. Landlord will serve Resident with written notice before entry unless:

- Entry is due to an emergency, surrender or abandonment of the unit, or
- Resident and Landlord agree orally to an entry to make agreed repairs or supply agreed services at an approximate day and time within one week of the oral agreement, or
- Resident is present and consents to entry at the time of entry, or
- To exhibit the unit to prospective or actual purchasers of the property, provided that Landlord has notified Resident in writing within 120 days of the oral notice that the property is for sale and that Resident may be contacted to allow for an inspection.
- Entry to inspect a tenant's dwelling unit shall comply with Section 1954. Entry to inspect any unit selected by the pest control operator and to conduct followup inspections of surrounding units until bed bugs are eliminated is a necessary service for the purpose of Section 1954. Tenants shall cooperate with the inspection to facilitate the detection and treatment of bed bugs, including providing requested information that is necessary to facilitate the detection and treatment of bed bugs to the pest control operator.

The landlord shall notify the tenants of those units inspected by the pest control operator pursuant to Section 1954.604 of the pest control operator's findings. The notification shall be in writing and made within two business days of receipt of the pest control operator's findings. For confirmed infestations in common areas, all tenants shall be provided notice of the pest control operator's findings.

30. **JOINT AND SEVERAL RESPONSIBILITY.**   Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 53 (Deposit Return, Surrender, and Abandonment).

31. **ASSIGNMENT AND SUBLETTING.**   You may not assign or sublet any portion or the entire dwelling, except to the extent required by law. We intend this to be a strict and absolute prohibition against subletting and assignment. We will not acknowledge, communicate, or accept rent from any person other than you. All guests, residents, occupants, subtenants, or assignees in the dwelling must comply with every term of this Lease. If you no longer permanently reside in the dwelling, we reserve the right to raise the rent and collect rent from any subsequent occupants. You must notify us in writing if you no longer permanently reside in the dwelling, or if it is no longer your principal place of occupancy. You may still be liable for the entire Lease Contract term if you move out early (see paragraph 48 Move-Out Notice).

## Responsibilities of Owner and Resident

32. **DEFAULT BY RESIDENT.**   You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs; (3) you abandon the dwelling; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession,

manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your dwelling; (7) you or any guest or occupant engages in any of the prohibited conduct described in paragraphs 20 (Limitations on Conduct) or 21 (Prohibited Conduct); or (8) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government. Any of the above defaults shall be a material breach of the Lease and shall be a just cause to evict you from the dwelling.

This document is digitally signed using RENTCafe eSignature services. Document ID: 442212

**eviction.**  If you default and if we wish to terminate your right of occupancy, we must give you a 3 Court day written notice to cure the default. If the default is incurable (e.g. assigning or subletting or committing waste upon the demised premises, contrary to the conditions or covenants of this Lease, or maintaining, committing, or permitting the maintenance or commission of a nuisance upon the demised premises, or using the premises for an unlawful purpose, or any other incurable default), we may end your right of occupancy by giving you a 3-day notice to vacate. Notice to cure and notice of occupancy termination must be delivered by either: (1) personal delivery to any resident; or (2) personal delivery at the dwelling to any occupant of suitable age and discretion and sending a copy through the regular U.S. mail addressed to the tenant at his or her place of residence; or (3) posting on the outside of the dwelling's front door, accompanied by mailing the notice by regular U.S. mail. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.**  You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of holdover (less any mitigation); and (3) at our option, we may extend the lease term—for up to one month from the date of notice of lease extension—by delivering written notice to you or your dwelling while you continue to hold over.

**Other Remedies.**  If your rent is delinquent and we give you 3 days' prior written notice, we may report unpaid amounts to consumer reporting agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10 (Special Provisions), in addition to other sums due. Upon your default, we have all other legal remedies including lease termination, lockout under statute, and the remedy set forth in Civil Code § 1951.2. The prevailing party may recover from a non-prevailing party attorney's fees and any costs of litigation in an amount of no more than $1200. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 10% interest per year from due date. To the greatest extent allowed by law, you must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If you fail to fulfill your obligations under this Lease, we intend to submit a negative report to a consumer reporting agency. The report will summarize your violations and be a possible reflection on your credit record.

**Remedies Cumulative.**  Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

## General Clauses

**33. ENTIRE AGREEMENT.**  Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us.

**34. NO AUTHORITY TO AMEND UNLESS IN WRITING.**
Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

**35. NO WAIVER.**  No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances.

**36. NOTICE.**  Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo or letter that was given. Fax signatures are binding. All notices must be signed.

**37. MISCELLANEOUS.**
A. Exercising one remedy won't constitute an election or waiver of other remedies.
B. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.
C. All remedies are cumulative.
D. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.
E. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract.
F. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.
G. This Lease Contract is subordinate or superior to existing and future recorded mortgages or deeds of trust, at our lender's option.
H. All lease obligations must be performed in the county where the Dwelling is located.
I. Upon our request, resident shall provide us with a Tenant Estoppel Certificate.
J. All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**38. REGISTERED SEX OFFENDER NOTICE.**  Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the Community of residence and ZIP Code in which he or she resides.

**39. PROPOSITION 65 WARNING.**  Proposition 65 protects California's drinking water sources from being contaminated with chemicals known to cause cancer, birth defects or other reproductive harm, and requires businesses to inform Californians about exposures to such chemicals. Please see the California Proposition 65 Addendum for warnings and additional information.

**40. NOTICE OF NEGATIVE CREDIT REPORT.**  Pursuant to California Civil Code § 1785.26, you are hereby notified that a negative report reflecting on your credit record may be submitted to credit-reporting agencies if you fail to fulfill the terms of your obligation under this Lease Contract.

**41. INDEMNIFICATION.**  Subject to applicable law, you shall indemnify and hold the owner, its agents and employees, harmless against all claims, expenses, damages, actions, and liabilities of whatever nature, including reasonable attorney's fees, arising from or relating to injury, loss or damage relating to your, your guest's or occupant's negligence, tenancy and/or your failure to comply with this Lease Contract.

**42. CONTACTING YOU.**  By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through which we reasonably believe we can reach you. You agree we may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to promptly notify us if you change your contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**43. OBLIGATION TO VACATE.**  If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with paragraph 3 (Lease Term), and we accept such written notice, then you are required to vacate the dwelling and remove all of your personal property therefrom at the expiration of the Lease term, or by the date set forth in the notice to vacate, whichever date is earlier, without further notice or demand from us.

© 2020, National Apartment Association, Inc. - 2/2020, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 442212

Page 6 of 8

**44. FORCE MAJEURE.** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**45. POLITICAL SIGNS.**   You may post or display political signs relating to an election, legislative vote, initiative, referendum, recall process or issues that are before a public commission, public board or elected local body for a vote as allowed by law. Political signs may be posted in the window or on the door of the dwelling. All political signs must be six square feet or less in size and cannot be posted or displayed in a manner that would violate a local, state or federal law. You must post and remove political signs in compliance with the time limits set by local ordinance. If no local ordinance exists, political signs may be posted no earlier than 90 days prior to the date of the election or vote and must be removed within 15 days of the date of the election or vote.

**46. PAYMENTS.**   At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 (Property Left in Dwelling) or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments. We will accept rent payments from a third party, if the third-party signs an acknowledgment stating 1) the third party is not a current tenant of the property and 2) that acceptance does not establish a tenancy.

**47. ASSOCIATION MEMBERSHIP.**   We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local dwelling (multi-housing) associations for the area where the dwelling is located.

## When Moving Out

**48. MOVE-OUT NOTICE.**   Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by the paragraph 3 (Lease Term). The advance notice must be at least the number of days of notice required in paragraph 3 (Lease Terms). The move-out date in your notice *[check one]*: ☐  must be the last day of the month, or ☒  may be the exact day designated in your notice. If neither box is checked, the second checkbox applies. If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract.  You will still be liable for the entire Lease Contract term if you move out early under paragraph 23 (Release of Resident), except if you are able to terminate your tenancy under the statutory rights explained under paragraphs 11 (Early Move-Out), 23 (Release of Resident), or under other laws providing a right to terminate this Lease Contract. All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of the Lease Terms paragraph, even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, you will automatically and immediately become a holdover tenant pursuant to state law, and we will have all remedies available under this Lease Contract and state law.

**49. MOVE-OUT PROCEDURES.**   The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and liability for future rent under paragraphs 11 (Early Move-Out) and 32 (Default by Resident). You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**50. CLEANING.**   You must thoroughly clean the dwelling, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**51. MOVE-OUT INSPECTION.**   You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**52. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.**  You may not use the security deposit to pay any month's rent. We may withhold from the security deposit only such amounts as are reasonably necessary to remedy your defaults including, but not limited to, the following:
a) Defaults in the payment of rent;
b) To repair damage to the premises caused by you, exclusive of ordinary wear and tear, and/or;
c) To clean the premises, if necessary, upon termination of the tenancy in order to return the unit to the same level of cleanliness it was in at the inception of the tenancy, and /or;
d) To restore, replace, or return personal property or appurtenances, exclusive of ordinary wear and tear.

**53. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.**
You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions within 21 days after surrender or abandonment, unless statutes provide otherwise. If you fail to provide us with your forwarding address in writing, as required above, we will process the unclaimed security deposit in accordance with state law.

**Surrender.**   You have surrendered the dwelling when: (1) the move-out date has passed and no one is living in the dwelling in our reasonable judgment; (2) all dwelling keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid—whichever date occurs first, or (3) we reasonably believe that you have surrendered the dwelling to us.

**Abandonment.**   You have abandoned the dwelling when we reasonably believe you have abandoned it. California law provides that abandonment will be found when all of the following have occurred: (1) your rent has been due and unpaid for at least 14 days; (2) we give you written notice of such belief and our intent to terminate the lease because of your delinquency; (3) our notice of abandonment follows substantially the form in California Code Section 1951.3(d); (4) such notice is given by (i) personal delivery to you, or (ii) first class mail, postage prepaid to your last known address; (5) the lease termination date in that notice is at least 15 days after personal delivery or 18 days after mailing; and (6) such 15 or 18 day notice period has expired without response from you as per California Code Section 1951.3. If we have reason to believe you won't receive the notice at your last known address, we will, at the same time we mail the above notice to your last known address, mail a copy to any other addresses that are known to us where you could reasonably be expected to receive the notice.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the dwelling; determine any security deposit deductions; and remove property left in the dwelling. Surrender, abandonment, and judicial eviction affect your rights to property left in the dwelling (paragraph 13 (Property Left In Dwelling), but do not affect our mitigation obligations (paragraph 32 (Default by Resident)).

© 2020, National Apartment Association, Inc. - 2/2020, California

Page 7 of 8

This document is digitally signed using RENTCafe eSignature services. Document ID: 442212

3/16/2020 4:04 PM

## Severability, Originals and Attachments, and Signatures

**54. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**55. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

> You are legally bound by this document.
> Read it carefully before signing.

**Name and address of locator service** *(if applicable)*

_____
_____
_____

**Date form is filled out** *(same as on top of page 1)*

**03/16/2020**
_____

**(Required by Cal. Civil Code Section 1962)**

**Name, address and telephone number of Owner or Owner's Agent:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**
_____

**Name, address and telephone number of person or entity to whom payments must be made:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**
_____

**Acceptable forms of payment:**

**Check, ACH, CC, Money Order**
_____

Rent Payments may be made personally ☒ Yes ☐ No

If yes, the person authorized to accept payments will be available

**M-F 9:00AM - 6:00PM**
_____
_____

(usual days and hours authorized person will be available to accept payment).

**THIS LEASE CONTRACT WILL AUTOMATICALLY CONTINUE AS A TENANCY FROM MONTH TO MONTH AT THE EXPIRATION OF THE INITIAL LEASE TERM UNLESS (1) PROPER MOVE-OUT OR VACATE NOTICE IS GIVEN UNDER PARAGRAPH 48 (MOVE-OUT NOTICE), OR (2) YOU AND WE AGREE OTHERWISE IN WRITING.**

**Resident or Residents** *(all sign below)*

_____
_____
_____
_____
_____

**Owner or Owner's Representative** *(signing on behalf of owner)*

_____

**Address and phone number of owner's representative for notice purposes**

**1201 S Hope Street**
_____

**Los Angeles, CA 90015**
_____

**SPECIAL PROVISIONS** *(CONTINUED FROM PAGE 2)* **Security Surveillance: In Landlord's operation of the Project, Landlord currently operates (or, in Landlord's sole discretion, may elect in the future to install and operate) security cameras in and about the Project (collectively, the "Security Cameras") that view and/or record certain audio and/or video activity at the Project (including, by means of an open network remotely accessible by Landlord). In connection therewith, Tenant acknowledges and agrees as follows: (i) Tenant consents to being viewed and/or recorded by such Security Cameras in the normal course of operation of such Security Cameras at the Project in providing security features to the Project; and (ii) Landlord shall not be liable for, and Tenant hereby waives and releases Landlord from, any and all responsibility for any damage or injury either to person or property sustained by Tenant or any of any of its agents, contractors, employees, licensees and/or invitees in connection with or arising from the Security Cameras and/or any viewable or recorded footage therefrom, including any acts or omissions of security personnel.**

_____
_____
_____
_____
_____
_____
_____

The following information states that the identified document has been signed electronically by the parties detailed below:

| Signee Details | Role | Signature | Initials | Date Signed |
|---|---|---|---|---|
| Brittany Stillwell | Resident | *Felix Felder* | FF | 03/16/2020 |
| Ema  ID: bast  w@gma .com | | | | |
| Site Manager | Manager | | | |

# LEASE CONTRACT



Date of Lease Contract: _____ **May 19, 2020** _____
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (*list all people signing the Lease Contract*):

**Brittany Stillwell, Felix Felder**

and *us*, the owner: **Onni Real Estate IX LLC**

_____ (*name of title holder or published and recorded fictitious business name*). You've agreed to rent Unit No. **2118**, at **1201 S Hope Street**

(*street address*) in _____ **Los Angeles** _____ (*city*), California, _____ **90015** _____ day (*zip code*) (the "Dwelling") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The dwelling will be occupied only by you and (*list all other occupants not signing the Lease Contract*):

No one else may occupy the dwelling. Persons not listed above must not stay in the dwelling for more than **7** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **17th** day of _____ **March** _____, **2020**, and ends at 11:59 p.m. the **16th** day of _____ **April** _____, **2021**. **THIS LEASE CONTRACT WILL AUTOMATICALLY RENEW MONTH-TO-MONTH UNLESS EITHER PARTY GIVES AT LEAST** **60** **DAYS WRITTEN NOTICE OF TERMINATION OR INTENT TO MOVE-OUT AS REQUIRED BY PARAGRAPH 48 (MOVE-OUT NOTICE).** If the number of days isn't filled in, at least 30 days written notice is required. If the Residents have been in possession for longer than one year, Landlord shall provide Residents with at least a 60 day written notice to terminate tenancy. Residents shall comply with all notice provisions in paragraph 32 (Default by Resident).

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the dwelling is $ **500.00**, due on or before the date this Lease Contract is signed. See paragraphs 52 (Security Deposit Deductions and Other Charges) and 53 (Deposit Return, Surrender, and Abandonment) for security deposit return

information. The security deposit may not exceed 2 month's rent for an unfurnished dwelling, and 3 month's rent for a furnished dwelling. The security deposit may not exceed two and a half month's rent for an unfurnished dwelling, and three and a half month's rent for a furnished dwelling in the event you install water furniture.

**5. KEYS.** You will be provided _____ Dwelling key(s), or **2** mailbox key(s), _____ FOB(s), and/or **2** other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **3175.00** per month for rent, payable in advance and without demand:

- ☒ at the on-site manager's office, or
- ☒ at our online payment site, or
- ☒ at **RentCafe App**

Prorated rent of $ **1536.29** is due for the remainder of [*check one*]: ☒ 1st month or ☐ 2nd month, on _____

Otherwise, you must pay your rent on or before the **3rd** day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the expiration of one business day after the due date, you'll be delinquent. You will be obligated to pay to us (*check one*): ☒ a flat rate of $ **100.00** or ☐ _____ % of your total monthly rent payment if you fail to pay any amount when due under this Contract. You agree that it would be impracticable or extremely difficult to fix the actual damage to us and that the late charge is a reasonable estimate of the actual damages that the parties reasonably believe would occur as a result of late payment. You'll also pay a charge of $25.00 for each returned check or rejected electronic payment. For additional returned checks you'll pay a charge of $35.00. If you are delinquent, all remedies under this Lease Contract will be authorized. If you are delinquent, all remedies under this Lease Contract and California law will be authorized. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligations under this Lease. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

☐ **Rent Concession.** If this box is checked, you and we have entered into an Addendum for a Rent Concession. The Addendum is attached. Please read it thoroughly.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water;   ☐ gas;   ☐ electricity;   ☐ master antenna
☐ wastewater;   ☐ trash;   ☐ cable TV;
☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected—including disconnection for not paying your bills— until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the dwelling unit, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

**8. INSURANCE.**  Our insurance does not cover the loss of your personal possessions or personal injury and it is recommended that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all residents, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We ☐ require ☐ do not require you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

If renter's insurance is required, you shall maintain at all times during the Term of this Lease, at your sole expense, a renter's insurance policy, or its equivalent, issued by a licensed insurance company in a minimum policy coverage amount of $ _____, and you shall provide us with proof of such insurance to our satisfaction. If no box is checked, renter's insurance is not required.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

The dwelling ☐ is ☒ is not located in a special flood hazard area or an area of potential flooding. We have knowledge that the dwelling is in a special flood hazard area if: (1) we received written notice from any public agency, or, (2) our mortgage holder requires us to carry flood insurance, or (3) we currently carry flood insurance. You may obtain more information about hazards, including flood hazards, that may affect your dwelling from the Internet Web site of the Office of Emergency Services (http://www.caloes.ca.gov/). The Internet Web site address for the MyHazards tool is http://myhazards.caloes.ca.gov/. Our insurance does not cover the loss of the tenant's personal possessions. We recommend that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not required to provide additional information concerning the flood hazards to the property. The information provided herein is deemed adequate to inform you.

**9. LOCKS AND LATCHES.**  We will provide an operable deadbolt lock on each main swinging entry door of the dwelling in compliance with California Civil Code, Section 1941.3, subject to statutory exceptions. We will provide window security or locking devices as required by that statute. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move in. You must notify us immediately of any inoperable door, window, latch, or lock. You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.**  Unless otherwise required by law, you must pay for all repairs or replacements arising from misuse or damage to devices by you or your household members, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

---

## Special Provisions and "What If" Clauses

**10. SPECIAL PROVISIONS.**  The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

<u>**See special provisions on the last page**</u>
_____
_____
_____
_____
_____
_____

See any additional special provisions.

**11. EARLY MOVE-OUT.**  If you move out early without our written consent or without paying us a negotiated lease termination fee, you will be liable to us for actual damages, including liability for rents during the entire remainder of your lease term (less mitigation) and for the cost of finding and procuring a replacement resident, paying locator service fees, cleaning, make-ready costs, etc. In addition to any other rights and remedies allowed by law, we shall have the remedy set forth in Civil Code Section 1951.2.

**12. REIMBURSEMENT.**  You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the Community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. <u>**Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from you or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your dwelling.**</u> We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. PROPERTY LEFT IN DWELLING.**
**Storage After Surrender, Abandonment, or Eviction.**  We may remove and/or store all property remaining in the dwelling or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the dwelling (see definitions in paragraph 53 (Deposit Return, Surrender, and Abandonment)). We will use reasonable care in storing the property; but we're not liable for casualty loss, damage, or theft unless caused by deliberate or negligent act on our part. We may store the personal property either in the dwelling or in another safe place until (1) we release the personal property described in the notice to you or other persons we reasonably believe to be the owner of the property and we shall not require you to pay the cost of storage if its owner reclaims the property within two days of you vacating the dwelling, (2) charges (and actual advertising/sale expenses) are paid in full after 2 days, or (3) 18 days have elapsed after "Notice of Right to Reclaim Abandoned Property" has been mailed (or 15 days after it is personally served) by us, as provided below as otherwise required by law.

**Notice.**  The "Notice of Right to Reclaim Abandoned Property" must be in substantial compliance with the statutory form in Section 1984 or 1985, California Civil Code. The notice must be given by personal delivery to you or via regular U.S. mail to you at your last known address or to the person believed by us to be the owner.

**Redemption.**  If we've stored the property as provided above, you or the person believed by us to be the owner may redeem the property by paying all storage charges (and any actual advertising/sale expenses) on or before the expiration of the Notice of Right to Reclaim Abandoned Property as required by law. The charges for storage will be the fair rental value of the rental space reasonably required for the storage. We may return redeemed property at the place of storage, the management office, or the dwelling (at our option). We may require payment by cash, money order, or certified check. We may also send a copy to your email address.

**Other disposition or Sale.**  If all the property being stored is believed by us to be worth less than $700 and it has not been redeemed, we may keep, throw away, or give away the property after the 18th day following the giving of the "Notice of Right to Reclaim Abandoned Property" above. If all of the property is believed by us to be worth $700 or more, we may (1) release the personal property described in the notice to the former tenant and shall not require the former tenant to pay the cost of storage if the property remained in the dwelling and the former tenant or other person reasonably believed by the landlord to be its owner reclaims the property within two days of vacating the dwelling, (2) we release the property to the person believed by us to be the owner, if all storage charges (and actual advertising/sale expenses) are paid in full after 2 days of storage, or (3) sell the property at public sale in compliance with the procedures of Section 1988 of the California Civil Code. Sale may be subject to any third-party ownership or lien

claims, must be sold to the highest cash bidder, either in bulk, in batches, or item-by-item. You and the landlord may bid at the sale. Excess sums will be paid over to the county in accordance with statute.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

**14. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, we may end your right of occupancy and recover damages, including future rents (less any mitigation), reletting charges, attorney's fees (consistent with paragraph 32 (Default by Resident)), court costs, and other lawful charges. Our rights and remedies under paragraphs 11 (Early Move-Out) and 32 (Default by Resident) apply to the failure to pay first month's rent upon execution of the Lease Contract.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of dwelling rules allowed under paragraph 19 (Community Policies or Rules), or as otherwise allowed by law. We will give you a minimum of 30 days notice if you are on a month to month tenancy before we increase the rent (a maximum of 10% increase over the previous 12 months). We will give you at least 90 days notice during a month to month tenancy before we raise the rent more than 10% (over the previous 12 months), unless the increase is caused by a change in your income or family composition as determined by a recertification required by statute or regulation.

**16. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Any termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the dwelling.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the dwelling is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the Lease Contract begins—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the dwelling will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.

(2) If we give written notice to any of you before the beginning of the lease term and the notice states that construction delay is expected and that the dwelling will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new beginning date of the lease term for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**17. AD VALOREM TAXES/FEES AND CHARGES – ADDITIONAL RENT.** Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment unit itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

**18. DISCLOSURE RIGHTS.** During your initial lease application and throughout your tenancy, we may obtain information on you, your rental history, or other personal information that may be provided to law-enforcement, government agencies, or other business entities for other business purposes, at a third party's request. Upon verifiable request from you, we will provide you with any personal information collected, or disclosed for business purposes relating to you, including but not limited to: categories and specific pieces of personal information collected, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting or selling personal information, and the categories of third parties with which we share personal information.

**(A)** Should we choose to collect your personal information, we will, at or before the point of collection, inform you as to the categories of personal information to be collected and the purposes for which the categories of personal information will be used. Upon verifiable request from you, we will disclose and deliver the personal information the we collected about you, free of charge, within 45 days of the verified request.

**(B)** Upon verifiable request from you to delete personal information from our records, we will do so, and direct service providers to delete any personal information in their records, subject to certain exceptions.

**(C)** We will not sell personal information to third parties.

**(D)** We do not discriminate against any resident that exercises any of their rights under the California Consumer Privacy Act ("CCPA"). However, we may charge different prices or provide a different quality of goods or services if the difference is reasonably related to the value provided to you by your data. Further, we may offer financial incentives to you for the collection, sale, or deletion of personal information.

**(E)** The obligations imposed on us by the CCPA cannot, and will not, restrict our ability to comply with federal, state, or local laws; comply with civil, criminal, or regulatory inquiry, investigation, subpoena, or summons by with federal, state, or local authorities; cooperate with law enforcement relating to violations of with federal, state, or local laws; exercise legal claims; collect, use, retain, sell, or disclose aggregate or deidentified consumer information; or collect or sell personal information where that information is based on commercial conduct wholly outside of California.

---

## While You're Living in the Dwelling Unit

**19. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written Community rules, regulations and policies, including instructions for care of the dwelling and the Community. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the Community and do not change dollar amounts on page 1 of this Lease Contract.

**20. LIMITATIONS ON CONDUCT.** The dwelling and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Doors, windows, and other passageways inside the dwelling must be clear and unobstructed for access to every room in the dwelling, and may be used only for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall

ride or allow bikes, skateboards, or other similar objects in the passageways. You must maintain the dwelling free from clutter or any other condition which may restrict air flow, encourage mold growth, invite pests, creates a fire hazard, or otherwise degrades the habitability of the dwelling. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with dwelling rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the Community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Unless otherwise provided by law, conducting any kind of business in your dwelling or in the Community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your dwelling for business purposes. You or your guests may not use the dwelling,

or any other part of the property, to violate, or in violation of, any law, statute, or ordinance. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the Community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any dwelling rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the Community.

**21. PROHIBITED CONDUCT.**   You, your occupants or guests, or the guests of any occupants, may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Community; disrupting our business activities; manufacturing, cultivating, delivering, selling, possessing with intent to deliver or sell, or otherwise possessing or using a controlled substance or drug paraphernalia for use with a controlled substance (Note: "Controlled substance" includes so-called "medical marijuana" under the law of California and any state having similar laws. The Resident agrees not to violate any law or ordinance. Marijuana is listed as a Class 1 scheduled drug under federal law, and is a prohibited controlled substance. (21 United States Code sections 801-904: 21 United States Code section 841(a)(1); 21 United States Code section 812(b)(1)); engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the Community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the Community; or injuring our reputation by making bad faith allegations against us to others.

**22. PARKING.**   We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the dwelling; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office;or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

**23. RELEASE OF RESIDENT.**   Unless entitled to terminate this Lease Contract by law or pursuant to its terms, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, or death.

**24. MILITARY PERSONNEL CLAUSE.**   All parties to this Lease Contract agree to comply with any federal law, including, but not limited to the Service Member's Civil Relief Act, or any applicable state law(s), if you are seeking to terminate this Lease Contract and/or subsequent renewals and/or Lease Contract extensions under the rights granted by such laws.

**25. RESIDENT SAFETY AND PROPERTY LOSS.**   You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other access control devices.

**Smoke and Carbon Monoxide Detectors.**   We'll furnish smoke and carbon monoxide detectors only if required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must test the smoke detectors and the carbon monoxide detectors on a regular basis, and pay for and

replace batteries as needed, unless the law provides otherwise. You must immediately report smoke and carbon monoxide detector malfunctions to us. Neither you nor others may disable neither the smoke nor the carbon monoxide detectors. If you disable or damage the smoke detector or carbon monoxide detector, or fail to replace a dead battery or report known smoke and carbon monoxide detector malfunctions to us, and, if your action or inaction causes loss, damage, or fines from fire, smoke, or water to us or others, you will be liable for such loss, damage, or fines.

**Casualty Loss.**   We're not liable to any resident, guest, or occupant for  personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. We are not responsible for the acceptance or receipt of any mail, messages, or packages left at the entrances to the dwelling or elsewhere on the property, or for any loss or damage to those items or any other material that is delivered to the property. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the Dwelling is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your dwelling, you'll be liable for damage to our and other's property. You agree to indemnify and hold us harmless from any claims, loss, or expenses (including attorney's fees) that we may incur as result of your negligence, or the negligence of your guests, invitees, or occupants in the dwelling, such as damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.**   Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the Community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Compliance with Statutory Obligations.**   You hereby understand and acknowledge that you have an affirmative duty to comply with the obligations set forth in California Civil Code Section 1941.2:

(1) To keep the dwelling clean and sanitary as the condition of the dwelling permits.
(2) To dispose all rubbish, garbage and other waste, in a clean and sanitary manner.
(3) To properly use and operate all electrical, gas and plumbing fixtures and keep them as clean and sanitary as their condition permits.
(4) Not to permit any person, with his permission, to willfully or wantonly destroy, deface, damage, impair or remove any part of the Community or dwelling unit or the facilities, equipment, or appurtenances thereto, nor himself do any such thing.
(5) To occupy the dwelling as his abode, utilizing portions thereof for living, sleeping, cooking or dining purposes only which were respectively designed or intended to be used for such occupancies.

**26. CONDITION OF THE PREMISES AND ALTERATIONS.**   You accept the dwelling, fixtures, and furniture as is, except for conditions causing the premises to be untenantable under California Civil Code 1941. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the dwelling and not damaging or littering the Community. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter the dwelling or Community. No holes or stickers are allowed

© 2020, National Apartment Association, Inc. - 2/2020, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 470486

Page 4 of 8

inside or outside the dwelling. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless permission is statutorily required or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke and carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the dwelling; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the dwelling (whether or not we consent) become ours unless we agree otherwise in writing.

27. **REQUESTS, REPAIRS, AND MALFUNCTIONS.**   IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE TENANT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE. (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the dwelling if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate your tenancy within a reasonable time by giving you written notice. If your tenancy is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

28. **ANIMALS.**   Unless otherwise provided under federal, state, or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the Dwelling Unit or Community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contact. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal we may require you to execute a separate animal and/or assistance animal addendum. Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal,

state, or local law. If you or guest or occupant violates the animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the dwelling unit at any time during your term of occupancy (with or without our consent), we'll charge you for any necessary defleaing, deodorizing, and shampooing. You must not feed stray or wild animals.

29. **WHEN WE MAY ENTER.**   Landlord will have the right to enter the premises as allowed by law. Law permits entry in case of emergency to make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, to test smoke and carbon monoxide detectors, or exhibit the dwelling unit to prospective or actual purchasers, mortgagees, tenants, workmen or contractors or to make an inspection pursuant to subdivision (f) of Civil Code §1950.5, when the Resident has abandoned or surrendered the premises and pursuant to court order. Landlord will serve Resident with written notice before entry unless:

- Entry is due to an emergency, surrender or abandonment of the unit, or
- Resident and Landlord agree orally to an entry to make agreed repairs or supply agreed services at an approximate day and time within one week of the oral agreement, or
- Resident is present and consents to entry at the time of entry, or
- To exhibit the unit to prospective or actual purchasers of the property, provided that Landlord has notified Resident in writing within 120 days of the oral notice that the property is for sale and that Resident may be contacted to allow for an inspection.
- Entry to inspect a tenant's dwelling unit shall comply with Section 1954. Entry to inspect any unit selected by the pest control operator and to conduct followup inspections of surrounding units until bed bugs are eliminated is a necessary service for the purpose of Section 1954. Tenants shall cooperate with the inspection to facilitate the detection and treatment of bed bugs, including providing requested information that is necessary to facilitate the detection and treatment of bed bugs to the pest control operator.

The landlord shall notify the tenants of those units inspected by the pest control operator pursuant to Section 1954.604 of the pest control operator's findings. The notification shall be in writing and made within two business days of receipt of the pest control operator's findings. For confirmed infestations in common areas, all tenants shall be provided notice of the pest control operator's findings.

30. **JOINT AND SEVERAL RESPONSIBILITY.**   Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 53 (Deposit Return, Surrender, and Abandonment).

31. **ASSIGNMENT AND SUBLETTING.**   You may not assign or sublet any portion or the entire dwelling, except to the extent required by law. We intend this to be a strict and absolute prohibition against subletting and assignment. We will not acknowledge, communicate, or accept rent from any person other than you. All guests, residents, occupants, subtenants, or assignees in the dwelling must comply with every term of this Lease. If you no longer permanently reside in the dwelling, we reserve the right to raise the rent and collect rent from any subsequent occupants. You must notify us in writing if you no longer permanently reside in the dwelling, or if it is no longer your principal place of occupancy. You may still be liable for the entire Lease Contract term if you move out early (see paragraph 48 Move-Out Notice).

## Responsibilities of Owner and Resident

32. **DEFAULT BY RESIDENT.**   You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs; (3) you abandon the dwelling; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession,

manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your dwelling; (7) you or any guest or occupant engages in any of the prohibited conduct described in paragraphs 20 (Limitations on Conduct) or 21 (Prohibited Conduct); or (8) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government. Any of the above defaults shall be a material breach of the Lease and shall be a just cause to evict you from the dwelling.

**eviction.** If you default and if we wish to terminate your right of occupancy, we must give you a 3 Court day written notice to cure the default. If the default is incurable (e.g. assigning or subletting or committing waste upon the demised premises, contrary to the conditions or covenants of this Lease, or maintaining, committing, or permitting the maintenance or commission of a nuisance upon the demised premises, or using the premises for an unlawful purpose, or any other incurable default), we may end your right of occupancy by giving you a 3-day notice to vacate. Notice to cure and notice of occupancy termination must be delivered by either: (1) personal delivery to any resident; or (2) personal delivery at the dwelling to any occupant of suitable age and discretion and sending a copy through the regular U.S. mail addressed to the tenant at his or her place of residence; or (3) posting on the outside of the dwelling's front door, accompanied by mailing the notice by regular U.S. mail. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.**   You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of holdover (less any mitigation); and (3) at our option, we may extend the lease term—for up to one month from the date of notice of lease extension—by delivering written notice to you or your dwelling while you continue to hold over.

**Other Remedies.**   If your rent is delinquent and we give you 3 days' prior written notice, we may report unpaid amounts to consumer reporting agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10 (Special Provisions), in addition to other sums due. Upon your default, we have all other legal remedies including lease termination, lockout under statute, and the remedy set forth in Civil Code § 1951.2. The prevailing party may recover from a non-prevailing party attorney's fees and any costs of litigation in an amount of no more than $1200. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 10% interest per year from due date. To the greatest extent allowed by law, you must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If you fail to fulfill your obligations under this Lease, we intend to submit a negative report to a consumer reporting agency. The report will summarize your violations and be a possible reflection on your credit record.

**Remedies Cumulative.**   Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

## General Clauses

**33. ENTIRE AGREEMENT.**   Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us.

**34. NO AUTHORITY TO AMEND UNLESS IN WRITING.**
Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

**35. NO WAIVER.**   No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances.

**36. NOTICE.**   Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo or letter that was given. Fax signatures are binding. All notices must be signed.

**37. MISCELLANEOUS.**
A. Exercising one remedy won't constitute an election or waiver of other remedies.
B. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.
C. All remedies are cumulative.
D. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.
E. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract.
F. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.
G. This Lease Contract is subordinate or superior to existing and future recorded mortgages or deeds of trust, at our lender's option.
H. All lease obligations must be performed in the county where the Dwelling is located.
I. Upon our request, resident shall provide us with a Tenant Estoppel Certificate.
J. All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**38. REGISTERED SEX OFFENDER NOTICE.**   Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the Community of residence and ZIP Code in which he or she resides.

**39. PROPOSITION 65 WARNING.**   Proposition 65 protects California's drinking water sources from being contaminated with chemicals known to cause cancer, birth defects or other reproductive harm, and requires businesses to inform Californians about exposures to such chemicals. Please see the California Proposition 65 Addendum for warnings and additional information.

**40. NOTICE OF NEGATIVE CREDIT REPORT.**   Pursuant to California Civil Code § 1785.26, you are hereby notified that a negative report reflecting on your credit record may be submitted to credit-reporting agencies if you fail to fulfill the terms of your obligation under this Lease Contract.

**41. INDEMNIFICATION.**   Subject to applicable law, you shall indemnify and hold the owner, its agents and employees, harmless against all claims, expenses, damages, actions, and liabilities of whatever nature, including reasonable attorney's fees, arising from or relating to injury, loss or damage relating to your, your guest's or occupant's negligence, tenancy and/or your failure to comply with this Lease Contract.

**42. CONTACTING YOU.**   By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through which we reasonably believe we can reach you. You agree we may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to promptly notify us if you change your contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**43. OBLIGATION TO VACATE.**   If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with paragraph 3 (Lease Term), and we accept such written notice, then you are required to vacate the dwelling and remove all of your personal property therefrom at the expiration of the Lease term, or by the date set forth in the notice to vacate, whichever date is earlier, without further notice or demand from us.

**44. FORCE MAJEURE.** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**45. POLITICAL SIGNS.**   You may post or display political signs relating to an election, legislative vote, initiative, referendum, recall process or issues that are before a public commission, public board or elected local body for a vote as allowed by law. Political signs may be posted in the window or on the door of the dwelling. All political signs must be six square feet or less in size and cannot be posted or displayed in a manner that would violate a local, state or federal law. You must post and remove political signs in compliance with the time limits set by local ordinance. If no local ordinance exists, political signs may be posted no earlier than 90 days prior to the date of the election or vote and must be removed within 15 days of the date of the election or vote.

**46. PAYMENTS.**   At our option and without notice, we may apply any money received (other than sale proceeds under paragraph 13 (Property Left in Dwelling) or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments. We will accept rent payments from a third party, if the third-party signs an acknowledgment stating 1) the third party is not a current tenant of the property and 2) that acceptance does not establish a tenancy.

**47. ASSOCIATION MEMBERSHIP.**   We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local dwelling (multi-housing) associations for the area where the dwelling is located.

## When Moving Out

**48. MOVE-OUT NOTICE.**   Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by the paragraph 3 (Lease Term). The advance notice must be at least the number of days of notice required in paragraph 3 (Lease Terms). The move-out date in your notice *[check one]:*  ☐  must be the last day of the month, or  ☒  may be the exact day designated in your notice. If neither box is checked, the second checkbox applies. If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract.  You will still be liable for the entire Lease Contract term if you move out early under paragraph 23 (Release of Resident), except if you are able to terminate your tenancy under the statutory rights explained under paragraphs 11 (Early Move-Out), 23 (Release of Resident), or under other laws providing a right to terminate this Lease Contract. All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of the Lease Terms paragraph, even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, you will automatically and immediately become a holdover tenant pursuant to state law, and we will have all remedies available under this Lease Contract and state law.

**49. MOVE-OUT PROCEDURES.**   The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and liability for future rent under paragraphs 11 (Early Move-Out) and 32 (Default by Resident). You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**50. CLEANING.**   You must thoroughly clean the dwelling, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**51. MOVE-OUT INSPECTION.**   You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**52. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You may not use the security deposit to pay any month's rent. We may withhold from the security deposit only such amounts as are reasonably necessary to remedy your defaults including, but not limited to, the following:
a) Defaults in the payment of rent;
b) To repair damage to the premises caused by you, exclusive of ordinary wear and tear, and/or:
c) To clean the premises, if necessary, upon termination of the tenancy in order to return the unit to the same level of cleanliness it was in at the inception of the tenancy, and /or;
d) To restore, replace, or return personal property or appurtenances, exclusive of ordinary wear and tear.

**53. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.**
You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions within 21 days after surrender or abandonment, unless statutes provide otherwise. If you fail to provide us with your forwarding address in writing, as required above, we will process the unclaimed security deposit in accordance with state law.

**Surrender.**   You have surrendered the dwelling when: (1) the move-out date has passed and no one is living in the dwelling in our reasonable judgment; (2) all dwelling keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid—whichever date occurs first, or (3) we reasonably believe that you have surrendered the dwelling to us.

**Abandonment.**   You have abandoned the dwelling when we reasonably believe you have abandoned it. California law provides that abandonment will be found when all of the following have occurred: (1) your rent has been due and unpaid for at least 14 days; (2) we give you written notice of such belief and our intent to terminate the lease because of your delinquency; (3) our notice of abandonment follows substantially the form in California Code Section 1951.3(d); (4) such notice is given by (i) personal delivery to you, or (ii) first class mail, postage prepaid to your last known address; (5) the lease termination date in that notice is at least 15 days after personal delivery or 18 days after mailing; and (6) such 15 or 18 day notice period has expired without response from you as per California Code Section 1951.3. If we have reason to believe you won't receive the notice at your last known address, we will, at the same time we mail the above notice to your last known address, mail a copy to any other addresses that are known to us where you could reasonably be expected to receive the notice.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the dwelling; determine any security deposit deductions; and remove property left in the dwelling. Surrender, abandonment, and judicial eviction affect your rights to property left in the dwelling (paragraph 13 (Property Left In Dwelling)), but do not affect our mitigation obligations (paragraph 32 (Default by Resident)).

**Severability, Originals and Attachments, and Signatures**

**54. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**55. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

> You are legally bound by this document.
> Read it carefully before signing.

**Name and address of locator service** *(if applicable)*

_____
_____
_____

**Date form is filled out** *(same as on top of page 1)*
05/19/2020

**(Required by Cal. Civil Code Section 1962)**
**Name, address and telephone number of Owner or Owner's Agent:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**

_____

**Name, address and telephone number of person or entity to whom payments must be made:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**

_____

Acceptable forms of payment:
**Check, ACH, CC, Money Order**

Rent Payments may be made personally ☒ Yes ☐ No
If yes, the person authorized to accept payments will be available
**M-F 9:00AM – 6:00PM**

_____

(usual days and hours authorized person will be available to accept payment).

**THIS LEASE CONTRACT WILL AUTOMATICALLY CONTINUE AS A TENANCY FROM MONTH TO MONTH AT THE EXPIRATION OF THE INITIAL LEASE TERM UNLESS (1) PROPER MOVE-OUT OR VACATE NOTICE IS GIVEN UNDER PARAGRAPH 48 (MOVE-OUT NOTICE), OR (2) YOU AND WE AGREE OTHERWISE IN WRITING.**

**Resident or Residents** *(all sign below)*

_____
_____
_____
_____
_____

**Owner or Owner's Representative** *(signing on behalf of owner)*

_____

**Address and phone number of owner's representative for notice purposes**
**1201 S Hope Street**

_____
**Los Angeles, CA 90015**

_____

**SPECIAL PROVISIONS** *(CONTINUED FROM PAGE 2)* **Security Surveillance: In Landlord's operation of the Project, Landlord currently operates (or, in Landlord's sole discretion, may elect in the future to install and operate) security cameras in and about the Project (collectively, the "Security Cameras") that view and/or record certain audio and/or video activity at the Project (including, by means of an open network remotely accessible by Landlord). In connection therewith, Tenant acknowledges and agrees as follows: (i) Tenant consents to being viewed and/or recorded by such Security Cameras in the normal course of operation of such Security Cameras at the Project in providing security features to the Project; and (ii) Landlord shall not be liable for, and Tenant hereby waives and releases Landlord from, any and all responsibility for any damage or injury either to person or property sustained by Tenant or any of any of its agents, contractors, employees, licensees and/or invitees in connection with or arising from the Security Cameras and/or any viewable or recorded footage therefrom, including any acts or omissions of security personnel.**

_____
_____
_____
_____
_____
_____
_____

The following information states that the identified document has been signed electronically by the parties detailed below:

| Signee Details | Role | Signature | Initials | Date Signed |
|---|---|---|---|---|
| Brittany Stillwell | Resident | *Felix Felder* | *FF* | 03/16/2020 |
| Ema  ID: bast  w@gma .com | | | | |
| Felix Felder | Resident | *Felix Felder* | *F. F* | 05/26/2020 |
| Site Manager | Manager | | | |

# EXHIBIT I

# LEASE CONTRACT

**NAA**
NATIONAL APARTMENT ASSOCIATION

Date of Lease Contract: **August 31, 2020**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (*list all people signing the Lease Contract*):

**Brittany Stillwell, Felix Felder**

and *us*, the owner: **Onni Real Estate IX LLC**

_____ (*name of title holder or published and recorded fictitious business name*). You've agreed to rent Unit No. **2814**, at **1201 S Hope Street**

(*street address*) in **Los Angeles**
(*city*), California, **90015** (*zip code*) (the "Dwelling") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The dwelling will be occupied only by you and (*list all other occupants not signing the Lease Contract*):

No one else may occupy the dwelling. Persons not listed above must not stay in the dwelling for more than **7** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **1st** day of **September**, **2020**, and ends at 11:59 p.m. the **31st** day of **October**, **2021**. **THIS LEASE CONTRACT WILL AUTOMATICALLY RENEW MONTH-TO-MONTH UNLESS EITHER PARTY GIVES AT LEAST **60** DAYS WRITTEN NOTICE OF TERMINATION OR INTENT TO MOVE-OUT AS REQUIRED BY PARAGRAPH 48 (MOVE-OUT NOTICE).** If the number of days isn't filled in, at least 30 days written notice is required. If the Residents have been in possession for longer than one year, Landlord shall provide Residents with at least a 60 day written notice to terminate tenancy. Residents shall comply with all notice provisions in paragraph 32 (Default by Resident).

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the dwelling is $ **500.00**, due on or before the date this Lease Contract is signed. See paragraphs 52 (Security Deposit Deductions and Other Charges) and 53 (Deposit Return, Surrender, and Abandonment) for security deposit return

information. The security deposit may not exceed 2 month's rent for an unfurnished dwelling, and 3 month's rent for a furnished dwelling. The security deposit may not exceed two and a half month's rent for an unfurnished dwelling, and three and a half month's rent for a furnished dwelling in the event you install water furniture.

**5. KEYS.** You will be provided _____ Dwelling key(s), **2** mailbox key(s), _____ FOB(s), and/or **2** other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **4752.00** per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☒ at our online payment site, or
☒ at **RentCafe App**
_____
_____

Prorated rent of $ _____ is due for the remainder of [*check one*]: ☒ 1st month or ☐ 2nd month, on _____.

Otherwise, you must pay your rent on or before the **3rd** day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the expiration of one business day after the due date, you'll be delinquent. You will be obligated to pay to us (*check one*): ☒ a flat rate of $ **100.00** or ☐ _____ % of your total monthly rent payment if you fail to pay any amount when due under this Contract. You agree that it would be impractical or extremely difficult to fix the actual damage to us and that the late charge is a reasonable estimate of the actual damages that the parties reasonably believe would occur as a result of late payment. You'll also pay a charge of $25.00 for each returned check or rejected electronic payment. For additional returned checks you'll pay a charge of $35.00. If you are delinquent, all remedies under this Lease Contract will be authorized. If you are delinquent, all remedies under this Lease Contract and California law will be authorized. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligations under this Lease. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

☒ **Rent Concession.** If this box is checked, you and we have entered into an Addendum for a Rent Concession. The Addendum is attached. Please read it thoroughly.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water;   ☐ gas;   ☐ electricity;   ☐ master antenna
☐ wastewater;   ☐ trash;   ☐ cable TV;
☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected—including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the dwelling, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

**8. INSURANCE.** Our insurance does not cover the loss of your personal possessions or personal injury and it is recommended that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all residents, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We ☐ require ☐ do not require you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

If renter's insurance is required, you shall maintain at all times during the Term of this Lease, at your sole expense, a renter's insurance policy, or its equivalent, issued by a licensed insurance company in a minimum policy coverage amount of $ _____, and you shall provide us with proof of such insurance to our satisfaction. If no box is checked, renter's insurance is not required.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

The dwelling ☐ is ☒ is not located in a special flood hazard area or an area of potential flooding. We have knowledge that the dwelling is in a special flood hazard area if: (1) we received written notice from any public agency, or, (2) our mortgage holder requires us to carry flood insurance, or (3) we currently carry flood insurance. You may obtain more information about hazards, including flood hazards, that may affect your dwelling from the Internet Web site of the Office of Emergency Services (http://www.caloes.ca.gov/). The Internet Web site address for the MyHazards tool is http://myhazards.caloes.ca.gov/. Our insurance does not cover the loss of the tenant's personal possessions. We recommend that you consider purchasing renter's insurance and flood insurance to insure your possessions from loss due to fire, flood, or other risk of loss. We are not required to provide additional information concerning the flood hazards to the property. The information provided herein is deemed adequate to inform you.

**9. LOCKS AND LATCHES.** We will provide an operable deadbolt lock on each main swinging entry door of the dwelling in compliance with California Civil Code, Section 1941.3, subject to statutory exceptions. We will provide window security or locking devices as required by that statute. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move in. You must notify us immediately of any inoperable door, window, latch, or lock. You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.** Unless otherwise required by law, you must pay for all repairs or replacements arising from misuse or damage to devices by you or your household members, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

## Special Provisions and "What If" Clauses

**10. SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

<u>See special provisions on the last page</u>
_____
_____
_____
_____
_____
_____

See any additional special provisions.

**11. EARLY MOVE-OUT.** If you move out early without our written consent or without paying us a negotiated lease termination fee, you will be liable to us for actual damages, including liability for rents during the entire remainder of your lease term (less mitigation) and for the cost of finding and procuring a replacement resident, paying locator service fees, cleaning, make-ready costs, etc. In addition to any other rights and remedies allowed by law, we shall have the remedy set forth in Civil Code Section 1951.2.

**12. REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the Community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. <u>Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from you or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your dwelling.</u> We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. PROPERTY LEFT IN DWELLING.**
**Storage After Surrender, Abandonment, or Eviction.** We may remove and/or store all property remaining in the dwelling or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the dwelling (see definitions in paragraph 53 (Deposit Return, Surrender, and Abandonment)). We will use reasonable care in storing the property; but we're not liable for casualty loss, damage, or theft unless caused by deliberate or negligent act on our part. We may store the personal property either in the dwelling or in another safe place until (1) we release the personal property described in the notice to you or other persons we reasonably believe to be the owner of the property and we shall not require you to pay the cost of storage if its owner reclaims the property within two days of you vacating the dwelling, (2) charges (and actual advertising/sale expenses) are paid in full after 2 days, or (3) 18 days have elapsed after "Notice of Right to Reclaim Abandoned Property" has been mailed (or 15 days after it is personally served) by us, as provided below as otherwise required by law.

**Notice.** The "Notice of Right to Reclaim Abandoned Property" must be in substantial compliance with the statutory form in Section 1984 or 1985, California Civil Code. The notice must be given by personal delivery to you or via regular U.S. mail to you at your last known address or to the person believed by us to be the owner.

**Redemption.** If we've stored the property as provided above, you or the person believed by us to be the owner may redeem the property by paying all storage charges (and any actual advertising/sale expenses) on or before the expiration of the Notice of Right to Reclaim Abandoned Property as required by law. The charges for storage will be the fair rental value of the rental space reasonably required for the storage. We may return redeemed property at the place of storage, the management office, or the dwelling (at our option). We may require payment by cash, money order, or certified check. We may also send a copy to your email address.

**Other disposition or Sale.** If all the property being stored is believed by us to be worth less than $700 and it has not been redeemed, we may keep, throw away, or give away the property after the 18th day following the giving of the "Notice of Right to Reclaim Abandoned Property" above. If all of the property is believed by us to be worth $700 or more, we may (1) release the personal property described in the notice to the former tenant and shall not require the former tenant to pay the cost of storage if the property remained in the dwelling and the former tenant or other person reasonably believed by the landlord to be its owner reclaims the property within two days of vacating the dwelling, (2) we release the property to the person believed by us to be the owner, if all storage charges (and actual advertising/sale expenses) are paid in full after 2 days of storage, or (3) sell the property at public sale in compliance with the procedures of Section 1988 of the California Civil Code. Sale may be subject to any third-party ownership or lien

© 2020, National Apartment Association, Inc. - 2/2020, California

Page 2 of 8

This document is digitally signed using RENTCafe eSignature services. Document ID: 518561

claims, must be sold to the highest cash bidder, either in bulk, in batches, or item-by-item. You and the landlord may bid at the sale. Excess sums will be paid over to the county in accordance with statute.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

**14. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, we may end your right of occupancy and recover damages, including future rents (less any mitigation), reletting charges, attorney's fees (consistent with paragraph 32 (Default by Resident)), court costs, and other lawful charges. Our rights and remedies under paragraphs 11 (Early Move-Out) and 32 (Default by Resident) apply to the failure to pay first month's rent upon execution of the Lease Contract.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of dwelling rules allowed under paragraph 19 (Community Policies or Rules), or as otherwise allowed by law. We will give you a minimum of 30 days notice if you are on a month to month tenancy before we increase the rent (a maximum of 10% increase over the previous 12 months). We will give you at least 90 days notice during a month to month tenancy before we raise the rent more than 10% (over the previous 12 months), unless the increase is caused by a change in your income or family composition as determined by a recertification required by statute or regulation.

**16. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Any termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the dwelling.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the dwelling is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the Lease Contract begins—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the dwelling will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.

(2) If we give written notice to any of you before the beginning of the lease term and the notice states that construction delay is expected and that the dwelling will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new beginning date of the lease term for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**17. AD VALOREM TAXES/FEES AND CHARGES - ADDITIONAL RENT.** Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment unit itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

**18. DISCLOSURE RIGHTS.** During your initial lease application and throughout your tenancy, we may obtain information on you, your rental history, or other personal information that may be provided to law-enforcement, government agencies, or other business entities for other business purposes, at a third party's request. Upon verifiable request from you, we will provide you with any personal information collected, or disclosed for business purposes relating to you, including but not limited to: categories and specific pieces of personal information collected, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting or selling personal information, and the categories of third parties with which we share personal information.

(A) Should we choose to collect your personal information, we will, at or before the point of collection, inform you as to the categories of personal information to be collected and the purposes for which the categories of personal information will be used. Upon verifiable request from you, we will disclose and deliver the personal information the we collected about you, free of charge, within 45 days of the verified request.

(B) Upon verifiable request from you to delete personal information from our records, we will do so, and direct service providers to delete any personal information in their records, subject to certain exceptions.

(C) We will not sell personal information to third parties.

(D) We do not discriminate against any resident that exercises any of their rights under the California Consumer Privacy Act ("CCPA"). However, we may charge different prices or provide a different quality of goods or services if the difference is reasonably related to the value provided to you by your data. Further, we may offer financial incentives to you for the collection, sale, or deletion of personal information.

(E) The obligations imposed on us by the CCPA cannot, and will not, restrict our ability to comply with federal, state, or local laws; comply with civil, criminal, or regulatory inquiry, investigation, subpoena, or summons by with federal, state, or local authorities; cooperate with law enforcement relating to violations of with federal, state, or local laws; exercise legal claims; collect, use, retain, sell, or disclose aggregate or deidentified consumer information; or collect or sell personal information where that information is based on commercial conduct wholly outside of California.

## While You're Living in the Dwelling Unit

**19. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written Community rules, regulations and policies, including instructions for care of the dwelling and the Community. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the Community and do not change dollar amounts on page 1 of this Lease Contract.

**20. LIMITATIONS ON CONDUCT.** The dwelling and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Doors, windows, and other passageways inside the dwelling must be clear and unobstructed for access to every room in the dwelling, and may be used solely for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall ride or allow bikes, skateboards, or other similar objects in the passageways. You must maintain the dwelling free from clutter or any other condition which may restrict air flow, encourage mold growth, invite pests, creates a fire hazard, or otherwise degrades the habitability of the dwelling. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with dwelling rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the Community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Unless otherwise provided by law, conducting any kind of business in your dwelling or in the Community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your dwelling for business purposes. You or your guests may not use the dwelling,

This document is digitally signed using RENTCafe eSignature services. Document ID: 518561

or any other part of the property, to violate, or in violation of, any law, statute, or ordinance. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the Community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any dwelling rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the Community.

**21. PROHIBITED CONDUCT.**   You, your occupants or guests, or the guests of any occupants, may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Community; disrupting our business activities; manufacturing, cultivating, delivering, selling, possessing with intent to deliver or sell, or otherwise possessing or using a controlled substance or drug paraphernalia for use with a controlled substance (Note: "Controlled substance" includes so-called "medical marijuana" under the law of California and any state having similar laws. The Resident agrees not to violate any law or ordinance. Marijuana is listed as a Class 1 scheduled drug under federal law, and is a prohibited controlled substance. (21 United States Code sections 801-904: 21 United States Code section 841(a)(1); 21 United States Code section 812(b)(1)); engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the Community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the Community; or injuring our reputation by making bad faith allegations against us to others.

**22. PARKING.**   We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the dwelling; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office;or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

**23. RELEASE OF RESIDENT.**   Unless entitled to terminate this Lease Contract by law or pursuant to its terms, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, or death.

**24. MILITARY PERSONNEL CLAUSE.**   All parties to this Lease Contract agree to comply with any federal law, including, but not limited to the Service Member's Civil Relief Act, or any applicable state law(s), if you are seeking to terminate this Lease Contract and/or subsequent renewals and/or Lease Contract extensions under the rights granted by such laws.

**25. RESIDENT SAFETY AND PROPERTY LOSS.**   You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other access control devices.

**Smoke and Carbon Monoxide Detectors.**   We'll furnish smoke and carbon monoxide detectors only if required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must test the smoke detectors and the carbon monoxide detectors on a regular basis, and pay for and

replace batteries as needed, unless the law provides otherwise. You must immediately report smoke and carbon monoxide detector malfunctions to us. Neither you nor others may disable neither the smoke nor the carbon monoxide detectors. If you disable or damage the smoke detector or carbon monoxide detector, or fail to replace a dead battery or report known smoke and carbon monoxide detector malfunctions to us, and if your action or inaction causes loss, damage, or fines from fire, smoke, or water to us or others, you will be liable for such loss, damage, or fines.

**Casualty Loss.**   We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. We are not responsible for the acceptance or receipt of any mail, messages, or packages left at the entrances to the dwelling or elsewhere on the property, or for any loss or damage to those items or any other material that is delivered to the property. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the Dwelling is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your dwelling, you'll be liable for damage to our and other's property. You agree to indemnify and hold us harmless from any claims, loses, or expenses (including attorney's fees) that we may incur as result of your negligence, or the negligence of your guests, invitees, or occupants in the dwelling, such as damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.**   Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the Community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Compliance with Statutory Obligations.**   You hereby understand and acknowledge that you have an affirmative duty to comply with the obligations set forth in California Civil Code Section 1941.2:

(1) To keep the dwelling clean and sanitary as the condition of the dwelling permits.
(2) To dispose all rubbish, garbage and other waste, in a clean and sanitary manner.
(3) To properly use and operate all electrical, gas and plumbing fixtures and keep them as clean and sanitary as their condition permits.
(4) Not to permit any person, with his permission, to willfully or wantonly destroy, deface, damage, impair or remove any part of the Community or dwelling unit or the facilities, equipment, or appurtenances thereto, nor himself do any such thing.
(5) To occupy the dwelling as his abode, utilizing portions thereof for living, sleeping, cooking or dining purposes only which were respectively designed or intended to be used for such occupancies.

**26. CONDITION OF THE PREMISES AND ALTERATIONS.**   You accept the dwelling, fixtures, and furniture as is, except for conditions causing the premises to be untenantable under California Civil Code 1941. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the dwelling and not damaging or littering the Community. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter the dwelling or Community. No holes or stickers are allowed

inside or outside the dwelling. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless permission is statutorily required or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke and carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the dwelling; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the dwelling (whether or not we consent) become ours unless we agree otherwise in writing.

27. **REQUESTS, REPAIRS, AND MALFUNCTIONS.**  IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE TENANT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE. (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the dwelling if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate your tenancy within a reasonable time by giving you written notice. If your tenancy is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

28. **ANIMALS.**  Unless otherwise provided under federal, state, or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the Dwelling Unit or Community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contact. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal we may require you to execute a separate animal and/or assistance animal addendum. Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal,

state, or local law. If you or your guest or occupant violates the animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the dwelling unit at any time during your term of occupancy (with or without our consent), we'll charge you for any necessary defleaing, deodorizing, and shampooing. You must not feed stray or wild animals.

29. **WHEN WE MAY ENTER.**  Landlord will have the right to enter the premises as allowed by law. Law permits entry in case of emergency to make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, to test smoke and carbon monoxide detectors, or exhibit the dwelling unit to prospective or actual purchasers, mortgagees, tenants, workmen or contractors or to make an inspection pursuant to subdivision (f) of Civil Code §1950.5, when the Resident has abandoned or surrendered the premises and pursuant to court order. Landlord will serve Resident with written notice before entry unless:

- Entry is due to an emergency, surrender or abandonment of the unit, or
- Resident and Landlord agree orally to an entry to make agreed repairs or supply agreed services at an approximate day and time within one week of the oral agreement, or
- Resident is present and consents to entry at the time of entry, or
- To exhibit the unit to prospective or actual purchasers of the property, provided that Landlord has notified Resident in writing within 120 days of the oral notice that the property is for sale and that Resident may be contacted to allow for an inspection.
- Entry to inspect a tenant's dwelling unit shall comply with Section 1954. Entry to inspect any unit selected by the pest control operator and to conduct followup inspections of surrounding units until bed bugs are eliminated is a necessary service for the purpose of Section 1954. Tenants shall cooperate with the inspection to facilitate the detection and treatment of bed bugs, including providing requested information that is necessary to facilitate the detection and treatment of bed bugs to the pest control operator.

The landlord shall notify the tenants of those units inspected by the pest control operator pursuant to Section 1954.604 of the pest control operator's findings. The notification shall be in writing and made within two business days of receipt of the pest control operator's findings. For confirmed infestations in common areas, all tenants shall be provided notice of the pest control operator's findings.

30. **JOINT AND SEVERAL RESPONSIBILITY.**  Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 53 (Deposit Return, Surrender, and Abandonment).

31. **ASSIGNMENT AND SUBLETTING.**  You may not assign or sublet any portion or the entire dwelling, except to the extent required by law. We intend this to be a strict and absolute prohibition against subletting and assignment. We will not acknowledge, communicate, or accept rent from any person other than you. All guests, residents, occupants, subtenants, or assignees in the dwelling must comply with every term of this Lease. If you no longer permanently reside in the dwelling, we reserve the right to raise the rent and collect rent from any subsequent occupants. You must notify us in writing if you no longer permanently reside in the dwelling, or if it is no longer your principal place of occupancy. You may still be liable for the entire Lease Contract term if you move out early (see paragraph 48 Move-Out Notice).

## Responsibilities of Owner and Resident

32. **DEFAULT BY RESIDENT.**  You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs; (3) you abandon the dwelling; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession,

manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your dwelling; (7) you or any guest or occupant engages in any of the prohibited conduct described in paragraphs 20 (Limitations on Conduct) or 21 (Prohibited Conduct); or (8) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government. Any of the above defaults shall be a material breach of the Lease and shall be a just cause to evict you from the dwelling.

© 2020, National Apartment Association, Inc. - 2/2020, California

Page 5 of 8

This document is digitally signed using RENTCafe eSignature services. Document ID: 518561

**eviction.** If you default and if we wish to terminate your right of occupancy, we must give you a 3 Court day written notice to cure the default. If the default is incurable (e.g. assigning or subletting or committing waste upon the demised premises, contrary to the conditions or covenants of this Lease, or maintaining, committing, or permitting the maintenance or commission of a nuisance upon the demised premises, or using the premises for an unlawful purpose, or any other incurable default), we may end your right of occupancy by giving you a 3-day notice to vacate. Notice to cure and notice of occupancy termination must be delivered by either: (1) personal delivery to any resident; or (2) personal delivery at the dwelling to any occupant of suitable age and discretion and sending a copy through the regular U.S. mail addressed to the tenant at his or her place of residence; or (3) posting on the outside of the dwelling's front door, accompanied by mailing the notice by regular U.S. mail. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.**   You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of holdover (less any mitigation); and (3) at our option, we may extend the lease term—for up to one month from the date of notice of lease extension—by delivering written notice to you or your dwelling while you continue to hold over.

**Other Remedies.**  If your rent is delinquent and we give you 3 days' prior written notice, we may report unpaid amounts to consumer reporting agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10 (Special Provisions), in addition to other sums due. Upon your default, we have all other legal remedies including lease termination, lockout under statute, and the remedy set forth in Civil Code § 1951.2. The prevailing party may recover from a non-prevailing party attorney's fees and any costs of litigation in an amount of no more than $1200. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 10% interest per year from due date. To the greatest extent allowed by law, you must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If you fail to fulfill your obligations under this Lease, we intend to submit a negative report to a consumer reporting agency. The report will summarize your violations and be a possible reflection on your credit record.

**Remedies Cumulative.**   Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

## General Clauses

**33. ENTIRE AGREEMENT.**   Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us.

**34. NO AUTHORITY TO AMEND UNLESS IN WRITING.**
Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

**35. NO WAIVER.**   No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances.

**36. NOTICE.**   Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo or letter that was given. Fax signatures are binding. All notices must be signed.

**37. MISCELLANEOUS.**
A. Exercising one remedy won't constitute an election or waiver of other remedies.
B. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.
C. All remedies are cumulative.
D. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.
E. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract.
F. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.
G. This Lease Contract is subordinate or superior to existing and future recorded mortgages or deeds of trust, at our lender's option.
H. All lease obligations must be performed in the county where the Dwelling is located.
I. Upon our request, resident shall provide us with a Tenant Estoppel Certificate.
J. All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**38. REGISTERED SEX OFFENDER NOTICE.**   Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the Community of residence and ZIP Code in which he or she resides.

**39. PROPOSITION 65 WARNING.**   Proposition 65 protects California's drinking water sources from being contaminated with chemicals known to cause cancer, birth defects or other reproductive harm, and requires businesses to inform Californians about exposures to such chemicals. Please see the California Proposition 65 Addendum for warnings and additional information.

**40. NOTICE OF NEGATIVE CREDIT REPORT.**   Pursuant to California Civil Code § 1785.26, you are hereby notified that a negative report reflecting on your credit record may be submitted to credit-reporting agencies if you fail to fulfill the terms of your obligation under this Lease Contract.

**41. INDEMNIFICATION.**   Subject to applicable law, you shall indemnify and hold the owner, its agents and employees, harmless against all claims, expenses, damages, actions, and liabilities of whatever nature, including reasonable attorney's fees, arising from or relating to injury, loss or damage relating to your, your guest's or occupant's negligence, tenancy and/or your failure to comply with this Lease Contract.

**42. CONTACTING YOU.**   By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through which we reasonably believe we can reach you. You agree we may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to promptly notify us if you change any contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**43. OBLIGATION TO VACATE.**   If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with paragraph 3 (Lease Term), and we accept such written notice, then you are required to vacate the dwelling and remove all of your personal property therefrom at the expiration of the Lease term, or by the date set forth in the notice to vacate, whichever date is earlier, without further notice or demand from us.

© 2020, National Apartment Association, Inc. - 2/2020, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 518561

Page 6 of 8

**44. FORCE MAJEURE.** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**45. POLITICAL SIGNS.** You may post or display political signs relating to an election, legislative vote, initiative, referendum, recall process or issues that are before a public commission, public board or elected local body for a vote as allowed by law. Political signs may be posted in the window or on the door of the dwelling. All political signs must be six square feet or less in size and cannot be posted or displayed in a manner that would violate a local, state or federal law. You must post and remove political signs in compliance with the time limits set by local ordinance. If no local ordinance exists, political signs may be posted no earlier than 90 days prior to the date of the election or vote and must be removed within 15 days of the date of the election or vote.

**46. PAYMENTS.** At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 (Property Left in Dwelling) or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments. We will accept rent payments from a third party, if the third-party signs an acknowledgment stating 1) the third party is not a current tenant of the property and 2) that acceptance does not establish a tenancy.

**47. ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local dwelling (multi-housing) associations for the area where the dwelling is located.

## When Moving Out

**48. MOVE-OUT NOTICE.** Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by the paragraph 3 (Lease Term). The advance notice must be at least the number of days of notice required in paragraph 3 (Lease Terms). The move-out date in your notice *[check one]:* ☐ must be the last day of the month, or ☒ may be the exact day designated in your notice. If either box is checked, the second checkbox applies. If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract.  You will still be liable for the entire Lease Contract term if you move out early under paragraph 23 (Release of Resident), except if you are able to terminate your tenancy under the statutory rights explained under paragraphs 11 (Early Move-Out), 23 (Release of Resident), or under other laws providing a right to terminate this Lease Contract. All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of the Lease Terms paragraph, even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, you will automatically and immediately become a holdover tenant pursuant to state law, and we will have all remedies available under this Lease Contract and state law.

**49. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and liability for future rent under paragraphs 11 (Early Move-Out) and 32 (Default by Resident). You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**50. CLEANING.** You must thoroughly clean the dwelling, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**51. MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**52. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You may not use the security deposit to pay any month's rent. We may withhold from the security deposit only such amounts as are reasonably necessary to remedy your defaults including, but not limited to, the following:

a) Defaults in the payment of rent;

b) To repair damage to the premises caused by you, exclusive of ordinary wear and tear, and/or;

c) To clean the premises, if necessary, upon termination of the tenancy in order to return the unit to the same level of cleanliness it was in at the inception of the tenancy, and /or;

d) To restore, replace, or return personal property or appurtenances, exclusive of ordinary wear and tear.

**53. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions within 21 days after surrender or abandonment, unless statutes provide otherwise. If you fail to provide us with your forwarding address in writing, as required above, we will process the unclaimed security deposit in accordance with state law.

**Surrender.** You have surrendered the dwelling when: (1) the move-out date has passed and no one is living in the dwelling in our reasonable judgment; (2) all dwelling keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid—whichever date occurs first, or (3) we reasonably believe that you have surrendered the dwelling to us.

**Abandonment.** You have abandoned the dwelling when we reasonably believe you have abandoned it. California law provides that abandonment will be found when all of the following have occurred: (1) your rent has been due and unpaid for at least 14 days; (2) we give you written notice of such belief and our intent to terminate the lease because of your delinquency; (3) our notice of abandonment follows substantially the form in California Code Section 1951.3(d); (4) such notice is given by (i) personal delivery to you, or (ii) first class mail, postage prepaid to your last known address; (5) the lease termination date in that notice is at least 15 days after personal delivery or 18 days after mailing; and (6) such 15 or 18 day notice period has expired without response from you as per California Code Section 1951.3. If we have reason to believe you won't receive the notice at your last known address, we will, at the same time we mail the above notice to your last known address, mail a copy to any other addresses that are known to us where you could reasonably be expected to receive the notice.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the dwelling; determine any security deposit deductions; and remove property left in the dwelling. Surrender, abandonment, and judicial eviction affect your rights to property left in the dwelling (paragraph 13 (Property Left In Dwelling)), but do not affect our mitigation obligations (paragraph 32 (Default by Resident)).

**Severability, Originals and Attachments, and Signatures**

**54. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**55. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

> You are legally bound by this document.
> Read it carefully before signing.

**Name and address of locator service** *(if applicable)*

_____

_____

_____

**Date form is filled out** *(same as on top of page 1)*
08/31/2020

---

**(Required by Cal. Civil Code Section 1962)**

**Name, address and telephone number of Owner or Owner's Agent:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**

**Name, address and telephone number of person or entity to whom payments must be made:**

**Onni Real Estate IX LLC**
**1201 S Hope Street**
**Los Angeles, CA 90015**

Acceptable forms of payment:

**Check, ACH, CC, Money Order**

Rent Payments may be made personally ☒ Yes ☐ No
If yes, the person authorized to accept payments will be available

**M-F 9:00AM - 6:00PM**

_____

(usual days and hours authorized person will be available to accept payment).

---

**THIS LEASE CONTRACT WILL AUTOMATICALLY CONTINUE AS A TENANCY FROM MONTH TO MONTH AT THE EXPIRATION OF THE INITIAL LEASE TERM UNLESS (1) PROPER MOVE-OUT OR VACATE NOTICE IS GIVEN UNDER PARAGRAPH 48 (MOVE-OUT NOTICE), OR (2) YOU AND WE AGREE OTHERWISE IN WRITING.**

**Resident or Residents** *(all sign below)*

_____

_____

_____

_____

_____

**Owner or Owner's Representative** *(signing on behalf of owner)*

_____

**Address and phone number of owner's representative for notice purposes**
**1201 S Hope Street**

**Los Angeles, CA 90015**

_____

**SPECIAL PROVISIONS** *(CONTINUED FROM PAGE 2)* **Security Surveillance: In Landlord's operation of the Project, Landlord currently operates (or, in Landlord's sole discretion, may elect in the future to install and operate) security cameras in and about the Project (collectively, the "Security Cameras") that view and/or record certain audio and/or video activity at the Project (including, by means of an open network remotely accessible by Landlord). In connection therewith, Tenant acknowledges and agrees as follows: (i) Tenant consents to being viewed and/or recorded by such Security Cameras in the normal course of operation of such Security Cameras at the Project in providing security features to the Project; and (ii) Landlord shall not be liable for, and Tenant hereby waives and releases Landlord from, any and all responsibility for any damage or injury either to person or property sustained by Tenant or any of any of its agents, contractors, employees, licensees and/or invitees in connection with or arising from the Security Cameras and/or any viewable or recorded footage therefrom, including any acts or omissions of security personnel.**

_____

_____

_____

_____

_____

_____

_____

The following information states that the identified document has been signed electronically by the parties detailed below:

| Signee Details | Role | Signature | Initials | Date Signed |
|---|---|---|---|---|
| Brittany Stillwell<br>Ema ID: bast w@gma .com | Resident | | | 03/16/2020 |
| Felix Felder<br>Ema ID: fe der.fe x@gma .com | Resident | *Felix Felder* | | 05/26/2020 |
| Site Manager | Manager | | | |

# EXHIBIT J

clean the building windows, so your apartment outside glass is filthy and they only clean the lobby and not the actual floors of the apartments. Even the employees are leaving this corrupted scam/fraud ONNI REAL ESTATE IX LLC/ HOPE + FLOWER building!

☺ Useful 16   ☺ Funny 2   ☺ Cool



**Onni Group Resident Care ..**
Business Customer Service

3/22/2021

Hi Chad,
Thank you for your valued feedback. We are sorry that your experience has not met your expectations. We

**Read more**

**Josh C.**     ...
San Diego, CA

📷 0   ▶ 4

⭐☆☆☆☆ 1/20/2021

I don't live in this building but I've spent a lot a time here as I have a good friend who does. The things I've seen happen here are disgusting, illegal, and downright mind-blowing. There is clear and apparent criminal activity happening and the management team does not seem to care one lick. My friend has emailed management multiple times regarding the issue and they have completely ignored her or written the email off as nothing. To make matters worse they falsely accused of her throwing parties and smoking on a night that she was actually at my house in an entire other city! Not to mention she doesnt ever smoke! When she tried to speak with management, something I helped her with, they wrote her off as an "emotional girl" and even threatened her legally. The building appears to be nice and luxurious on the outside but after seeing what's happening on the inside and how management deals with issues, this seems to be a case of shit covered in gold. I highly suggest anyone who is looking into moving here to reconsider their decision as I've seen how awful this building and company is treating its residents.

☺ Useful 2   ☺ Funny   ☺ Coo



**James O.**
Business Owner

1/24/2021

Hi Josh,
Thank you for your valued feedback. We are sorry that your experience has not met your expectations. We

**Read more**

**Brandon B.**     ...
West Hollywood, Los Angeles, CA

📷 0   ▶ 2   🖼 10

⭐☆☆☆☆ 10/5/2020

📷 9 photos

Do not move into this building. It is overpriced and unsafe. The management team has done nothing to mitigate the numerous risks for residents or their own staff.

We signed our lease in February for a March move. This place is billed as a "luxury, resort style" building, but it's less like a "luxury" building and more like an overpriced dorm.

Building Safety
Building was still under construction in March despite management telling us in February that all construction would be completed. For months, management did nothing to communicate with residents about where and when construction would be happening. They allowed large groups of unmasked individuals to roam around the building during a pandemic and large equipment like lifts and cables were left everywhere and posed a risk to any resident passing through common areas.

There have already been several potentially fatal incidents involving high rise window washing equipment. A worker had to be rescued from a lift and pulled in through a resident's window by LAFD and a steel safety cable fell off the roof and onto a residents patio crushing his furniture. ONNI is lucky neither of these incidents led to any bodily harm.

There have also been two separate "gun incidents" within the building. Management has acknowledged one via email but provided no details other than a "gun went off." All we know is that a gun was fired and it traveled through a wall into a neighboring unit. No idea what actions were taken to prevent this from happening again.

ONNI has allowed several floors to be used as "short term rentals." This was a specific concern of ours and we were told explicitly by the leasing agent that "this building will have NO short term rentals." This was a flat out lie. If we had known we would be living in a glorified hotel during this pandemic we would have never moved here.

Fire alarms go off frequently. You're rarely are uninformed if this is a real alarm. You are left to figure it out on your own. It's incredibly stressful to have constant alarms and not know if you need to evacuate your home during a pandemic.

COVID Safety
They do not care about COVID safety. LA county still has rising cases but you would not know it if you lived in this building. It took several emails to management in April/May for the building to even put out any kind of safety guidelines for residents. However, those guidelines are worthless because they don't enforce them. They have allowed staff to work without masks, multiple large unmasked parties to take place throughout the building, unmasked movers to use elevators with residents, and had sporadic, at best, communication with residents about and changes to protocols. The constant parties are a huge concern because this shit is real and spreads quickly amongst communities in close quarters. The building has done the bare minimum to ensure resident safety when these parties happen. They locked everyone out of the pools due to resident behavior. So they will punish everyone and not just the parties responsible.

Parking
Waste of money. They charge you separate from your rent for a parking spot which is common in downtown high rises, but the secure parking you pay for is anything but. The gate is constantly broken and multiple residents' cars have been broken into. Management does not communicate when the gate is functioning or if they take extra security measures to ensure resident safety. We pay a premium for the security of this building but time and time again we are let down by management.

Individual Units
The design and style of the units are nice. Closet space is a little tight but we knew this going in. Random smells are a major problem. Other reviewers have mentioned this but at random times one of our bathrooms has a sewage smell. We have no idea where this comes from or why it comes and goes seemingly at random.

The "wood" floor in the bedrooms is cheap and does absolutely nothing to buffer sound. If you live here you will hear almost everything your upstairs neighbor is doing. If you live on floors 4-7 you will hear all the garage noises as well. They can be incredibly loud.

Dog Park
A big reason we liked this building was it had a residents-only dog area. Well that was a fun idea while it lasted. This might not be a management or building specific problem but the other residents in this building are disgusting. I've never seen so many people unable to pick up after their dog. The area is constantly full of dog shit and cigarette butts. Allegedly, there's a fine if you are caught not picking up but so far it hasn't deterred anyone.

To sum up - If you want to live in a loud, unsafe, party dorm with negligent management and tenants that put your safety at risk come on down to Hope+Flower. If you are looking for a place to call home I suggest you look elsewhere.

   

**See all photos from Brandon B. for Hope + Flower**

HOPE    FLOWER  247 Photos & 208 Reviews · Apartments · 1201 S Hope St · Los Angeles · 6 · 4 Phone Number  Ye p                      9/18/22  1 06 PM

**Leo S.**
Miami Beach, FL
📷 75  ❤ 3  🖼 2

· · ·

⭐☆☆☆☆  6/28/2020

📷 **1 photo**

Many of the 5-stars are fake, or from people who don't even live here or only just moved in, staff will ask you for one, which I'm sure the managers force them to do.

Pay attention to the updated reviews (and longer ones) from PEOPLE WHO ACTUALLY LIVE HERE!!!

Alexandria was nice.

---



**Luis R.**
Los Angeles, CA
📷 0  ▶ 10

· · ·

⭐☆☆☆☆  6/19/2020 · ⟳ Updated review

1. 6/12/20- (one day after original post) Fire alarm goes off twice at about **10:00 am**. There's a pandemic, do we all run down the stairs to gather? Should we just wait in our units and burn because now we don't know if it's a real alarm or not? There should be a follow up email, text, or some sort of communication every single time to apologize and assure us we're safe.
6/19/20 2**:00** pm- fire alarm goes off. False alarm. I wish I'd been documenting how often this happens, but I'd say 12 times in 3 months?! This is not their first rodeo. Onni is a giant company that should have their stuff together.
2. Since my last post, trash chute has not worked at least 3 times so there's a pile of other tenants trash by the chute while I lug my trash back to my apartment, again.
3. I'd love to see James deny or reply to these obvious topics publicly. He's quite good at replying to these Yelp reviews and seeming like he has the residents interest at heart. I assure he does not.

Furthermore, there is evidence of price gouging and tenants are coming together to sue the company.

 

🗹 Useful 52   😐 Funny 1   😎 Cool 1

⭐☆☆☆☆  6/11/2020 · Previous review

Don't be fooled. Most of the 5 star reviews are from a brokers event that My friend came to she says they incentivized people for leaving reviews and others have to be fake.

I've lived here 3 months and can assure you I will not be resigning my lease.

The star of the show here are the shared amenities. Through the duration of my living here I've realized how cheap the units are. The kitchen backsplash is terrible, all my pots and pans fall of the stove, floors in bedroom are cheap and already lifting, I can hear a pin drop in every neighboring unit, I can smell smoke often from neighboring units, management is difficult to communicate with, fire alarm goes off often throughout building with no announcement that it's a false alarm, squeaky windows, terrible plumbing, people leave their garbage piled up by trash chute, parking is a mess.

Do not get side tracked by amenities and consider yourself warned about the actual unit.


👆 **Apply Now**

**Call for Details**

http://hopeflowerdtla.com

(213) 293-0005

**Get Directions**
1201 S Hope St Los Angeles, CA 90015

9/15/22 1 06 PM

HOPE   FLOWER   217 Photos & 208 Rev ews   Apartments   1201 S Hope St   Los Ange es   CA   Phone Number   Ye p

⊕ Useful 17    ⊕ Funny 1    ⊕ Cool 1

1 free waived application fee

**James O.**
Business Owner

6/12/2020

Hi Luis,

We are sorry to hear of your less than satisfactory experience at Hope + Flower. It is our aim to be very customer-service focused. I am extending a warm welcome to reach out to me and have provided my contact information below. I most certainly have updates for each of the items you have conveyed and would be happy to review each matter. I am open to walking the property with you and completing an inspection of your home with you if you are open to it. I have provided my contact information below. Regarding reviews from brokers on Yelp we most certainly only encourage engagement and at the early event in February we highlighted the Yelp Offer function. We like to use the Yelp Offer function so that people feel welcomed to share their thoughts and we support that. I have connected with many of our respondents (prospective tenants and current residents) and found the experience to be very informative, collaborative, and leading to solutions for everyone. I would love to engage in that process with you. Again, here is my contact information and hope to chat with you soon. I hope you have a wonderful day,

James O'Neill, Senior Residential Property Manager
Joneill@Onni.com / (213) 314-0588

Read less

Read less

1 of 1

75 other reviews that are not currently recommended ⌄

HOPE    FLOWER    247 Photos & 208 Reviews    Apartments    1201 S Hope St    Los Angeles    Get Phone Number    Yelp    3/13/22   1 09 PM



**Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. **Learn more.**                                                                              ✕

**Username**
Location
📷 0   📹 0

Start your review of **Hope + Flower.**

**Overall rating**
⭐⭐⭐⭐
208 reviews

5 stars
4 stars
3 stars
2 stars
1 star

Newest First ⌄       Filter by rating ⌄

Search reviews
building for women  🔍

1 review mentioning "building for women"      Clear results

**Apply Now**

**Call for Details**

http://hopeflowerdtla.com

(213) 293-0005

**Get Directions**
1201 S Hope St Los Angeles, CA 90015

1 free waived application fee

---

**Beejoli S.**
Los Angeles, CA
📷 219   📹 126

···

⭐☆☆☆☆   11/29/2021

📷 4 photos

Not a safe **building** for **women**. I moved out of here after less than a year due to the fact that the management did not enforce any consequences against bad actors, and I had my safety threatened and was physically shoved by an older male resident when asking him to wear a mask.

Utility prices soared while living there with no explanation, and management refused even simple help on major issues, like when my car was broken into in the supposedly secure parking lot. (It wasn't secure, the gate was broken for months on end.)

Most terrifyingly, a local woman, Heidi Planck, was murdered here at Hope+Flower. This **building** is not safe.

abc7.com/heidi-planck-ca...



👍 Useful 14      😄 Funny      😎 Cool

**James O.**
Business Owner

4/28/2020

Hi Beejoli, we appreciate you making your home at Hope + Flower. I really enjoyed our conversation this week and look forward to continuing to keep you apprised of all the community updates. I also was glad that we were able to chat through the items you bring up in your Yelp review here. It is super important that we are in

constant communication. Our Resident Services team is committed to keeping you updated. We are committed to building great rapport with you and want to make sure you have all the information you are looking for. After our conversation, it was great to hear how many times you have been in communication with the Resident Services Coordinators. I also understand from talking to them that they are committed to making sure you get answers to your questions and speedily. As always, our resident services department is available and our management team on site will make sure you get responses to any questions and help wherever needed. I look forward to our follow-up chat this coming Friday. In the meantime, if any additional questions come up please reach out to us and we will be happy to be available.

James O'Neill
Senior Residential Property Manager

**Read less**

1 of 1

75 other reviews that are not currently recommended ⌄

## People Also Viewed



**888 at Grand Hope Park**
 84
Apartments



**825 South Hill**
 153
Apartments



**Alina Los Angeles**
 86
Apartments



**Wren**
 165
Apartments



**Watern**
Apartmen

### Near Me

Apartments Near Me

Cheap Studio Apartments Near Me

### People found Hope + Flower by searching for...

Apartments Near Usc Los Angeles

No Credit Check Apartments For Rent Los Angeles

Section 8 Apartments Los Angeles

### Service Offerings in Los Angeles

1 Bedroom Apartment Rental

Assigned Parking

Cat-Friendly Apartment Rental

Studio Apartment Rental

## Frequently Asked Questions about Hope + Flower

**How is Hope + Flower rated?**

Hope + Flower has 4 stars.

**What days are Hope + Flower open?**

Hope + Flower is open Mon, Tue, Wed, Thu, Fri, Sat, Sun.

HOPE   FLOWER   247 Photos & 208 Reviews   Apartments   1201 S Hope St   Los Angeles   CA   Phone Number   Yelp   9/13/2022  10 28 AM

felt like I lived with a bunch of drug dealers most of the time.

ONE NIGHT some guy tried to jump off the 19 floor balcony after doing too much drugs. Policed we're called. They are actually called often to this building.

The facility isn't kept up with cleaning and maintenance. DIRTY EVERYWHERE. we had to call the cleaning crew several times to clean out animal waste from the hallways and elevators and they didn't get to it for days.

Our closet rack broke and was never fixed even though  multiple calls were made to the Managment office.

We absolutely HATED living here and couldn't wait to get out.

THEY TRICKED US INTO STAYING AN EXTRA MONTH. moving date couldn't come soon enough.



Useful **1** | Funny | Coo

**Onni Group Resident Care ..**
Business Customer Service

2/22/2022

Hello Mike,
We regret to hear that you are being left with a negative perception of your time here. We are disappointed t

**Read more**

**Susan B.**                                                                         · · ·
San Fernando Valley, CA
0  ▸ 20  🖾 8

★☆☆☆☆ 1/7/2022

Every bad review you have read about this place is true. I wish we would have read the reviews in more detail before moving in. We have been without hot water for over a month and no one cares. Countless work orders and when the maintenance staff shows up they just say "we are trying to fix the problem" I have tried emailing everyone even the Property Manager James, no response and no one seems to care that we have no hot water during the winter time, maintenance claims this is an ongoing problem for several apartments. I have seen zero emails addressing this issues although I noticed they sent out a rent due reminder This place is equivalent to living in the projects. People toss trash off their balconies on to the ground, the parking garage often has suspicious characters walking around and nothing is ever fixed when it breaks. Do yourself a favor do not move here. This place only looks nice.



Useful **4** | Funny | Coo

**Onni Group Resident Care ..**
Business Customer Service

1/11/2022

Hello Susan,
We apologize if you have had trouble getting in touch with a management team member here at Hope +

**Read more**

**Ev A.**                                                                         · · ·
Valley Village, Los Angeles, CA
0  ▸ 2

★☆☆☆☆ 12/14/2021

I moved out of Hope + Flower a little over a month ago after living there for 14 months and I couldn't have made a better decision. Where do I begin... at first glance the building is beautiful with jaw dropping views of Downtown LA, however I urge anyone reading this not to be fooled! There were amenities that were out of service for the majority of my time there. You'll often wait 15-25 minutes for an elevator to show up and when it finally does it'll often be too filled to even try to get inside of. Need to take the stairs? Concierge will question and ID you and they literally don't even know where they are. Apparently you can only take the stairs down as they keep the ground floor door locked. Visitors of the building will park in your parking space and won't be towed. They left eviction notices on my door when their online rent portal was malfunctioning and then denied doing so when confronted. Like overly sensitive smoke & fire alarms? Maybe this is the place for you. Apparently

HOME   FLOWER   247 Photos & 208 Reviews   Apartments   1260 S Hope St   Los Angeles   CA   Phone Number   Yelp   9/16/22   10 28 AM

there's no smoking here but I had cigarette butts landing on my balcony daily. Need to speak to management directly? Not possible. They refused to meet with me and will literally hide in their offices while making you speak to a middle man that will go in and talk for you while you sit right outside.  They don't take care of the little things well either. They left their dog park door broken for over two months as it scraped on the ground just to open which gave my dog a tremendous amount of anxiety. Pulling in and out of the garage is often a terrifying experience as it is not well designed at all. I can't tell you how many accidents I was almost in from cars flying in and out with too many blind spots to count. They constantly left dumpsters directly behind my car forcing me to move them just to get out of my spot. When I asked for a different spot they said they don't prioritize personal preference. Many aspects of the building are very deceiving as they look nice but are actually very cheaply made. The interior elevator paneling is ripping out, my bedroom floor began to warp halfway through my stay, the bedroom and bathroom doors locked by themselves on multiple occasions. Trash will often be piling up by the trash chutes, and is almost always on the ground outside of the holding room. There was actually a time when there were filled trash bags left smack dab outside of my front door. LASTLY AND MOST IMPORTANTLY - in the last month I was living there a local woman, Heidi Planck, was murdered 18 floors above me and they've done nothing but try to cover it up. They released absolutely no information even though there are security cams lining every corner of the building on every single floor and the only way you can get anywhere is via fab access. There are missing person posters now surrounding the building and it's absolutely creepy. For anyone reading this I plead with you to look elsewhere, there are PLENTY of better options in Downtown LA and South Park specifically. It's simply not safe here.

⊙ Useful 9     ☺ Funny     ☺ Coo

**J K.**
Glendora, CA
📷 0   ▶ 72   🖼 2

 12/13/2021

UPDATE AFTER THEY REPLIED TO ME: Yes, I have called the office so many times and your staff is dismissive. The front desk and leasing office both don't care, and both tell me I'm making it up about how frequent these disturbances are. Y'all don't want to make it right. It's absurdly disturbing but you won't take responsibility. Last night the alarm went off from 12:15a-12:45a, woke us up.

Original Review:

Someone explain why they have so many fire alarms? They run I believe the second Monday of every month for approx. 4 hours, between 9a-1p. They're SO LOUD and you can hear them from blocks away.

Also - really hate that they run the backup generator all the time too. It's not only loud (again, hear it blocks away), but also pollutes our neighborhood?

Thx

⊙ Useful 3     ☺ Funny     ☺ Coo

**Onni Group Resident Care ..**
Business Customer Service

1/4/2022

Hi,
We regret to hear of this negative experience you are having with us. If you would like to discuss any of this
Read more

**Ravi B.**
Walnut Creek, CA
📷 1   ▶ 3

 12/3/2021 · ↻ Updated review

Slow elevators, constant dog poop in and around my floor, broken trash chutes, broken A/C, super weird neighborhood (check the citizen crime app). Initial move in was great.. but after a year.. would





DO NOT MOVE HERE!! Don't fall for the nice amenity spaces and valet parking and make the mistake of thinking this is a luxury building. This is anything but. Safety is a major concern - cars and storage units broken into in our so called secured parking garage. There are units that are party houses and bring in all sorts of criminal activity into the building. Guns have been fired and people have been robbed mid day. The building is so dirty - Dog pee and poop all over the entrance of the building, elevators are always muddy and dirty. The whole floor smells like nasty garbage because the hallway carpets are never cleaned. Our windows haven't been cleaned for a full year so that so called amazing view that your paying for will be through grimy windows. The elevators take forever to come - like 5-10 minutes and not even during rush times - the resident services claims it's on an algorithm but the whole building agrees the algorithm sucks because the elevators take so long. Your balcony will be covered in dog pee and poop and trash and eggs being thrown down from units above you. We cannot use our balcony and have told this to resident services and they replied with oh you think eggs being thrown on your balcony is bad I almost got hit with an Xbox controller walking in to the building. Instead of trying to fix the problem they just shrug their shoulders and do absolutely nothing. Resident services straight up ignores the residents concerns - they don't pick up their phone and don't rely to emails. They literally do not care and it shows in how horribly this building is managed. It's literally a free for all and it shows. I have sent so many emails to resident services with my concerns about how the building is so dirty and attached photos and also sent photos of eggs being thrown on our balcony and they don't even have the decency to reply. Save your money and move elsewhere. I am so angry that we pay such a ridiculous amount of rent each month to live in such a dirty building with the absolute worst most careless resident services ever. It is a shame because the building was built to be so beautiful but the horrible management of this building has taken it down. I really want to notify onni corporate of how badly the residents are treated here and what we have to put up with and send them all the emails that I have sent to resident services that have gone unanswered. It's a shame they spent so much money building this place only to have it completely run down by bad building managers.

   

HOPE    FLOWER    247 Photos & 208 Reviews    Apartments    1201 S Hope St    Los Angeles    CA    Phone Number    Yelp    8/15/22   1 22 PM

ⓘ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. **Learn more.**    ✕



**Username**
Location
⬚ 0    ▷ 0

Start your review of **Hope + Flower**.

**Overall rating**

★★★★
208 reviews

| | |
|---|---|
| 5 stars | ████████████████████ |
| 4 stars | ███ |
| 3 stars | █ |
| 2 stars | █ |
| 1 star | ████████ |

Newest First ⌄     Filter by rating ⌄

Search reviews
stole 🔍

1 review mentioning "stole"     Clear results

**Justin M.**    ⋯
SOMA, San Francisco, CA
⬚ 18    ▷ 6

★☆☆☆☆ 4/11/2022

Don't move into Hope + Flower. Their employees entered my unit as I was still moving out, before my lease had ended, rummaged through my property, and **stole** the valuables they wanted -- leaving the trash they didn't want behind. I repeat -- their employees **STOLE** MY THINGS. Among the items were expensive glassware, dishes, power tools, my actual bed frame, dining chairs, side tables and more.

When confronted about this, residential services took ZERO ownership and said it was nobody's fault, when it's so clearly theirs.
Note that this all happened while I still had my keys in my possession.

When their employees were asked to return the items, they returned only some of them. Many items to this day are still missing and many are damaged.

They are still ignoring my e-mails.

This place seems like a luxury complex on the surface, but it's just newly built and poorly managed. There's a reason the churn of employees that work there is so high.

Even without my property being stolen by my employees, you'll regularly find plenty of wet foods, trash, and paper toils with dog poop on your balcony. Your big tall windows will never be washed. The street noise is super loud because the walls are thin and you'll come back to someone parking in your parking spot. The elevator is frequently broken and there are just big groups of tenants waiting for 15 minutes each way.

I wasted so much time trying to deal with this. Seriously, don't bother moving here.

👍 Useful 4     😄 Funny     😎 Coo



**Onni Group Resident Care ..**
Business Customer Service

4/21/2022



👆  **Apply Now**

**Call for Details**

**http://hopeflowerdtla.com**

(213) 293-0005

**Get Directions**
1201 S Hope St Los Angeles, CA 90015

1 free waived application fee

9/15/22  1 22 PM

> We apologize that your impressions of our community have not met your expectations. This characterization or our team is not indicative of what we hope to provide or portray to our residents and we encourage you to reach out to the office at your earliest convenience so we may discuss your review and work to address any unresolved concerns. Our hope would be that moving forward we're able to improve your experience and repair your confidence in our team. We appreciate your feedback and look forward to speaking with you.
>
> Read less

1 of 1

75 other reviews that are not currently recommended ⌄

## People Also Viewed



**888 at Grand Hope Park**
 84
Apartments



**825 South Hill**
 153
Apartments



**Alina Los Angeles**
 86
Apartments



**Wren**
 165
Apartments

**Watern**
Apartmen

### Near Me

Apartments Near Me

Cheap Studio Apartments Near Me

### People found Hope + Flower by searching for...

Apartments Near Usc Los Angeles

No Credit Check Apartments For Rent Los Angeles

Section 8 Apartments Los Angeles

### Service Offerings in Los Angeles

1 Bedroom Apartment Rental

Assigned Parking

Cat-Friendly Apartment Rental

Studio Apartment Rental

## Frequently Asked Questions about Hope + Flower

**How is Hope + Flower rated?**

Hope + Flower has 4 stars.

**What days are Hope + Flower open?**

Hope + Flower is open Mon, Tue, Wed, Thu, Fri, Sat, Sun.

Hope + Flower is a Yelp advertiser.

HOPE   FLOWER   247 Photos & 208 Reviews   Apartments   1201 S Hope St   Los Angeles   CA   Phone Number   Yelp                    8/19/22  1 25 PM



ⓘ **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. **Learn more.**                    ✕

**Username**
Location
🖼 0   ▶ 0                    Start your review of **Hope + Flower.**

**Overall rating**
★★★★★
208 reviews

5 stars
4 stars
3 stars
2 stars
1 star

Newest First ⌄        Filter by rating ⌄

Search reviews
African-American 🔍

2 reviews mentioning "African-American"        Clear results

**Avery V.**
Houston, TX
🖼 0   ▶ 13                    · · ·

★☆☆☆☆ 8/25/2021

RACIST towards **African Americans**!!!! This place really hurt my feelings .I sat in the lobby and watched as groups of people came in and out. When a group of AA came in , security was right on them/us. We were in the elevator and one security guard ran in just to see where we were going and hopped right back out .:/A few of were going to the bathrooms
by the pool and you literally seen the security guard running towards the area to follow . I called to report to the manager and guess what !! She basically was like "I guess I can update the staff ". No type of care . !! Don't live here !!! There's other good places !!

🔘 Useful 7    🙂 Funny 1    🔘 Coo



**Onni Group Resident Care ..**
Business Customer Service

8/26/2021

Hello Reva,
Like many DTLA properties, Hope + Flower is proud to offer restricted access to its community - reducing unsolicited visitors and adding an additional layer of security for our residents who appreciate a higher sense of privacy. Thank you in advance for your understanding and for helping keep Hope + Flower a safe and comfortable home for our residents.

**Read less**



**Chad M.**
Los Angeles, CA
🖼 110   ▶ 30                    · · ·

★☆☆☆☆ 3/11/2021

First and foremost, I was so excited to move to HOPE + FLOWER APARTMENTS 1201 S Hope St, Los Angeles, CA 90015; but unfortunately this is literally the worst apartment I have ever stayed in; this apartment building is an absolute failure and a huge disappointment in representing Downtown Los

HOPE    FLOWER   247 Photos   208 Reviews    Apartments    1201 S Hope St   Los Angeles   CA    Phone Number   Yelp                                        8/15/22  1 25 PM

Angeles, you'll be better off living in a motel.

The ONNI REAL ESTATE IX LLC who are the owners of HOPE + FLOWER APARTMENTS and management team lead by harassing James doesn't care about their tenants at all, they only seem to care about the tenants rent checks and scamming money out of tenants through hidden fees and fines, so they can over-sell new tenants; while being understaffed and underdelivering current tenants.

The HOPE + FLOWER APARTMENTS is a disgusting fraud, they will take your money and have you running for the hills.  The staff and management team is extremely prejudiced and has been targeting people of color since I got here.  I have first-hand witnessed my friends and family who visited being intimidated, harassed, and threatened by staff and security.  This is heartbreaking to go through all of this, while paying price gouging rent.

Don't pay for parking, because your car is safer on the street of Skid Row, than in the apartment parking lot.

The management company lead by harassing James constantly mismanage and misplace tenants sensitive documentation and paperwork, especially regarding your parking spot; because they will unjustly tow your car (which cost $300 to get out from MR. C Towing 4421 Mason St, South Gate, CA 90280) and feel justified that they did it.  The positive reviews you see on Yelp are from compensated individuals or new tenants, which haven't lived through the horrible experiences with HOPE + FLOWER APARTMENTS yet.  Majority of people have moved out already because of the horrible experience and management.  Bad leadership starts from the top, that's why the staff is constantly changing; because most of the good staff has left.  That's unfortunate because the relationship you built with the staff you have to start all over again.

The ONNI REAL ESTATE IX LLC/ HOPE + FLOWER APARTMENTS business model is a revolving door, getting new tenants in with grandioso promises and forgetting about what they promised you awhile charging you hidden fines and fees.

The staff is extremely prejudiced, intimidating, and harassing my **African-American** friends and family by continuously asking them do they live there, but never asking any other race.  They never clean the building windows, so your apartment outside glass is filthy and they only clean the lobby and not the actual floors of the apartments.  Even the employees are leaving this corrupted scam/fraud ONNI REAL ESTATE IX LLC/ HOPE + FLOWER building!

 Useful **16**    Funny **2**    Cool

**Onni Group Resident Care ..**
Business Customer Service

3/22/2021

Hi Chad,
Thank you for your valued feedback. We are sorry that your experience has not met your expectations. We would definitely like to discuss this more with you. Unfortunately, we cannot locate you in our database so we have not been able to call you, but if you are open to it please give us a call back at (213) 314-0588 (option 3) and we can coordinate a meeting or a conference call. Our aim is to help provide homes to people of Los Angeles that is customer-focused and service-oriented. We would like to discuss the topics you have brought up and see what we can do to help. Our philosophy is to be warm and inviting to all people that we come in contact with. We hope you have a good week and that we are able to chat. Take care,

Read less



**Apply Now**

Call for Details

http://hopeflowerdtla.com

(213) 293-0005

Get Directions
1201 S Hope St Los Angeles, CA 90015

1 free waived application fee

1 of 1

75 other reviews that are not currently recommended

## People Also Viewed





**Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. **Learn more.**

**Username**
Location
0 0

Start your review of **Hope + Flower**.

**Overall rating**
208 reviews

5 stars
4 stars
3 stars
2 stars
1 star

Newest First · Filter by rating

Search reviews
protected class

1 review mentioning "protected class" Clear results

**King N.**
Los Angeles, CA
0 2

6/2/2020

I typically don't write reviews but I feel compelled to speak up:

Read the rental agreement and be aware of what is being requested when applying if you are a member of a **protected class**. Although seemingly nice in person, Leasing agent, Chase, and Leasing Manager will demand additional items not required per rental requirements (I apologize, I actually read what I sign and know proper protocol and etiquette). Senior Property Manager, James, was understanding and agreed that it was inappropriate and would offer discrimination training to the staff. I still did not feel comfortable proceeding to secure housing at an apartment building that blatantly discriminates.

Useful 94 · Funny · Cool

**James O.**
Business Owner

6/10/2020

Hi King,
It is good to hear from you from when we last spoke. I enjoyed chatting with you and we are sorry that your experience was less than satisfactory. Being known for our great customer-service this was surprising to hear. I wanted to offer another discussion with me if you are open to it. I can definitely be available to discuss all the specifics of the Rental Criteria for this building, your experience with us, and how you are faring with all of the dynamics in our world right now. Please do feel free to reach out to me and I have provided my phone number and email if you wish to connect. Also, I would love to find out how your apartment search was going even if you have selected an apartment at another community. I am available and please let me know if we can schedule a touch base. I hope you have a great day.

James O'Neill
Senior Residential Property Manager
(213) 314-0588
Joneill@onni.com

Read less

**Apply Now**
Call for Details

http://hopeflowerdtla.com

(213) 293-0005

**Get Directions**
1201 S Hope St Los Angeles, CA 90015

1 free waived application fee

**L D.**
Pasadena, CA
📷 0 · 💬 2

⭐☆☆☆☆ 7/1/2022 · 🔄 Updated review

Update: 13 months in, 6 months since my last review

Nothing has changed. You see they commented on my last review, well nothing came of that.

Since I last made a review, the run of the mill stuff still applies. Frequent elevator issues and closures, frequent amenity closures, missing mail, utilities tripled a few months ago, still have yet to address the wrongful death on the property, new staff every other day. There no consistency or accountability on this property.

In terms of the more personal, they've been **overcharging** me rent since March. They not only charged me for extra parking spots and storage that I never had or signed a contract for, but they also continue to charge me late fees because I won't pay for stuff that I don't have or never signed for. Additionally, they never gave me a portion of the concessions that were promised to me in my lease, and refuse to refund the concessions I've lost as a result of them over charging me monthly. I've been in their office at lease 2 times a month since March, and they still haven't rectified the issue. I move in a few months (thank GOD) and I'm 99.9% sure I'll never see that money back. Total scam.

Furthermore, I had my life and property threatened by a non resident and they did absolutely nothing about it. A non resident essentially broke into "secure" resident-only parking and parked in the personal spot, and when the building refused to tow him, I asked them to move after he was parked in my spot for over 8 hours. Guy was clearly on drugs that he clearly acquired/took on the property. He became aggressive, threatened my life, and attempted to ram my car. They NEVER did anything, and I've seen the guy back on property multiple times.

All I can say is please please please, for your own sanity and piece of mind, listen to these reviews. I didn't take the negative ones to heart when I first moved in and this has become the single worst decision in my entire life. Remember you're renting, there's absolutely no return on this investment, if you're going to spend the money do it somewhere that can feel like a home, don't do it here.

👍 Useful 4 · 😄 Funny · 😮 Coo



HOPE FLOWER 247 Photos & 208 Reviews · Apartments · 1234 S Hope St · Los Angeles · $$ · 4 Phone Number · Se p

★☆☆☆☆ 12/7/2021 · Previous review

I have lived here 7 months and I've had at least one issue weekly. Management won't be transparent about anything including hidden fees and a MURDER. I honestly love my apartment, but once I leave my door the entire experience is negative. If I could give less than one star I would. Most of the residents have zero respect for their neighbors. Management is useless. I had to issue multiple complaints due to neighbors dumping cigarette buds and dog poop on my balcony from above. Management dragged their feet on addressing it for over a month and only came by to clean up once there was a USED CONDOM dumped on my balcony from above. I have photo and video evidence of all of this. The bar is so low it's in hell, and I seriously question how they background check the people they let live here.

Now I've found out through TikTok (NOT ADMIN OR MANAGEMENT) that there's been a murder within in our building that compromises the safety of residents and staff. While it's been over 2 months since the incident they have chosen to hide it from residents rather than notifying us. I spoke to them twice about the incident and while they assured me they would send a community wide email both times, there still hasn't been any formal or community wide communications about the issue. Aside from the glaring biohazard and safety issues, the building just isn't built/managed well.

1. Floors always smell like trash because of the poorly designed trash chute

2. Elevators are quite possibly the dumbest and slowest system in the world, and you can expect to wait anywhere from 5 to 15 minutes.

3. the building is falling a part (paneling ripped off walls and broken tiles)

4. if you have a corner unit expect to be disturbed by extremely loud pipe noises at least a few times a week.

5. The windows have NEVER been cleaned. So, you may technically have a great view but between the water streaks, dust of DTLA, and bird poop, you can't see anything.

6. You can also expect to pay an egregious amount for parking even though the lot is poorly managed and 50% of the time you'll find a random non-resident parked in your private spot that you're paying $190 for. (then you get to wait HOURS for them to be towed) Now recently, they've been taking away private parking spaces and forcing residents to use valet, even though there is a private spot in my lease. And valet is not only super slow but also $100 more expensive than the already expensive private spot.

It's the epitome of a MESS. Don't bother shelling out $$$$ for an average sized apartment and an overcrowded/poorly managed building.

[☺ Useful 2] [☺ Funny] [☺ Coo]



**Onni Group Resident Care ..**
Business Customer Service

12/8/2021

Hello Laurence,
We regret that you have a negative perception of your time here. It is our hope that all residents are being respectful and courteous of one another and abiding by all community policies. We encourage any current residents who feel as if another resident may be in violation of our community noise policy, community smoking policy, or any other lease terms, to please alert the office so that we may address this issue. Trash chutes are not build to withstand unauthorized items such as large boxes to be throw down them, which is clearly labeled on them and causes blockages. Everyone experiences apartment living differently and we think you'll find many residents find our community well-worth the value. If you have any questions or outstanding concerns we welcome a conversation with the management team. Feel free to contact us at your earliest convenience in order to work towards a solution.

Read less

Read less



**Jennique S.**
Downtown Los Angeles, Los Angeles, CA

[📷 0] [⊞ 2]

· · ·



**Apply Now**

**Call for Details**

☆☆☆☆☆ 4/28/2022 · 🔄 Updated review

If I could give this place ZERO stars I would. BEWARE do NOT move here !! I can assure you that all of the good reviews are incentivized which should be illegal. They told my neighbor if he write a good review he would get a concession on parking. Hope and flower has great potential to be a good place to live because the building is beautiful and has more Amenities than any other building downtown but living here has been a NIGHTMARE! Resident services DOES not respond to emails OR phone calls!! It's literally almost impossible to reach them. My friend was robbed at gunpoint and a lady went missing here. It's been all over the news but no one in management ever tells the residents what's going on. There was also an armed robbery right in the lobby and unless you're there to witness it they just don't tell you or report anything. This building is NOT secure and it is NOT safe ! The parking is astronomical and you come home to other people parked in your spot. I had an EV parking space for an entire month and was unable to charge my car. I literally had to Uber to work because no1 gave me the charging code and EVERYTIME I called they gave me the run around so I was unable to charge for weeks. They never even tried to give me some sort of concession for their mistake! EV parking is 250 ! My car has been broken into Right infront of the building. They **overcharged** me for parking. The appliances suck ! The stove and fridge are the size of toy appliances for kids unless you have a 2 bedroom. The dryer takes forever to wash you clothes and maintenance takes forever to respond to a request. There are sooooo many other places to live that are more secure where management actually cares about the residents.

🔘 Useful **1**    😊 Funny    😮 Coo

**Onni Group Resident Care ..**
Business Customer Service

5/2/2022

Hello Jennique S,

We thank you for your feedback and would like to have the opportunity to discuss the above experiences you have described. We understand you trying to break your lease and posted this after you were told you needed to pay a lease break fee, per the lease you signed and just renewed your lease in March. As far as parking a team member was also helping you with this,  when we had an open EV space and contacted you and sent the link so that I may set you up with the station. You never did this so remained in Valet until I finally followed up with you and had to resend the link. If there was something about the station that was not functioning, you never contacted us or let us know anything. We are definitely not giving parking concessions in exchange for reviews. If there is anything further you need to discuss with us or have any questions, please contact the management office so we can clarify. Have a wonderful day.

Wishing you all the best and hope to speak with you soon.

Best,

Hope + Flower Management

Read less

☆☆☆☆☆ 6/4/2021 · Previous review

Please do not believe all of the positive reviews. The staff at this property incentivized the residents to write good reviews; which should be illegal! Maintenance takes over a week to come and fix issues. The staff is incompetent, and this has NOT been a luxury experience to say the least. You can live somewhere much better for this price point. Stay FAR away from this place. The hallways wreak of weed smoke and cigarettes. My apartment smells badly of cigarettes and I can't stand cigarette smoke.

🔘 Useful **6**    😊 Funny    😮 Coo

Read less

1 of 1

75 other reviews that are not currently recommended ⌄

# EXHIBIT K

**LEASE ADDENDUM FOR**
**ENCLOSED GARAGE, CARPORT, OR STORAGE UNIT**

**NAA**
**NATIONAL APARTMENT ASSOCIATION**
"We Lead The Way Home"

1. **DWELLING UNIT DESCRIPTION.**
Unit No. _____**2814**_____, **1201 S Hope Street** _____ *(street address)* in _____ **Los Angeles** _____ *(city)*, California, _____**90015**_____ *(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **August 31, 2020**
Owner's name: **Onni Real Estate IX LLC** _____

Residents *(list all residents)*:
**Brittany Stillwell, Felix Felder** _____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

3. **GARAGE, CARPORT, OR STORAGE UNIT.** You are entitled to exclusive possession of: *(check as applicable)*
☐ garage or carport attached to the dwelling;
☐ garage space number(s) _____;
☐ carport space number(s) _____; and/or
☒ storage unit number(s) **s05** _____.

All terms and conditions of the Lease Contract apply to the above areas unless modified by this Addendum.

4. **ADDITIONAL MONTHLY RENT.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ _____**100**_____. The monthly rent amount in the Rent and Charges paragraph of the Lease Contract does not include this additional rent.

5. **USE RESTRICTIONS.** Garage or carport may be used only for storage of operable motor vehicles unless otherwise stated in our rules or community policies. Storage units may be used only for storage of personal property. No one may sleep, cook, barbeque, or live in a garage, carport, or storage unit. Persons not listed as a resident or occupant in the lease may not use the areas covered by this addendum. No plants may be grown in such areas.

6. **NO DANGEROUS ITEMS.** Items that pose an environmental hazard or a risk to the safety or health of other residents, occupants, or neighbors in our sole judgment or that violate any government regulation may not be stored. Prohibited items include fuel (other than in a properly capped fuel tank of a vehicle or a closed briquette lighter fluid container), fireworks, rags, piles of paper, or other material that may create a fire or environmental hazard. We may remove from such areas, without prior notice, items that we believe might constitute a fire or environmental hazard. Because of carbon monoxide risks, you may not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

7. **NO SMOKE, FIRE, OR CARBON MONOXIDE DETECTORS.** No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law.

8. **GARAGE DOOR OPENER.** If an enclosed garage is furnished, you ☐ will ☐ will not be provided with a ☐ garage door opener and/or ☐ garage key. You will be responsible for the maintenance of any garage door opener, including battery replacement. Transmitter frequency settings may not be changed on the garage door or opener without our prior written consent.

9. **SECURITY.** We will not have any security responsibilities for areas covered by this addendum. Always remember to lock any door of a garage or storage unit and any door between a garage and the dwelling. When leaving, be sure to lock all keyed deadbolt locks.

10. **INSURANCE AND LOSS/DAMAGE TO YOUR PROPERTY.** Any area covered by this addendum is accepted by you "as is." You will maintain liability and comprehensive insurance coverage for any vehicle parked or stored. We will have no responsibility for loss or damage to vehicles or other property parked or stored in a garage, carport, or storage unit, whether caused by accident, fire, theft, water, vandalism, pests, mysterious disappearance, or otherwise. We are not responsible for pest control in such areas.

11. **COMPLIANCE.** As allowed by law, we will have the right to enter garages and storerooms as allowed by law.

12. **NO LOCK CHANGES, ALTERATIONS, OR IMPROVEMENTS.** Without our prior written consent, locks on doors of garages and storage units may not be rekeyed, added, or changed, and improvements, alterations, or electrical extensions or changes to the interior or exterior of such areas are not allowed. You may not place nails, screws, bolts, or hooks into walls, ceilings, floors, or doors. Any damage not caused by us or our representatives to areas covered by this addendum will be paid for by you.

13. **MOVE-OUT AND REMEDIES.** Any items remaining after you have vacated the dwelling will be removed, sold, or otherwise disposed of according to the Lease Contract, which addresses disposition or sale of property left in an abandoned or surrendered dwelling. All remedies in the lease apply to areas covered by this addendum.

14. **WARNING:** Breathing the air in this parking garage can expose you to chemicals including carbon monoxide and gasoline or diesel engine exhaust, which are known to the State of California to cause cancer (a collection of related diseases in which some cells in the body begin to abnormally divide without stopping, and often spread into surrounding tissues) and birth defects or other reproductive harm (Reproductive Harm occurs when a chemical interferes with the ability to produce normal, healthy offspring. This includes effects on the female and male reproductive systems, and effects on the developing embryo, fetus, or child, resulting from exposure during pregnancy. Under Proposition 65, "reproductive toxicity" includes "developmental toxicity," "female reproductive toxicity," and "male reproductive toxicity".). Do not stay in this area longer than necessary. For more information go to www.P65Warnings.ca.gov/parking.

This document is digitally signed using RENTCafe eSignature services. Document ID: 550607

**15. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

<u>Resident has to provide their own lock in</u>
<u>order to have the company's lock removed</u>
<u>from the storage.</u>

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
_[All residents must sign here]_

_____
_____
_____
_____
_____
_____

**Owner or Owner's Representative**
_[signs here]_

**Date of Lease Contract**

**August 31, 2020**

© 2019, National Apartment Association, Inc. - 5/2019, California

This document is digitally signed using RENTCafe eSignature services. Document ID: 550607

The following information states that the identified document has been signed electronically by the parties detailed below:

| Signee Details | Role | Signature | Initials | Date Signed |
|---|---|---|---|---|
| Brittany Stillwell<br>Ema  ID: bast  w@gma  .com | Resident | | | 03/16/2020 |
| Felix Felder<br>Ema  ID: fe der.fe  x@gma  .com | Resident | *Felix Felder* | | 05/26/2020 |
| Site Manager | Manager | | | |

# EXHIBIT L

H+F

Unit Number: 2814

Name(s): Felix Felder

Phone Number(s): 313-598-8658          Email Address: felder.felix@gmail.com

Today's Date: 9/2/2021          Lease Exp. Date: 10/31/2021  Vacate Date: 10/31/2021

Forwarding Address: 6860 Solomon Troy, MI 48085

Reason for Relocating:

- ☐ Bought House
- ☐ Rented House
- ☐ Rent Increase
- ☐ Employment Change
- ☐ Financial
- ☐ Lost Roommate
- ☐ School Completed
- ☐ Dissatisfied
- ☒ Other:

In compliance with the provisions of my rental agreement, I hereby give notice of my intention to vacate. I understand that I am responsible for the rent through this notice and should I vacate prior to my given notice date; I will not receive any refund of prepaid rent. X

I understand that I am responsible for leaving the apartment in clean, undamaged condition and that any security deposit refund is pending final inspection of the apartment by the Community Manager. I further understand that should I fail to vacate on the above date, management may void this notice and require a new 30 day notice to be submitted.

Resident Signature: _Felix A Felder_          Date: 9/2/21
Resident Signature: _____          Date: _____

OFFICE

Notice Submitted On: _____          Receiving Agent: _____

Manager's Signature: _____ _____
Date: _____





Scanned with CamScanner

# EXHIBIT M



1201 S Hope St,
Los Angeles, CA 90015

hopeflowerdtla.com

**To**: Brittany Stillwell and all other occupants

**Unit**: 2814

**Address**: 1201 S Hope Street #2814, Los Angeles, CA 90015

As you may be aware, your current lease agreement will be expiring on **10/31/2021**. We hope that you have enjoyed the past year in your apartment home and we would like to extend an offer for you to stay within our wonderful community.

We are offering a few lease terms to fit your lifestyle needs. Listed below are some of the flexible lease renewal opportunities that we have available for you!

| Term | Rate | | Term | Rate |
|------|------|---|------|------|
| 8 | 4,814.00 | | | |
| 14 | 4,619.00 | | | |
| 15 | 4,619.00 | | | |
| | | | | |
| | | | | |

Here is the month-to-month rate that will be applicable should you choose not to sign a new lease:

| Term | Rent | Month-to-Month Fee |
|------|------|-------------------|
| Month-to-Month | 5,226.00 | 500.00 |

Please remember that a 30 day written notice-to-vacate must be submitted to management before move out.

The renewal-offer prices and terms listed above are available for a limited time only.  The prices can be honored through **10/03/2021**. Please contact the Resident Services team should you have any questions or concerns about your apartment home or renewing your lease with us.

We hope that you choose to stay with us here at Hope + Flower, and if you do, please log into the resident portal at https://hopeflowerdtla.com to complete the lease renewal offer acceptance process.  Once the offer is digitally accepted, you will receive an email from the leasing office when your lease is ready to be digitally signed.  If you have any updated details that should be updated in your lease documents such as emergency contact info, pet info, and or vehicle info please let the leasing office know prior to the lease generation.

**Additionally, please provide a copy of your Renter's Insurance Policy cover sheet for your renewal lease or you will be opted into automatic Insurance Waiver charges of $12/mo upon your current lease's expiration.**

Sincerely,

**The Hope + Flower Management Team**
https://hopeflowerdtla.com I (213)-314-0588 I hopeflower@onni.com



# EXHIBIT N



## Notice to Landlord of Inability to Pay Rent Due To COVID-19

The following template can be used to provide your landlord(s) with notice of your inability to pay rent due to circumstances related to COVID-19. You should not use this template if your city has its own moratorium. Please visit rent.lacounty.gov or call us at **833-223-7368** to find out if your city is covered. Additionally, if you are interested in working out a payment plan, you can contact us for information about our free mediation services.

As a tenant you are required to provide notice to your landlord no later than **seven (7) days** after the date that the rent was due, unless extenuating circumstances exist, that **you are unable to pay some or all of your rent**.

## Instructions:

1. Fill out the template completely.
2. Provide a copy of the template to your landlord **no later than seven (7) days** after your rent is due.
   a. You can provide this notice in several ways. Please indicate the method in which you provided notice to your landlord(s) and save it for your records. The Los Angeles County Department of Consumer and Business Affairs (DCBA) recommends providing notice either by email or certified mail.

✓ Email sent to Hfresidentservices@ on *(will email landlord on 11/04/2021 if no*
   email address    onni.com    date    *response rec'd by 11/05/2021*

Certified mail sent to _____ on _____
       address             date

✓ First Class mail sent 1201 S. Hope Street, Los Angeles, CA on 11/03/2021
       address     90015       date

✓ to Other (specify): will hand deliver copy on 11/05/20 on *if receipt not confirmed*
       method            date   *by landlord on 11/5/2021*

You may wish to submit documents to support your claim. Some examples include, but are not limited to: paycheck stubs from before and after the COVID-19 pandemic, a letter from your employer of reduced hours or layoff due to COVID-19, bank statements showing your financial situation before and after the COVID-19 pandemic, a statement of diagnosis of COVID-19, or any other documents that verify your financial loss is related to COVID-19.

**NOTE: Commercial tenants with more than 9 employees must provide documentation to support their claim.**

This temporary moratorium does not provide a waiver of rent. It simply provides you with more time to pay any past due rent. You will have twelve (12) months following the end of the moratorium period to pay your landlord any past rent due. Please note that no late fees or interest charges can be accrued during the moratorium. Additionally, tenants and landlords are encouraged to work out a payment plan during or after the moratorium. DCBA recommends that you make partial rent payments if you can afford to do so.

Disclaimer: The information provided by DCBA in this document is for informational purposes only. DCBA does not provide legal advice, and nothing in this document should be construed as legal advice. All information is provided in good faith, however DCBA makes no representation or warranty of any kind, express or implied, regarding the accuracy, adequacy, validity, reliability or completeness of any information provided, and is not liable for any errors or omissions. Should this matter result in an Unlawful Detainer action, you may be required to provide documentation. DCBA strongly recommends you consult with legal counsel in the event a court summons is served, or any other legal actions is taken. DCBA cannot provide legal advice.

From: Brittany Stillwell
1201 S. Hope St. Apt 2814
Los Angeles, CA 90015

 

Date 11/03/2021

**NOTICE TO LANDLORD OF INABILITY
TO PAY RENT DUE TO COVID-19**

Dear Hopetflower Management/Omni Properties
        Landlord

On March 19, 2020, the Chair of the Los Angeles County Board of Supervisors enacted a temporary eviction moratorium on residential and commercial evictions in Los Angeles County in response to the Coronavirus (COVID-19) pandemic.  The temporary moratorium imposes a ban on evictions for failure to pay rent due to financial impacts related to COVID-19 for all **residential and commercial tenants in Los Angeles County** impacted by the COVID-19 crisis **beginning,** March 4, 2020 through May 31, 2020.

This letter is to inform you that I will be unable to pay any of my rent due on 11/03/2021 until further notice due to financial impacts related to COVID-19. (Check one):

Suspected or confirmed diagnosis of COVID-19 or caring  for myself or someone else such as a household member suspected or confirmed with COVID-19.

X Lay-off, loss of hours, loss of revenue, or other income reduction resulting from business closure or other economic or employer impacts of COVID-19.

Compliance with a recommendation from the County's Health Officer to stay home, self-quarantine, or avoid congregation with others during the state of emergency.

Extraordinary out-of-pocket medical expenses related to diagnosis and testing for and/or treatment of COVID-19.

Child care needs arising from school closures related to COVID-19.

Other (specify):

I will be only able to pay $         per month until further notice.

X I have attached supporting documentation to support my claim, as indicated on the next page.

I understand that my rent is not being waived and that I will have twelve (12) months following the end of the moratorium period to pay back any amount due.

Thank you for your understanding and cooperation during these unprecedented times.

Regards,

*B. Stillwell*
Tenant's Signature

Please note that tenants who are impacted by the COVID-19 pandemic are protected from eviction for nonpayment per the following:
- Governor Gavin Newsom, Executive Order N-37-20, 03/27/20
- LA County Board of Supervisors, Temporary Eviction Moratorium, 03/19/20
- LA County Board of Supervisors, Rent Freeze on Rent Stabilized Units, 03/31/20

 

I have included the following documents as verification of my inability to pay rent caused by COVID-19. I understand I may not be required to provide documentation, but have enclosed the following to further support my claim:

A doctor's statement verifying a diagnosis of COVID-19

X A letter from my employer stating that I have had a reduction in work hours, experienced a lay off or termination due to COVID-19

Financial statements from my banking institution demonstrating my financial status before and after the declaration of the COVID-19 pandemic.

Paycheck stubs demonstrating a loss of income for the periods before and after the declaration of the COVID-19 pandemic.

X Other (specify): • Verification of Program Participation in the CA COVID-19 Rent Relief Program

• Declaration of COVID-19 related Financial Distress

Please note that these documents are to be kept confidential and only used to verify my loss of income is due to COVID-19

The Compliance Firm
1055 W 7ᵗʰ Street, 33ʳᵈ FL
Los Angeles, California 90017

**THE COMPLIANCE FIRM**
Healthcare. Business. Consultants.

Brittany Stillwell
1201 S. Hope Street, Unit 2814
Los Angeles, CA 90015

**November 2, 2021**

**Re: Loss of Revenue / Income Reduction Resulting from Employer Impacts of COVID-19**

Dear Ms. Stillwell,

This letter serves to confirm The Compliance Firm's loss of revenue due to COVID-19 has resulted in The Compliance Firm being unable to pay your salary. As of November 2, 2021, The Compliance Firm owes you $649,000.00 in unpaid wages. Pursuant to the Payment Arrangements Agreement ("PAA") signed by you on **December 17, 2020,** The Compliance Firm has until December 31, 2021, to pay all monies owed to you.

This letter also serves to confirm your salary, as requested, in support of your Declaration of COVID-19 Related Financial Distress. As of November 2, 2021, your annual salary in $750,000.00 + applicable bonuses. The Compliance Firm expects to be able to pay all salaries due to you according to the payment agreement outlined in the PAA.
to the following reasons:

If you have any questions concerning this matter, please feel free to contact Human Resources at hr@thecompliancefirm.com.

Sincerely,

Joanna Cruz
Director of Human Resources

The Compliance Firm® www.thecompliancefirm.com. All rights reserved.



# Verification of Program Participation

This notice will verify the status of the following application, which has been submitted to the CA COVID-19 Rent Relief Program. This notice is being provided in accordance with Code of Civil Procedure section 1179.12.

If you have any questions, reach out to our Call Center at 1-833-430-2122 or by email at EvictionPrevention@ca-rentrelief.com.

**Case ID:** 1157162

**Address:** 1201 S Hope St, Apt 2814, Los Angeles, CA 90015

**Application Status:** Application Submitted for Review

**Application Submission Date:** 10/20/2021

Sincerely,

The California COVID-19 Rent Relief Program

**CA COVID-19
RENT RELIEF**

## Declaration of COVID-19-related financial distress

TO: Brittany Stillwell
Hope & Flower
1201 S Hope St. Apt # 2814
Los Angeles, CA 90015

I am currently unable to pay my rent or other financial obligations under the lease in full because of one or more of the following:

1. Loss of income caused by the COVID-19 pandemic.

2. Increased out-of-pocket expenses directly related to performing essential work during the COVID-19 pandemic.

3. Increased expenses directly related to health impacts of the COVID-19 pandemic.

4. Childcare responsibilities or responsibilities to care for an elderly, disabled, or sick family member directly related to the COVID-19 pandemic that limit my ability to earn income.

5. Increased costs for childcare or attending to an elderly, disabled, or sick family member directly related to the COVID-19 pandemic.

6. Other circumstances related to the COVID-19 pandemic that have reduced my income or increased my expenses.

Any public assistance, including unemployment insurance, pandemic unemployment assistance, state disability insurance (SDI), or paid family leave, that I have received since the start of the COVID-19 pandemic does not fully make up for my loss of income and/or increased expenses.

Signed under penalty of perjury:

Date: 11/03/2021

Signature*
BY: _Brittany Stillwell_
(Print Name)

*Only one adult member of the household needs to sign and deliver this Declaration to the Landlord.

Notice For Rent Owed During The Transition Time Period

PAGE 5 OF 6