# NOTICE TO PAY RENT OR QUIT

*(COVID-19 Recovery Period Rental Debt – October 2021 through March 2022 – Pursuant to the COVID-19 Rental Housing Recovery Act)*

To: Brittany Stillwell

and all other in possession of the premises located at:

1201 S Hope St Apt 2814
Los Angeles, CA 90015

**WITHIN THREE (3) DAYS, excluding Saturdays and Sundays and other judicial holidays, after the service on you of this notice, you are hereby required to do one of the following:**

    **(1) Pay the delinquent rent of the premises described herein, of which you now hold possession, as follows:**

| Date Amount Became Due | Amount |
|---|---|
| November 1, 2021 | $4,752.00 |
| December 1, 2021 | |
| January 1, 2021 | |
| February 1, 2021 | |
| March 1, 2021 | |

Total Delinquent Rent: $ 4,752.00

This notice does not demand rent or other payments owed prior to October 1, 2021, and Landlord reserves the right to pursue those amounts in accordance with the law.

Payment must be delivered as follows:



    By mail to: 1201 S Hope St Apt 2814, Los Angeles, CA 90015



    By delivering in person to:  Property Management or any available personnel at 1201 S Hope Street Los Angeles CA 90015 between the hours of 9 AM to 5 PM Sunday through Saturday. The above-mentioned employee may be reached by telephone at (213)-314-0588.

    By electronic funds transfer procedure previously established

Telephone Number: (213)-314-0588

    **(2) Or deliver up possession of the premises described herein to 1201 S Hope St Apt 2814, Los Angeles, CA 90015 who/which is authorized to receive the same.**

**IMPORTANT NOTICE FROM THE STATE OF CALIFORNIA – YOU MUST TAKE ACTION TO AVOID AN EVICTION: As part of the state's COVID-19 relief plan, money has been set aside to help renters who have fallen behind on rent or utility payments.**

If you cannot pay the amount demanded in this notice, YOU SHOULD COMPLETE A RENTAL ASSISTANCE APPLICATION IMMEDIATELY! It is free and simple to apply. Citizenship or immigration status does not matter.

DO NOT DELAY! IF YOU DO NOT COMPLETE YOUR APPLICATION FOR RENTAL ASSISTANCE WITHIN 15 BUSINESS DAYS, YOUR LANDLORD MAY BE ABLE TO SUE TO OBTAIN A COURT ORDER FOR YOUR EVICTION.

You can start your application by calling 1-833-430-2122 or visiting http://housingiskey.com.

The application for the California COVID-19 Rent Relief can be found at: https://housing.ca.gov/covid_rr/index.html.

☐ If checked, in addition to the California COVID-19 Rent Relief program, you may also be able to apply to the local government rental assistance program for the county/city in which you live. The telephone number and internet website address of the local government rental assistance program are as follows:

> (833) 430-2122
> https://hornellp-ca.neighborlysoftware.com/CaliforniaCovid19RentRelief/Participant

☐ If checked, you are only able to apply for rental assistance through your local government rental assistance program (and cannot through the California COVID-19 Rent Relief program). The telephone number and internet website address of the local government rental assistance program are as follows:

> (833) 430-2122
> https://hornellp-ca.neighborlysoftware.com/CaliforniaCovid19RentRelief/Participant

If you fail to perform or otherwise comply with this Notice, the Owner/Agent does hereby elect to declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises and will institute legal proceedings against you to recover possession of said premises and to recover all delinquent rent demanded herein, court costs and attorneys' fees as permitted by law, and possible additional statutory damages of up to SIX HUNDRED DOLLARS ($600.00) in accordance with California Code of Civil Procedure Section 1174(b).

Dated: 11/9/2021

_____
Agent for Landlord/Owner

_____
Print Name    Sandra Leal

Notice For COVID-19 Recovery Period Rental Debt

# NOTICE TO CURE COVENANT OR QUIT

*(COVID-19 Recovery Period Rental Debt – October 2021 through March 2022 –*
*Pursuant to the COVID-19 Rental Housing Recovery Act)*

To: Brittany Stillwell

and all other in possession of the premises located at:

1201 S Hope St Apt 2814
Los Angeles, CA 90015

**WITHIN THREE (3) DAYS, excluding Saturdays and Sundays and other judicial holidays,**
**after the service on you of this notice, you are hereby required to do one of the following:**

   **(1) Comply with the below described covenant and pay the delinquent charges related**
      **to the premises described herein, of which you now hold possession, as follows:**

You have breached the following covenant(s) contained in your Lease or Rental Agreement:

    [I.e. "UTILITIES:…"]

Contrary to said covenant(s) in your Lease or Rental Agreement, you have become delinquent as
set forth below:

| Date Amount Became Due | Amount |
|---|---|
| November 1, 2021 | $171.82 |
| December 1, 2021 | |
| January 1, 2021 | |
| February 1, 2021 | |
| March 1, 2021 | |

Total Utilities and Rentable Items Balance: $171.82

This notice does not demand rent or other payments owed prior to October 1, 2021, and Landlord
reserves the right to pursue those amounts in accordance with the law.

Payment must be delivered as follows:



    By mail to: 1201 S Hope St Apt 2814, Los Angeles, CA 90015
    By delivering in person to:  Property Management or any available personnel at
    1201 S Hope Street Los Angeles, CA 90015 between the hours of 9 AM to 5 PM
    Sunday through Saturday. The above-mentioned employee may be reached by
    telephone at (213)-314-0588
    By electronic funds transfer procedure previously established

Telephone Number: (213)-314-0588

Notice For COVID-19 Recovery Period Rental Debt (Non-Rent Charges)

(2) or deliver up possession of the premises described herein to 1201 S Hope St Apt 2814, Los Angeles, CA 90015 who/which is authorized to receive the same.

**IMPORTANT NOTICE FROM THE STATE OF CALIFORNIA – YOU MUST TAKE ACTION TO AVOID AN EVICTION:** As part of the state's COVID-19 relief plan, money has been set aside to help renters who have fallen behind on rent or utility payments.

If you cannot pay the amount demanded in this notice, YOU SHOULD COMPLETE A RENTAL ASSISTANCE APPLICATION IMMEDIATELY! It is free and simple to apply. Citizenship or immigration status does not matter.

DO NOT DELAY! IF YOU DO NOT COMPLETE YOUR APPLICATION FOR RENTAL ASSISTANCE WITHIN 15 BUSINESS DAYS, YOUR LANDLORD MAY BE ABLE TO SUE TO OBTAIN A COURT ORDER FOR YOUR EVICTION.

You can start your application by calling 1-833-430-2122 or visiting http://housingiskey.com.

The application for the California COVID-19 Rent Relief can be found at: https://housing.ca.gov/covid_rr/index.html.

☐ In addition to the California COVID-19 Rent Relief program, you may also be able to apply to the local government rental assistance program for the county/city in which you live. The telephone number and internet website address of the local government rental assistance program are as follows:

(833) 430-2122
https://hornellp-ca.neighborlysoftware.com/CaliforniaCovid19RentRelief/Participant

☐ You are only able to apply for rental assistance through your local government rental assistance program (and cannot through the California COVID-19 Rent Relief program). The telephone number and internet website address of the local government rental assistance program are as follows:

(833) 430-2122
https://hornellp-ca.neighborlysoftware.com/CaliforniaCovid19RentRelief/Participant

If you fail to perform or otherwise comply with this Notice, the Owner/Agent does hereby elect to declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises and will institute legal proceedings against you to recover possession of said premises.

Dated: 11/9/2021

Agent for Landlord/Owner

Sandra Loa
Print Name

Notice For COVID-19 Recovery Period Rental Debt (Non-Rent Charges)

# EXHIBIT P



For inquiries about your utility billing statement please contact our 24 hour 7 days a week
YES Customer Service at 866-383-2723 or by email at yescs@yesenergymgmt.com
You can also visit our website at www.yesenergymgmt.com

**HOPE + FLOWER**

**Community Message:** Thank you for being a resident. Please remit payment by due date.

**RESIDENT NAME:** Brittany Stillwell
**RESIDENT ID:** t0075045
**ADDRESS:** 1201 S Hope St Apt 2814 Los Angeles, CA 90015
**UNIT NUMBER:** 2814

**BILLING PERIOD:** 8/31/2021 - 9/30/2021
**BILLING DAYS:** 30 Days
**STATEMENT DATE:** 10/22/2021
**DUE DATE:** 11/01/2021

**-ACCOUNT DETAIL-**

| Utility | Meter Info | Previous | Current | Multiplier | Usage | Unit | EST |
|---------|-----------|----------|---------|-----------|-------|------|-----|
| ELECTRIC | 2814 S Hope | 6,094.38 | 6,306.47 | 1 | 212.0846 | kWh | |

| CHARGE SUMMARY | COST SUB-TOTAL |
|----------------|----------------|
| Total Electric Charges | 41.87 |
| Total Domestic Hot Water Charges | 20.12 |
| Total Trash Charges | 16.21 |
| Total Water Charges | 43.61 |
| Total Wastewater Charges | 29.60 |
| Reimb - Utility Fees | 5.00 |



**ELECTRIC PROFILE**

| Current | Last Month | Last Year |
|---------|-----------|-----------|
| $41.74 | $58.66 | |

212.0846 kWh  307.8430 kWh

**WATER PROFILE**

| Current | Last Month | Last Year |
|---------|-----------|-----------|
| $43.61 | $49.34 | |

| AMOUNT DUE | 10,487.44 |
|------------|-----------|

Detach Payment Coupon Here

1201 S Hope Street
Los Angeles, CA 90015

To pay by mail please detach and return payment coupon
To pay online visit https://hopeflowerdtla.securecafe.com

**YES ENERGY** MANAGEMENT

000323
**HOPE + FLOWER**

| RESIDENT ID | t0075045 |
|-------------|----------|
| STATEMENT DATE | 10/22/2021 |
| DUE DATE | 11/01/2021 |
| AMOUNT DUE | 10,487.44 |

| AMOUNT ENCLOSED | |
|-----------------|--|

**BRITTANY STILLWELL**
1201 S Hope St Apt 2814
Los Angeles, CA 90015

Remit To
**HOPE + FLOWER**
1201 S Hope Street

Los Angeles, CA 90015

Electric



## DETAIL CHARGE SUMMARY

| Utility | Base Allowance | % of Tier | Rate | Billing Units | Period | Sub Total ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| **Total Domestic Hot Water Charges** | | | | | | | **20.12** |
| Domestic Hot Water Charge | | | 0.0003333 | 30 days | 8/31/2021 - 9/30/2021 | 0 01 | 20.12 |
| | | | | | 8/31/2021 - 9/30/2021 | 20.11 | 0.00 |
| **Total Electric Charges** | | | | | | | **41.87** |
| Electric Charge | | | 0.1968083 | 212.08 kWh | 8/31/2021 - 9/30/2021 | 41.74 | 41.74 |
| Electric Charge | | | 0.0043333 | 30 days | 8/31/2021 - 9/30/2021 | 0.13 | 0.13 |
| **Total Trash Charges** | | | | | | | **16.21** |
| Trash Charge | | | 0.5403333 | 30 days | 8/31/2021 - 9/30/2021 | 16.21 | 16 21 |
| **Total Water Charges** | | | | | | | **43.61** |
| Water Charge | | | | | 8/31/2021 - 9/30/2021 | 40.00 | 40 00 |
| SCEP Fee | | | 0.1203333 | 30 days | 8/31/2021 - 9/30/2021 | 3.61 | 3.61 |
| **Total Wastewater Charges** | | | | | | | **29.60** |
| Sewer Charge | | | | | 8/31/2021 - 9/30/2021 | 29.60 | 29.60 |

## IMPORTANT INFORMATION ABOUT YOUR BILL

Continued charge summary from page 1 of your statement

| CHARGE SUMMARY | COST SUB-TOTAL |
|---|---|
| **Lease Charges** | |
| Rent (11/2021) | 4,752.00 |
| Storage (11/2021) | 100.00 |
| Resident Liability Waiver (11/2021) | 12.00 |
| **Sub Total** | **4,864.00** |

| | |
|---|---|
| **CHARGE SUB TOTAL** | 5,020.41 |
| **PREVIOUS BALANCE** | 5,467.03 |
| **PAYMENTS** | 0.00 |
| **AMOUNT DUE** | **10,487.44** |

# EXHIBIT Q

Electronically by Superior Court of California, County of Los Angeles on 12/07/2021 10:46 AM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Sino-Cruz,Deputy Clerk
21STUD03349

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: George Bird

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| NAME: Chris Evans #202135/Melissa Hernandez #289773   STATE BAR NUMBER: | |
| FIRM NAME: Kimball, Tirey & St. John LLP | |
| STREET ADDRESS: 915 Wilshire Blvd, Suite 1650 | |
| CITY: Los Angeles   STATE: CA  ZIP CODE: 90017 | |
| TELEPHONE NO.: (213) 337-0050   FAX NO.: (213) 337-0080 | |
| EMAIL ADDRESS: | |
| ATTORNEY FOR (name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF: Onni Real Estate IX, LLC
DEFENDANT: Brittany Stillwell; Feliz Felder
[X] DOES 1 TO  10 inclusive.

| COMPLAINT - UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [X] COMPLAINT   [ ] AMENDED COMPLAINT (Amendment Number): | 21STUD03349 |

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
Amount demanded  [X] does not exceed $10,000.
  [ ] exceeds $10,000 but does not exceed $25,000.

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
  [ ] from unlawful detainer to general unlimited civil (possession not in issue).   [ ] from limited to unlimited.
  [ ] from unlawful detainer to general limited civil (possession not in issue).   [ ] from unlimited to limited.

1. PLAINTIFF (name each):
Onni Real Estate IX, LLC

alleges causes of action against DEFENDANT (name each):
Brittany Stillwell; Feliz Felder

2. a. Plaintiff is
   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
   (2) [ ] a public agency.   (5) [ ] a corporation.
   (3) [X] other (specify): Limited Liability Company

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   1201 S. Hope Street #2814
   Los Angeles, CA 90015
   County of LOS ANGELES
   b. The premises in 3a are (check one)

   (1) [X] within the city limits of (name of city): Los Angeles

   (2) [ ] within the unincorporated area of (name of county):

   c. The premises in 3a were constructed in (approximate year):   Not Applicable

4. Plaintiff's interest in the premises is   [X] as owner   [ ] other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| Form Approved for Optional Use  Judicial Council of California  UD-100 [Rev. September 1, 2020] | COMPLAINT - UNLAWFUL DETAINER | Page 1 of 4   Civil Code, § 1940 et seq.  Code of Civil Procedure §§ 425.12, 1166  www.courts.ca.gov |
|---|---|---|

CEB  Essential
ceb.com  Forms

| | |
|---|---|
| PLAINTIFF *(Name)*: Onni Real Estate IX, LLC | **SUM-130** |
| | CASE NUMBER: |
| DEFENDANT *(Name)*: Brittany Stillwell; Feliz Felder | |

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400-6415) [X] **did not** [ ] **did** for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

Sherri R. Carter Executive Officer / Clerk of Court

| | | |
|---|---|---|
| Date: 12/07/2021 *(Fecha)* | Clerk, by ___V. Sino-Cruz___ *(Secretario)* | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (form POS-010)).*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant.
   d. [ ] on behalf of *(specify)*:
      under: [ ] CCP 416.10 (corporation).       [ ] CCP 416.60 (minor).
             [ ] CCP 416.20 (defunct corporation).  [ ] CCP 416.70 (conservatee).
             [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
             [ ] CCP 415.46 (occupant).           [ ] other *(specify)*:
   e. [ ] by personal delivery on *(date)*:

| | |
|---|---|
| PLAINTIFF: Onni Real Estate IX, LLC<br>DEFENDANT: Brittany Stillwell; Feliz Felder | **UD-100**<br>CASE NUMBER: |

6. a. On or about *(date):* 09/01/2020
    defendant *(name each):*
    Brittany Stillwell; Feliz Felder

    (1) agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy *(specify):* 14 Months
    (2) agreed to pay rent of $   4,752.00 payable ☒ monthly ☐ other *(specify frequency):*
    (3) agreed to pay rent on the ☒ first of the month ☐ other day *(specify):*
  b. This ☒ written ☐ oral agreement was made with
    (1) ☒ plaintiff.     (3) ☐ plaintiff's predecessor in interest.
    (2) ☐ plaintiff's agent.     (4) ☐ Other *(specify):*
  c. ☒ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☒ Other *(specify):* unknown as to Does.
  d. ☐ The agreement was later changed as follows *(specify):*

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f. ☒ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. The tenancy described in 6 *(complete (a) or (b))*
  a. ☒ is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify):* Not Applicable
  b. ☐ is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*
  a. ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
  b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*
    (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
    (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $ to *(name each defendant and amount given to each):*

  c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. ☒ Defendant *(name each):* Brittany Stillwell; Feliz Felder

    was served the following notice on the same date and in the same manner:
    (1) ☒ 3-day notice to pay rent or quit     (5) ☐ 3-day notice to perform covenants or quit
    (2) ☐ 30-day notice to quit                *(not applicable if item 7b checked)*
    (3) ☐ 60-day notice to quit     (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
    (4) ☐ 3-day notice to quit               Prior required notice to perform covenants served *(date):*
                              (7) ☐ Other *(specify):*

**UD-100**

| | |
|---|---|
| PLAINTIFF: Onni Real Estate IX, LLC<br>DEFENDANT: Brittany Stillwell; Feliz Felder | CASE NUMBER: |

9.  b. (1) On (date): 11/15/2021        the period stated in the notice checked in 9a expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
  f. [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [X] The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) [ ] By personally handing a copy to defendant on *(date):*
    (2) [ ] By leaving a copy with *(name or description):*
      a person of suitable age and discretion, on *(date):*        at defendant's
      [ ] residence   [ ] business   AND mailing a copy to defendant at defendant's place of residence
      on *(date):*        because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] by posting a copy on the premises on *(date):* 11/09/2021
      [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
      on *(date):* 11/09/2021
      (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
      (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
  b. [ ] *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. [ ] *Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.*
  d. [ ] *Proof of service of the notice in item 9a is attached and labeled Exhibit 3.*

11. [ ] *Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.*

12. [X] *At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $*      4,752.00

13. [X] *The fair rental value of the premises is $*      158.40 per day.

14. [ ] *Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)*

15. [X] *A written agreement between the parties provides for attorney fees.*

16. [ ] *Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.

17. [X] *Other allegations are stated in Attachment 17.*

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

**COMPLAINT - UNLAWFUL DETAINER**

CEB® | Essential Forms
ceb.com

**UD-100**

| PLAINTIFF: Onni Real Estate IX, LLC | CASE NUMBER: |
| DEFENDANT: Brittany Stillwell; Feliz Felder | |

**19. PLAINTIFF REQUESTS**
  a. possession of the premises.
  b. costs incurred in this proceeding:
  c. [X] past-due rent of $          4,752.00
  d. [X] reasonable attorney fees.
  e. [X] forfeiture of the agreement.

  f. [ ] damages in the amount of waived rent or relocation assistance
      as stated in item 8: $
  g. [X] damages at the rate stated in item 13 from
      *(date):* 12/01/2021
      for each day that defendants remain in possession through entry of judgment.
  h. [ ] statutory damages up to $600 for the conduct alleged in item 14.
  i. [ ] other *(specify):*

20. [X] Number of pages attached *(specify):*   4

### UNLAWFUL DETAINER ASSISTANT  (Bus. & Prof. Code, §§ 6400-6415)

21. [X] *(Complete in all cases.)* An unlawful detainer assistant   [X] did not   [ ] did
    for compensation give advice or assistance with this form. (*If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.*)

  a. Assistant's name:
  b. Street address, city, and zip code:

  c. Telephone no.:
  d. County of registration:
  e. Registration no.:
  f. Expires on *(date):*

Date:  11/30/2021

Chris Evans _____          ▶ /s/ Chris Evans _____
        (TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  11/30/2021

_____          ▶ See Attachment _____
        (TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF)

UD-100 [Rev. September 1, 2020]                    **COMPLAINT - UNLAWFUL DETAINER**                    Page 4 of 4

CEB | Essential Forms
ceb.com

1

## VERIFICATION

2

3      I, Sandra Leal                        , declare as follows:
                (Name)

4      I am the Assistant Manager                        for the Plaintiff in this action, and I am
                        (Title)

5      authorized to make this verification on its behalf.

6          I know the contents of the foregoing Complaint and Supplemental Allegations and

7      assert that based on my belief that the matters stated therein are true.  I verify the facts as

8      stated therein.

9          I am making this verification on behalf of the Plaintiff because as the

10     Assistant Manager                        I am personally aware of the facts of this case, something
              (Title)

11     the Plaintiff/party is not.  It is part of my role/duties as Assistant Manager                        to be

12     aware of the day to day operations and facts surrounding each case and tenancy.
                                                                        (Title)

13         Executed on December 7, 2021      .  I declare under penalty of perjury that the

14     foregoing is true and correct.

15

16

17

18                                                                  _____
                                                                              (Signature)

19

20

21

22

23

24

25

26

27

28

VERIFICATION

ATTACHMENT 17

**INFORMATIONAL NOTICE OF TEMPORARY EVICTION PROTECTIONS**

In accordance with Federal law, defendant(s) are hereby notified of the following:

**Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under the laws of your State, territory, locality, or tribal area, or under Federal law.**

Learn the steps you should take now:
* Visit **www.cfpb.gov/eviction**
* Or call a housing counselor at 800-569-4287.

Nothing contained in this attachment is intended as, or shall constitute, an admission or waiver of any kind.

This disclosure is provided for informational purposes.

# NOTICE TO PAY RENT OR QUIT

*(COVID-19 Recovery Period Rental Debt – October 2021 through March 2022 – Pursuant to the COVID-19 Rental Housing Recovery Act)*

To: Brittany Stillwell

and all other in possession of the premises located at:

1201 S Hope St Apt 2814
Los Angeles, CA 90015

**WITHIN THREE (3) DAYS, excluding Saturdays and Sundays and other judicial holidays, after the service on you of this notice, you are hereby required to do one of the following:**

(1) **Pay the delinquent rent of the premises described herein, of which you now hold possession, as follows:**

| Date Amount Became Due | Amount |
|---|---|
| November 1, 2021 | $4,752.00 |
| December 1, 2021 | |
| January 1, 2021 | |
| February 1, 2021 | |
| March 1, 2021 | |

Total Delinquent Rent: $ 4,752.00

This notice does not demand rent or other payments owed prior to October 1, 2021, and Landlord reserves the right to pursue those amounts in accordance with the law.

Payment must be delivered as follows:

 By mail to: 1201 S Hope St Apt 2814, Los Angeles, CA 90015
By delivering in person to: Property Management or any available personnel at 1201 S Hope Street Los Angeles CA 90015 between the hours of 9 AM to 5 PM Sunday through Saturday. The above-mentioned employee may be reached by telephone at (213)-314-0588.
 By electronic funds transfer procedure previously established

Telephone Number: (213)-314-0588

(2) **Or deliver up possession of the premises described herein to 1201 S Hope St Apt 2814, Los Angeles, CA 90015 who/which is authorized to receive the same.**

**IMPORTANT NOTICE FROM THE STATE OF CALIFORNIA – YOU MUST TAKE ACTION TO AVOID AN EVICTION: As part of the state's COVID-19 relief plan, money has been set aside to help renters who have fallen behind on rent or utility payments.**

# EXHIBIT 2

If you cannot pay the amount demanded in this notice, YOU SHOULD COMPLETE A RENTAL ASSISTANCE APPLICATION IMMEDIATELY! It is free and simple to apply. Citizenship or immigration status does not matter.

DO NOT DELAY! IF YOU DO NOT COMPLETE YOUR APPLICATION FOR RENTAL ASSISTANCE WITHIN 15 BUSINESS DAYS, YOUR LANDLORD MAY BE ABLE TO SUE TO OBTAIN A COURT ORDER FOR YOUR EVICTION.

You can start your application by calling 1-833-430-2122 or visiting http://housingiskey.com.

The application for the California COVID-19 Rent Relief can be found at: https://housing.ca.gov/covid_rr/index.html.

☐ If checked, in addition to the California COVID-19 Rent Relief program, you may also be able to apply to the local government rental assistance program for the county/city in which you live. The telephone number and internet website address of the local government rental assistance program are as follows:

    (833) 430-2122
    https://hornellp-ca.neighborlysoftware.com/CaliforniaCovid19RentRelief/Participant

☐ If checked, you are only able to apply for rental assistance through your local government rental assistance program (and cannot through the California COVID-19 Rent Relief program). The telephone number and internet website address of the local government rental assistance program are as follows:

    (833) 430-2122
    https://hornellp-ca.neighborlysoftware.com/CaliforniaCovid19RentRelief/Participant

If you fail to perform or otherwise comply with this Notice, the Owner/Agent does hereby elect to declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises and will institute legal proceedings against you to recover possession of said premises and to recover all delinquent rent demanded herein, court costs and attorneys' fees as permitted by law, and possible additional statutory damages of up to SIX HUNDRED DOLLARS ($600.00) in accordance with California Code of Civil Procedure Section 1174(b).

Dated: 11/9/2021

                                                     _____
                                                   Agent for Landlord/Owner

                                           Sandra Leal
                                           Print Name

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM    CP10.5
IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

| NAME OF COURT: | | |
|---|---|---|
| STREET ADDRESS: | 111 NORTH HILL STREET | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: | LOS ANGELES, CA 90012 | |
| BRANCH NAME: | LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DISTRICT | |
| Plaintiff: | Onni Real Estate IX, LLC | |
| Defendant: | Brittany Stillwell; Feliz Felder | |

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
|---|---|
| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | (To be completed by the process server)<br>DATE OF SERVICE:<br>(Date that form is served or delivered, posted, and mailed by the officer or process server) |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit no., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date):                                  , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is in the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of  $                      or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [Rev. June 15, 2015] | **PREJUDGMENT CLAIM OF RIGHT<br>TO POSSESSION** | Code of Civil Procedure, §§ 415.46,<br>715.010, 715.020, 1174.25 |
|---|---|---|

CEB® Essential<br>ceb.com Forms·

CP10.5

| Plaintiff: | Onni Real Estate IX, LLC | CASE NUMBER: |
|---|---|---|
| Defendant: | Brittany Stillwell; Feliz Felder | |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

13. **Rental agreement. I have** *(check all that apply to you)*:
    a. ☐ an oral or written rental agreement with the landlord.
    b. ☐ an oral or written rental agreement with a person other than the landlord.
    c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
    d. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING:** Perjury is a felony punishable by imprisonment in the state prison.

Date: _____

_____      ▶  _____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE  if all the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:

Stanley Mosk Courthouse

111 North Hill Street, Los Angeles, CA 90012

**FILED**
Superior Court of California
County of Los Angeles

12/07/2021

Sherri R. Carter, Executive Officer / Clerk of Court

By:  _____ V. Sino-Cruz _____ Deputy

PLAINTIFF(S):

Onni Real Estate IX, LLC

DEFENDANT(S):

Brittany Stillwell et al

## NOTICE OF CASE ASSIGNMENT – LIMITED CIVIL CASE

CASE NUMBER:

21STUD03349

Case is assigned for all purposes to the judicial officer indicated below.  Notice given to Plaintiff / Cross-Complainant / Attorney of Record on _____ 12/07/2021 _____ .

| ASSIGNED JUDGE | DEPARTMENT | ROOM |
|---|---|---|
| George F. Bird | 91 | |

Sherri R. Carter, Executive Officer / Clerk of Court

By V. Sino-Cruz _____ , Deputy Clerk

### Instructions for Handling Limited Civil Cases

The following critical provisions, as applicable in the Los Angeles Superior Court are cited for your information.
**PRIORITY OVER OTHER RULES:** The priority of Chapter Seven of the LASC Local Rules over other inconsistent Local Rules is set forth in Rule 7.2© thereof.
**CHALLENGE TO ASSIGNED JUDGE:** To the extent set forth therein, Government Code section 68616(i) and Local Rule 2.5 control the timing of Code of Civil Procedure section 170.6 challenges.
**TIME STANDARDS: The time standards may be extended by the court only upon a showing of good cause. (Cal. Rules of Court, rule 3.110.)  Failure to meet time standards may result in the imposition of sanctions. (Local Rule 3.37.)**
Except for collections cases pursuant to California Rules of Court, rule 3.740, cases assigned to the Individual Calendar Court will be subject to processing under the following time standards:
**COMPLAINTS:** All complaints shall be served and the proof of service filed within 60 days after filing of the complaint.
**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints against parties new to the action must be served and the proof of service filed within 30 days after the filing of the cross-complaint.  A cross-complaint against a party who has already appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. (Code Civ. Proc., § 428.50.)
**DEFAULTS** (Local Rule 9.10): If a responsive pleading is not served within the time to respond and no extension of time has been granted, the plaintiff must file a Request for Entry of Default within 10 days after the time for service has elapsed.  Failure to timely file the Request for Entry of Default may result in an Order to Show Cause being issued as to why sanctions should not be imposed.  The plaintiff must request default judgment on the defaulting defendants within 40 days after entry of default.
**NOTICED MOTIONS:** All regularly noticed motions will be calendared through the assigned department.  Each motion date must be separately reserved and filed with appropriate fees for each motion.  Motions for Summary Judgment must be identified at the time of reservations.  All motions should be filed in the clerk's office.
**EX PARTE MATTERS:** All ex parte applications should be noticed for the courtroom.
**UNINSURED MOTORISTS CLAIMS**: Delay Reduction Rules do not apply to uninsured motorist claims. The plaintiff must file a Notice of Designation with the Court identifying the case as an uninsured motorist claim under Insurance Code section 11580.2.

**NOTICE OF CASE ASSIGNMENT – LIMITED CIVIL CASE**

LACIV _____ 001 (Rev. [03/17)
LASC Approved 09-04

Electronically FILED by Superior Court of California, County of Los Angeles on 12/07/2021 10:46 AM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Sino-Cruz, Deputy Clerk

**UD-101**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Chris Evans #202135/Melissa Hernandez #289773 | | |

FIRM NAME: Kimball, Tirey & St. John LLP
STREET ADDRESS: 915 Wilshire Blvd, Suite 1650
CITY: Los Angeles     STATE: CA   ZIP CODE: 90017
TELEPHONE NO.: (213) 337-0050     FAX NO.: (213) 337-0080
EMAIL ADDRESS:
ATTORNEY FOR (name):   Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF:   Onni Real Estate IX, LLC
DEFENDANT:   Brittany Stillwell; Feliz Felder

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: 21STUD03349 |
|---|---|

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*

- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a summons in an unlawful detainer action for nonpayment of rent on a residential property filed before March 31, 2022, a plaintiff must verify that they applied for governmental rental assistance that was not granted, or that the tenancy began after September 30, 2021. (See item 3.)*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF *(name each)*:
   Onni Real Estate IX, LLC

   alleges causes of action in the complaint filed in this action against DEFENDANT *(name each)*:
   Brittany Stillwell; Feliz Felder

2. **Statutory cover sheet allegations** (Code Civ. Proc., § 1179.01.5(c))
   a. This action seeks possession of real property that is *(check all that apply):*   [X] Residential     [ ] Commercial
      *(If "residential" is checked, complete items 3 and 4 and all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 5; a summons may be issued.)*
   b. This action is based, in whole or in part, on an alleged default payment of rent or other charges.     [X] Yes   [ ] No

3. **Verifications required for issuance of summons—residential** (Code Civ. Proc., § 1179.11(a))
   a. Is this action based, in whole or in part, on a defendant's nonpayment of rent or other financial obligation during the period between March 1, 2020, and March 31, 2022?   [X] Yes   [ ] No
      *(If no is checked, no further items need to be completed except the signature and verification on page 5, and item 12 if the action is based in whole or in part on nonpayment of rent during some other time frame; a summons may be issued.)*
   b. Is this action on a tenancy that was initially established before October 1, 2021?     [X] Yes   [ ] No
      *(If no is checked, the further items that need to be completed are the signature and verification on page 5, and items 10 or 11, and 12 if the action is based in whole or in part on nonpayment of rent; a summons may be issued. (See Code Civ. Proc., § 1179.09(h) to learn more about what "initially established" means.)*

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
UD-101 [Rev. October 1, 2021]

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Code of Civil Procedure, § 1179.01 et seq.
www.courts.ca.gov

CEB Essential
ceb.com Forms

**UD-101**

| PLAINTIFF: | Onni Real Estate IX, LLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Brittany Stillwell; Feliz Felder | |

3.  c.  *If you answered yes to questions 3a and 3b above, you must check either (1) or (2) below, or a summons may not be issued.*

(1) ☐ Before filing the complaint in this action, plaintiff applied for governmental rental assistance to cover the rent or other financial obligations demanded in this action, but the application was denied **and** a copy of a final decision denying the assistance is attached.

*Note that a "final decision" does not include rejection based on plaintiff not completing the application or doing so correctly, notification that the application is pending further action, or notification that plaintiff or defendants applied to the wrong government agency. (Code Civ. Proc., § 1179.09(d).)*

or

(2) ☒ Before filing the complaint in this action, plaintiff completed an application for governmental rental assistance to cover the rent or other financial obligations demanded in this action, including all the required contact information and documentation, **and all** of the following are true:

(a) At least 20 days have passed since the **later** of either (*check one*):
☒ The date the plaintiff submitted the completed application, or
☐ The date the plaintiff served the three-day notice underlying the complaint.
**and**

(b) Plaintiff has not received any notice from the governmental agency to which defendant has applied for governmental rental assistance to cover the rent or other financial obligations demanded from the defendant in this action.
**and**

(c) Plaintiff has not received a communication from the defendant that defendant has applied for governmental rental assistance to cover the rent or other financial obligations demanded from the defendant in this action.

4.  **Tenants subject to COVID-19 Tenant Relief Act** (Code Civ. Proc., § 1179.02(h))

a.  (1) One or more defendants in this action is a natural person:  ☒ Yes  ☐ No
(2) Identify any defendant who is not a natural person:
*(If no is checked, then no further items need to be completed except the signature and verification, and item 12 if the action is based on nonpayment of rent.)*

b.  (1) All defendants named in this action maintain occupancy as described in Civil Code section 1940(b).  ☐ Yes  ☒ No
(2) Identify any defendant who does not:   Brittany Stillwell; Feliz Felder
*(If yes is checked, then no further items need to be completed except the signature and verification, and item 12 if the action is based on nonpayment of rent.)*

5.  ☐ **Unlawful detainer notice expired before March 1, 2020**
The unlawful detainer complaint in this action is based solely on a notice to quit, to pay or quit, or to perform covenants or quit, in which the time period specified in the notice expired before March 1, 2020. *(If this is the only basis for the action, no further items need to be completed except the signature and verification on page 5. (Code Civ. Proc., § 1179.03.5(a)(1).))*

6.  ☐ **Rent or other financial obligations due between March 1, 2020, and August 31, 2020 (protected time period)**
The unlawful detainer complaint in this action is based, at least in part, on a demand for payment of rent or other financial obligations due in the protected time period. *(Check all that apply.)*

a.  ☐ Defendant (*name each*):

was provided all the required versions of the "Notice from the State of California" required by Code of Civil Procedure section 1179.04. *(Provide information regarding service of the notice or notices in item 8 below.)*

b.  ☐ Defendant (*name each*):

was served with at least 15 days' notice to pay rent or other financial obligations, quit, or deliver a declaration, and an unsigned declaration of COVID-19–related financial distress, in the form and with the content required in Code of Civil Procedure section 1179.03(b) and (d).

*(If the notice identified defendant as a **high-income tenant** and requested submission of documentation supporting any declaration the defendant submits, complete item 9 below. (Code Civ. Proc., § 1179.02.5(c).))*

*(If filing form UD-100 with this form and item 6b is checked, specify this 15-day notice in item 9a(7) on form UD-100, attach a copy of the notice to that complaint form, and provide all requested information about service on that form.)*

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

| | | **UD-101** |
|---|---|---|
| PLAINTIFF: | Onni Real Estate IX, LLC | CASE NUMBER: |
| DEFENDANT: | Brittany Stillwell; Feliz Felder | |

6.  c.  Response to notice *(check all that apply)*:

    (1) ☐ Defendant *(name each)*:

        delivered a declaration of COVID-19–related financial distress on landlord in the time required. (Code Civ. Proc., § 1179.03(f).)

    (2) ☐ Defendant *(name each)*:

        did *not* deliver a declaration of COVID-19–related financial distress on landlord in the time required. (Code Civ. Proc., § 1179.03(f).)

7.  ☐ **Rent or other financial obligations due between September 1, 2020, and September 30, 2021 (the transition time period)** The unlawful detainer complaint in this action is based, at least in part, on a demand for payment of rent or other financial obligations due during the transition time period.

    a. ☐ Defendant *(name each)*:

        was provided all the required versions of the "Notice from the State of California" as required by Code of Civil Procedure section 1179.04. *(Provide information regarding service of the notice or notices as described in item 8 below.)*

    b. ☐ Defendant *(name each)*:

        was served with at least 15 days' notice to pay rent or other financial obligations, quit, or deliver a declaration, and an unsigned declaration of COVID-19–related financial distress, in the form and with the content required in Code of Civil Procedure section 1179.03(c) and (d).

        *(If the notice identified defendant as a **high-income tenant** and requested submission of documentation supporting any declaration the defendant submits, complete item 9 below. (Code Civ. Proc., § 1179.02.5(c).))*

        *(If filing form UD-100 with this form and item 7b is checked, specify this 15-day notice in item 9a(7) on form UD-100, attach a copy of the notice to that complaint form, and provide all requested information about service on that form.)*

    c.  Response to notice *(check all that apply)*:

        (1) ☐ Defendant *(name each)*:

            delivered a declaration of COVID-19–related financial distress on the landlord in the time required. (Code Civ. Proc., § 1179.03(f).)

        (2) ☐ Defendant *(name each)*:

            did *not* deliver a declaration of COVID-19–related financial distress on the landlord in the time required. (Code Civ. Proc., § 1179.03(f).)

    d. ☐ Rent or other financial obligations due:

        (1)  Rent or other financial obligations in the amount of $          was due between September 1, 2020, and September 30, 2021.

        (2)  Payment of $          for that period was received by September 30, 2021.

8.  **Service of Code of Civil Procedure Section 1179.04 Notice from the State of California** *(You must complete this item if you checked item 6 or 7 above. Section 1179.04 provides three separate versions of a "Notice from the State of California" that the landlord was to provide to tenants at different times during the pandemic (the notices referenced in item 6a and 7a above). This item addresses when and how those notices were provided.)*

    a.  **September 2020 Notice.** Plaintiff provided the required notice for tenants who, as of September 1, 2020, had any unpaid rent or other financial obligations at any time between March 1, 2020, and August 31, 2020 (Code Civ. Proc., § 1179.04(a)), to defendants identified in 6a or as follows:

        (1) ☐ By sending a copy by mail addressed to each named defendant on *(date)*:

        (2) ☐ By personally handing a copy to each named defendant on *(date)*:

**PLAINTIFF'S MANDATORY COVER SHEET AND**
**SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

CEB Essential
ceb.com Forms

**UD-101**

| PLAINTIFF: | Onni Real Estate IX, LLC | CASE NUMBER |
|---|---|---|
| DEFENDANT: | Brittany Stillwell; Feliz Felder | |

8. a. (3) ☐ By some other method of service described in Code of Civil Procedure section 1162. (*If this box is checked, describe the method and date of service on an attached page (you can use form MC-025) and title it Attachment 8a.*)

(4) ☐ In different ways for different defendants. (*If this box is checked, describe the method and date of service for each defendant on an attached page (you can use form MC-025) and title it Attachment 8a.*)

(5) ☐ Plaintiff was not required to serve the September 2020 notice on the named defendants.

b. **February 2021 Notice.** Plaintiff provided the required notice for tenants who as of February 1, 2021, had unpaid rent or other financial obligations due any time after March 1, 2020. (Code Civ. Proc., § 1179.04(b)) to defendants identified in 6a and 7a as follows:

(1) ☐ By sending a copy by mail addressed to each named defendant on *(date)*:
(2) ☐ By personally handing a copy to each named defendant on *(date)*:
(3) ☐ By some other method of service described in Code of Civil Procedure section 1162. (*If this box is checked, describe the method and date of service on an attached page (you can use form MC-025) and title it Attachment 8b.*)
(4) ☐ In different ways for different defendants. (*If this box is checked, describe the method and date of service for each defendant on an attached page (you can use form MC-025) and title it Attachment 8b.*)
(5) ☐ Plaintiff was not required to serve the February 2021 notice on the named defendants.

c. **July 2021 Notice.** Plaintiff provided the required notice for tenants who as of July 1, 2021, had unpaid rent or other financial obligations due any time after March 1, 2020. (Code Civ. Proc., § 1179.04(c)) to defendants identified in 6a and 7a as follows:

(1) ☐ By sending a copy by mail addressed to each named defendant on *(date)*:
(2) ☐ By personally handing a copy to each named defendant on *(date)*:
(3) ☐ By some other method of service described in Code of Civil Procedure section 1162. (*If this box is checked, describe the method and date of service on an attached page (you can use form MC-025) and title it Attachment 8c.*)
(4) ☐ In different ways for different defendants. (*If this box is checked, describe the method and date of service for each defendant on an attached page (you can use form MC-025) and title it Attachment 8c.*)
(5) ☐ Plaintiff was not required to serve the July 2021 notice on the named defendants.

9. ☐ **High-income tenant.** The 15-day notice in item 6b or 7b above identified defendant as a high-income tenant and requested submission of documentation supporting the tenant's claim that tenant had suffered COVID-19–related financial distress. Plaintiff had proof before serving that notice that the tenant has an annual income that is at least 130 percent of the median income for the county the rental property is located in and not less than $100,000. (Code Civ. Proc., § 1179.02.5.)

a. ☐ The tenant did not deliver a declaration of COVID-19–related financial distress within the required time. (Code Civ. Proc., § 1179.03(f).)
b. ☐ The tenant did not deliver documentation within the required time supporting that the tenant had suffered COVID-19–related financial distress as asserted in the declaration. (Code Civ. Proc., § 1179.02.5(c).)

10. ☒ **Rent or other financial obligations due between October 1, 2021, and March 31, 2022 (recovery period rental debt).** The unlawful detainer complaint in this action is based, at least in part, on a demand for payment of rent or other financial obligations due during the recovery period. *(Check a or b.)*

a. ☒ Defendant *(name each)*:
Brittany Stillwell; Feliz Felder

was served with at least 3 days' notice to pay rent or other financial obligations or quit, in a notice that included the name, website address, and phone number of the governmental rental assistance program for the locality in which the property at issue is located, as well as all other content required by Code of Civil Procedure section 1179.10.

*(If filing form UD-100 with this form and this item is checked, specify this notice in item 9a(7) on form UD-100, attach a copy of the notice to that complaint form, and provide all requested information about service on that form.)*

b. ☐ Plaintiff has checked no in item 3b and the special notice to quit required in Code Civil Procedure section 1179.10 does not apply in this action.

**UD-101**

| PLAINTIFF: | Onni Real Estate IX, LLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Brittany Stillwell; Feliz Felder | |

11. ☐ **Rent or other financial obligations due after March 31, 2022.** (*Only applicable if action is filed on or after April 1, 2022.*)
The only demand for rent or other financial obligations on which the unlawful detainer complaint in this action is based is a demand for payment of rent due after March 31, 2022.

12. ☒ **Statements regarding rental assistance** (*Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).*)

 a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?   ☐ Yes   ☒ No

 b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing *after* the date of the notice underlying the complaint?   ☐ Yes   ☒ No

 c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?   ☒ Yes   ☐ No

 d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing *after* the date on the notice underlying the complaint?   ☐ Yes   ☒ No

13. ☐ **Other allegations** Plaintiff makes the following additional allegations: (*State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c) etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 13, and letter each allegation in order.*)   ☐ Other allegations are on form MC-025.

14. ☒ Number of pages attached *(specify):*   1

Date: 11/30/2021

Chris Evans                                                    ▶ /s/ Chris Evans
_____                    _____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/30/2021

                                                              ▶ See Attachment
_____                    _____
(TYPE OR PRINT NAME)                                         (SIGNATURE)

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

CEB Essential
ceb.com Forms

1

## VERIFICATION

2

3          I, Sandra Leal                              , declare as follows:
                    (Name)
4          I am the Assistant Manager                  for the Plaintiff in this action, and I am
                        (Title)
5    authorized to make this verification on its behalf.

6          I know the contents of the foregoing Complaint and Supplemental Allegations and

7    assert that based on my belief that the matters stated therein are true.  I verify the facts as

8    stated therein.

9          I am making this verification on behalf of the Plaintiff because as the

10   Assistant Manager                      I am personally aware of the facts of this case, something
              (Title)
11   the Plaintiff/party is not.  It is part of my role/duties as Assistant Manager          to be
                                                                        (Title)
12   aware of the day to day operations and facts surrounding each case and tenancy.

13         Executed on December 7, 2021 .  I declare under penalty of perjury that the

14   foregoing is true and correct.

15

16

17

18                                                      (Signature)

19

20

21

22

23

24

25

26

27

28

VERIFICATION

# EXHIBIT R

# Resident Ledger

**Date: 08/16/2022**

| Code | t0075045 | | Property | 000323 | | Lease From | 11/01/2021 |
|---|---|---|---|---|---|---|---|
| Name | Brittany Stillwell | | Unit | 2814 | | Lease To | 01/31/2023 |
| Address | 1201 S Hope St Apt 2814 | | Status | Eviction | | Move In | 09/01/2020 |
| | | | Rent | 4619.00 | | Move Out | 12/31/2022 |
| City | Los Angeles, CA90015 | | Phone (H) | | | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 09/01/2020 | water | WATER/SEWER/STORM DRAINAGE 07/01/20 - 08/01/20 | 41.10 | | 41.10 | 5304432 |
| 09/01/2020 | utilfees | ADMIN. FEE/SCEP/NEW ACCOUNT FE 07/01/20 - 08/01/20 | 8.36 | | 49.46 | 5304770 |
| 09/01/2020 | trash | TRASH 07/01/20 - 08/01/20 | 23.91 | | 73.37 | 5305108 |
| 09/01/2020 | gas | GAS 07/01/20 - 08/01/20 | 20.98 | | 94.35 | 5305446 |
| 09/01/2020 | electric | ELECTRIC/ELECTRIC (COMMON AREA 07/01/20 - 08/01/20 | 95.47 | | 189.82 | 5305786 |
| 09/01/2020 | rent | Rent for 29 days | 4,593.60 | | 4,783.42 | 5310133 |
| 09/01/2020 | waiver | Resident Liability Waiver for 29 days | 11.60 | | 4,795.02 | 5310134 |
| 09/04/2020 | misc | Transfer Credit Balance fr Unit 2118 | (100.18) | | 4,694.84 | 5311637 |
| 09/11/2020 | waiver | Reverse Liability Waiver for 29 days | (11.60) | | 4,683.24 | 5313928 |
| 10/01/2020 | rent | Rent (10/2020) | 4,752.00 | | 9,435.24 | 5378973 |
| 10/01/2020 | concone | One Time Concession (10/2020) | (8,316.00) | | 1,119.24 | 5378974 |
| 10/02/2020 | | chk# 77823784 Debit Card On-Line Payment ; Web - Resident Services | | 4,684.24 | (3,565.00) | 1430718 |
| 10/26/2020 | secdep | Security Deposit | 500.00 | | (3,065.00) | 5420443 |
| 11/01/2020 | rent | Rent (11/2020) | 4,752.00 | | 1,687.00 | 5474489 |
| 11/01/2020 | water | WATER/SEWER/STORM DRAINAGE 09/01/20 - 10/01/20 | 48.10 | | 1,735.10 | 5481407 |
| 11/01/2020 | utilfees | ADMIN. FEE/SCEP/NEW ACCOUNT FE 09/01/20 - 10/01/20 | 8.36 | | 1,743.46 | 5481800 |
| 11/01/2020 | trash | TRASH 09/01/20 - 10/01/20 | 23.91 | | 1,767.37 | 5482193 |
| 11/01/2020 | gas | GAS 09/01/20 - 10/01/20 | 24.56 | | 1,791.93 | 5482586 |
| 11/01/2020 | electric | ELECTRIC/ELECTRIC (COMMON AREA 09/01/20 - 10/01/20 | 124.77 | | 1,916.70 | 5482979 |
| 11/03/2020 | | chk# 80490459 Debit Card On-Line Payment ; Web - Resident Services | | 1,916.70 | 0.00 | 1457750 |
| 11/07/2020 | storage | Storage 24 days | 80.00 | | 80.00 | 5493699 |
| 12/01/2020 | rent | Rent (12/2020) | 4,752.00 | | 4,832.00 | 5571506 |
| 12/01/2020 | storage | Storage (12/2020) | 100.00 | | 4,932.00 | 5571507 |
| 12/01/2020 | water | WATER/SEWER/STORM DRAINAGE 10/01/20 - 11/01/20 | 47.29 | | 4,979.29 | 5572866 |
| 12/01/2020 | utilfees | ADMIN. FEE/SCEP/NEW ACCOUNT FE 10/01/20 - 11/01/20 | 8.36 | | 4,987.65 | 5573283 |
| 12/01/2020 | trash | TRASH 10/01/20 - 11/01/20 | 23.91 | | 5,011.56 | 5573700 |
| 12/01/2020 | gas | GAS 10/01/20 - 11/01/20 | 24.14 | | 5,035.70 | 5574117 |
| 12/01/2020 | electric | ELECTRIC/ELECTRIC (COMMON AREA 10/01/20 - 11/01/20 | 124.02 | | 5,159.72 | 5574534 |
| 12/03/2020 | | chk# 82965415 Debit Card On-Line Payment ; Web - Resident Services | | 5,164.72 | (5.00) | 1483876 |
| 12/31/2020 | | chk# 84393209 Debit Card On-Line Payment ; Web - Resident Services | | 4,747.00 | (4,752.00) | 1500639 |
| 01/01/2021 | rent | Rent (01/2021) | 4,752.00 | | 0.00 | 5669185 |
| 01/01/2021 | storage | Storage (01/2021) | 100.00 | | 100.00 | 5669186 |
| 01/01/2021 | water | WATER/SEWER/STORM DRAINAGE 11/01/20 - 12/01/20 | 57.97 | | 157.97 | 5672829 |
| 01/01/2021 | utilfees | ADMIN. FEE/SCEP/NEW ACCOUNT FE 11/01/20 - 12/01/20 | 8.36 | | 166.33 | 5673263 |
| 01/01/2021 | trash | TRASH 11/01/20 - 12/01/20 | 24.57 | | 190.90 | 5673697 |
| 01/01/2021 | gas | GAS 11/01/20 - 12/01/20 | 34.27 | | 225.17 | 5674131 |
| 01/01/2021 | electric | ELECTRIC/ELECTRIC (COMMON AREA 11/01/20 - 12/01/20 | 150.33 | | 375.50 | 5674565 |
| 01/01/2021 | | chk# 84574541 Recurring Debit Card Payment ; | | 375.50 | 0.00 | 1501961 |
| 02/01/2021 | rent | Rent (02/2021) | 4,752.00 | | 4,752.00 | 5760096 |
| 02/01/2021 | storage | Storage (02/2021) | 100.00 | | 4,852.00 | 5760097 |
| 02/01/2021 | water | WATER/SEWER/STORM DRAINAGE 12/01/20 - 01/01/21 | 58.75 | | 4,910.75 | 5763277 |
| 02/01/2021 | utilfees | ADMIN. FEE/SCEP/NEW ACCOUNT FE 12/01/20 - 01/01/21 | 8.36 | | 4,919.11 | 5763755 |
| 02/01/2021 | trash | TRASH 12/01/20 - 01/01/21 | 21.93 | | 4,941.04 | 5764233 |
| 02/01/2021 | gas | GAS 12/01/20 - 01/01/21 | 31.23 | | 4,972.27 | 5764711 |
| 02/01/2021 | electric | ELECTRIC/ELECTRIC (COMMON AREA 12/01/20 - 01/01/21 | 132.74 | | 5,105.01 | 5765189 |
| 02/24/2021 | | chk# 89274007 Credit Card On-Line Payment ; Web - Resident Services | | 4,852.00 | 253.01 | 1532218 |
| 02/24/2021 | | chk# 89274036 Debit Card On-Line Payment ; Web - Resident Services | | 253.01 | 0.00 | 1532219 |
| 02/28/2021 | | chk# 89586703 Recurring Credit Card Payment; | | 300.00 | (300.00) | 1540289 |

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 03/01/2021 | rent | Rent (03/2021) | 4,752.00 | | 4,452.00 | 5850813 |
| 03/01/2021 | storage | Storage (03/2021) | 100.00 | | 4,552.00 | 5850814 |
| 03/01/2021 | waiver | Resident Liability Waiver (03/2021) 14 days | 5.42 | | 4,557.42 | 5850815 |
| 03/01/2021 | water | WATER/SEWER/STORM DRAINAGE 01/01/21 - 02/01/21 | 50.98 | | 4,608.40 | 5852231 |
| 03/01/2021 | utilfees | ADMIN. FEE/SCEP/NEW ACCOUNT FE 01/01/21 - 02/01/21 | 8.36 | | 4,616.76 | 5852706 |
| 03/01/2021 | trash | TRASH 01/01/21 - 02/01/21 | 23.07 | | 4,639.83 | 5853181 |
| 03/01/2021 | gas | GAS 01/01/21 - 02/01/21 | 40.32 | | 4,680.15 | 5853659 |
| 03/01/2021 | electric | ELECTRIC/ELECTRIC (COMMON AREA 01/01/21 - 02/01/21 | 130.35 | | 4,810.50 | 5854134 |
| 03/07/2021 | | chk# 91143667 Credit Card On-Line Payment ; Web - Resident Services | | 4,810.50 | 0.00 | 1549166 |
| 04/01/2021 | rent | Rent (04/2021) | 4,752.00 | | 4,752.00 | 5934598 |
| 04/01/2021 | storage | Storage (04/2021) | 100.00 | | 4,852.00 | 5934599 |
| 04/01/2021 | waiver | Resident Liability Waiver (04/2021) | 12.00 | | 4,864.00 | 5934600 |
| 04/01/2021 | water | WATER 02/01/21 - 03/01/21 | 29.85 | | 4,893.85 | 5937744 |
| 04/01/2021 | water | SEWER 02/01/21 - 03/01/21 | 18.79 | | 4,912.64 | 5938227 |
| 04/01/2021 | trash | TRASH 02/01/21 - 03/01/21 | 21.84 | | 4,934.48 | 5938710 |
| 04/01/2021 | gas | GAS 02/01/21 - 03/01/21 | 39.15 | | 4,973.63 | 5939193 |
| 04/01/2021 | electric | ELECTRIC 02/01/21 - 03/01/21 | 52.60 | | 5,026.23 | 5939676 |
| 04/01/2021 | utilfees | ADMIN. FEE 02/01/21 - 03/01/21 | 4.75 | | 5,030.98 | 5940156 |
| 04/01/2021 | electric | ELECTRIC 02/01/21 - 03/01/21 | 52.89 | | 5,083.87 | 5940639 |
| 04/01/2021 | utilfees | SCEP 02/01/21 - 03/01/21 | 3.61 | | 5,087.48 | 5941122 |
| 04/02/2021 | | chk# 93537268 Credit Card On-Line Payment ; Web - Resident Services | | 4,752.00 | 335.48 | 1569024 |
| 04/05/2021 | | chk# 93830427 Credit Card On-Line Payment ; Web - Resident Services | | 335.48 | 0.00 | 1569570 |
| 05/01/2021 | rent | Rent (05/2021) | 4,752.00 | | 4,752.00 | 5990692 |
| 05/01/2021 | storage | Storage (05/2021) | 100.00 | | 4,852.00 | 5990693 |
| 05/01/2021 | waiver | Resident Liability Waiver (05/2021) | 12.00 | | 4,864.00 | 5990694 |
| 05/01/2021 | utilfees | ADMIN FEE - 03/01/21-04/01/21 | 4.75 | | 4,868.75 | 5998975 |
| 05/01/2021 | electric | ELECTRIC - 03/01/21-04/01/21 | 90.13 | | 4,958.88 | 5998977 |
| 05/01/2021 | utilfees | SCEP - 03/01/21-04/01/21 | 3.61 | | 4,962.49 | 5998979 |
| 05/01/2021 | water | SEWER - 03/01/21-04/01/21 | 20.10 | | 4,982.59 | 5998981 |
| 05/01/2021 | trash | TRASH - 03/01/21-04/01/21 | 17.72 | | 5,000.31 | 5998983 |
| 05/01/2021 | water | WATER - 03/01/21-04/01/21 | 24.80 | | 5,025.11 | 5998985 |
| 05/01/2021 | water | WATER HEATING - 03/01/21-04/01/21 | 32.52 | | 5,057.63 | 5998987 |
| 05/19/2021 | | chk# 97834975 Credit Card On-Line Payment ; Web - Resident Services | | 4,752.00 | 305.63 | 1607067 |
| 06/01/2021 | rent | Rent (06/2021) | 4,752.00 | | 5,057.63 | 6130888 |
| 06/01/2021 | storage | Storage (06/2021) | 100.00 | | 5,157.63 | 6130889 |
| 06/01/2021 | waiver | Resident Liability Waiver (06/2021) | 12.00 | | 5,169.63 | 6130890 |
| 06/01/2021 | utilfees | ADMIN FEE - 04/01/21-05/01/21 | 4.75 | | 5,174.38 | 6179750 |
| 06/01/2021 | electric | ELECTRIC - 04/01/21-05/01/21 | 121.77 | | 5,296.15 | 6179751 |
| 06/01/2021 | utilfees | SCEP - 04/01/21-05/01/21 | 3.61 | | 5,299.76 | 6179752 |
| 06/01/2021 | water | SEWER - 04/01/21-05/01/21 | 19.96 | | 5,319.72 | 6179753 |
| 06/01/2021 | trash | TRASH - 04/01/21-05/01/21 | 19.42 | | 5,339.14 | 6179754 |
| 06/01/2021 | water | WATER - 04/01/21-05/01/21 | 24.63 | | 5,363.77 | 6179755 |
| 06/01/2021 | water | WATER HEATING - 04/01/21-05/01/21 | 28.15 | | 5,391.92 | 6179756 |
| 06/10/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 5,391.92 | 0.00 | 1638820 |
| 07/01/2021 | rent | Rent (07/2021) | 4,752.00 | | 4,752.00 | 6232646 |
| 07/01/2021 | storage | Storage (07/2021) | 100.00 | | 4,852.00 | 6232647 |
| 07/01/2021 | waiver | Resident Liability Waiver (07/2021) | 12.00 | | 4,864.00 | 6232648 |
| 07/01/2021 | utilfees | ADMIN FEE - 05/01/21-06/01/21 | 4.75 | | 4,868.75 | 6282936 |
| 07/01/2021 | electric | ELECTRIC - 05/01/21-06/01/21 | 49.63 | | 4,918.38 | 6282937 |
| 07/01/2021 | gas | GAS - 05/01/21-06/01/21 | 18.17 | | 4,936.55 | 6282938 |
| 07/01/2021 | utilfees | SCEP - 05/01/21-06/01/21 | 3.61 | | 4,940.16 | 6282939 |
| 07/01/2021 | water | SEWER - 05/01/21-06/01/21 | 16.49 | | 4,956.65 | 6282940 |
| 07/01/2021 | trash | TRASH - 05/01/21-06/01/21 | 17.97 | | 4,974.62 | 6282941 |
| 07/01/2021 | gas | VACANT GAS - 03/25/21-04/23/21 | (21.92) | | 4,952.70 | 6282942 |
| 07/01/2021 | water | WATER - 05/01/21-06/01/21 | 23.32 | | 4,976.02 | 6282943 |
| 07/14/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 4,976.02 | 0.00 | 1660706 |
| 08/01/2021 | rent | Rent (08/2021) | 4,752.00 | | 4,752.00 | 6335175 |
| 08/01/2021 | storage | Storage (08/2021) | 100.00 | | 4,852.00 | 6335176 |
| 08/01/2021 | waiver | Resident Liability Waiver (08/2021) | 12.00 | | 4,864.00 | 6335177 |
| 08/01/2021 | utilfees | ADMIN FEE - 06/01/21-07/01/21 | 4.75 | | 4,868.75 | 6387215 |
| 08/01/2021 | electric | ELECTRIC - 06/01/21-07/01/21 | 91.39 | | 4,960.14 | 6387216 |
| 08/01/2021 | gas | GAS - 06/01/21-07/01/21 | 23.05 | | 4,983.19 | 6387217 |

| Date | Type | Description | Charge | Credit | Balance | Ref# |
|---|---|---|---|---|---|---|
| 08/01/2021 | utilfees | SCEP - 06/01/21-07/01/21 | 3.61 | | 4,986.80 | 6387218 |
| 08/01/2021 | water | SEWER - 06/01/21-07/01/21 | 13.70 | | 5,000.50 | 6387219 |
| 08/01/2021 | trash | TRASH - 06/01/21-07/01/21 | 17.65 | | 5,018.15 | 6387220 |
| 08/01/2021 | water | WATER - 06/01/21-07/01/21 | 27.54 | | 5,045.69 | 6387221 |
| 08/30/2021 | | chk# 108442613 Credit Card On-Line Payment ; Roommate Felix Felder (r0021959) ; Web - Resident Services | | 4,945.69 | 100.00 | 1694348 |
| 09/01/2021 | rent | Rent (09/2021) | 4,852.00 | | 4,852.00 | 6436973 |
| 09/01/2021 | storage | Storage (09/2021) | 100.00 | | 4,952.00 | 6436974 |
| 09/01/2021 | waiver | Resident Liability Waiver (09/2021) | 12.00 | | 4,964.00 | 6436975 |
| 09/01/2021 | electric | Electric Charge 07/02/2021 to 07/31/2021 | 91.39 | | 5,055.39 | 6499905 |
| 09/01/2021 | gas | Domestic Hot Water Charge 07/02/21 to 07/31/21 | 18.53 | | 5,073.92 | 6504820 |
| 09/01/2021 | utilfees | Reimb - Utility Fees 07/02/21 to 07/31/21 | 5.00 | | 5,078.92 | 6504821 |
| 09/01/2021 | sewer | Sewer Charge 07/02/21 to 07/31/21 | 31.02 | | 5,109.94 | 6504822 |
| 09/01/2021 | trash | Trash Charge 07/02/21 to 07/31/21 | 17.68 | | 5,127.62 | 6504823 |
| 09/01/2021 | water | Water Charge 07/02/21 to 07/31/21 | 41.71 | | 5,169.33 | 6504824 |
| 09/01/2021 | scepfee | SCEP Fee 07/02/21 to 07/31/21 | 3.61 | | 5,172.94 | 6504825 |
| 09/24/2021 | | chk# 111434558 Credit Card On-Line Payment ; Roommate Felix Felder (r0021959) ; Web - Resident Services | | 4,752.00 | 420.94 | 1708838 |
| 10/01/2021 | rent | Rent (10/2021) | 4,752.00 | | 5,172.94 | 6595982 |
| 10/01/2021 | storage | Storage (10/2021) | 100.00 | | 5,272.94 | 6595983 |
| 10/01/2021 | waiver | Resident Liability Waiver (10/2021) | 12.00 | | 5,284.94 | 6595984 |
| 10/01/2021 | gas | Domestic Hot Water Charge 08/01/21 to 08/31/21 | 18.82 | | 5,303.76 | 6607317 |
| 10/01/2021 | utilfees | Reimb - Utility Fees 08/01/21 to 08/31/21 | 5.00 | | 5,308.76 | 6607318 |
| 10/01/2021 | electric | Electric Charge 08/01/21 to 08/31/21 | 58.66 | | 5,367.42 | 6607319 |
| 10/01/2021 | electric | Electric Charge 08/01/21 to 08/31/21 | 0.13 | | 5,367.55 | 6607320 |
| 10/01/2021 | sewer | Sewer Charge 08/01/21 to 08/31/21 | 33.82 | | 5,401.37 | 6607321 |
| 10/01/2021 | trash | Trash Charge 08/01/21 to 08/31/21 | 16.32 | | 5,417.69 | 6607322 |
| 10/01/2021 | water | Water Charge 08/01/21 to 08/31/21 | 45.73 | | 5,463.42 | 6607323 |
| 10/01/2021 | scepfee | SCEP Fee 08/01/21 to 08/31/21 | 3.61 | | 5,467.03 | 6607324 |
| 11/01/2021 | gas | Domestic Hot Water Charge 09/01/21 to 09/30/21 | 20.12 | | 5,487.15 | 6677088 |
| 11/01/2021 | utilfees | Reimb - Utility Fees 09/01/21 to 09/30/21 | 5.00 | | 5,492.15 | 6677089 |
| 11/01/2021 | electric | Electric Charge 09/01/21 to 09/30/21 | 41.74 | | 5,533.89 | 6677090 |
| 11/01/2021 | electric | Electric Charge 09/01/21 to 09/30/21 | 0.13 | | 5,534.02 | 6677091 |
| 11/01/2021 | sewer | Sewer Charge 09/01/21 to 09/30/21 | 29.60 | | 5,563.62 | 6677092 |
| 11/01/2021 | trash | Trash Charge 09/01/21 to 09/30/21 | 16.21 | | 5,579.83 | 6677093 |
| 11/01/2021 | water | Water Charge 09/01/21 to 09/30/21 | 40.00 | | 5,619.83 | 6677094 |
| 11/01/2021 | scepfee | SCEP Fee 09/01/21 to 09/30/21 | 3.61 | | 5,623.44 | 6677095 |
| 11/01/2021 | rent | Rent (11/2021) | 4,752.00 | | 10,375.44 | 6720955 |
| 11/01/2021 | storage | Storage (11/2021) | 100.00 | | 10,475.44 | 6720956 |
| 11/01/2021 | waiver | Resident Liability Waiver (11/2021) | 12.00 | | 10,487.44 | 6720957 |
| 11/01/2021 | electric | Reverse Electric Charge: 08/01/2021-08/31/2021 | (16.87) | | 10,470.57 | 6726294 |
| 11/01/2021 | rent | Rent (11/2021) | 4,619.00 | | 15,089.57 | 6743973 |
| 11/01/2021 | storage | Storage (11/2021) | 100.00 | | 15,189.57 | 6743974 |
| 11/01/2021 | waiver | Resident Liability Waiver (11/2021) | 12.00 | | 15,201.57 | 6743975 |
| 11/01/2021 | | chk# 1114527328 | | 5,562.03 | 9,639.54 | 1755535 |
| 11/24/2021 | rent | MEC Adjustment | (4,752.00) | | 4,887.54 | 6756669 |
| 11/24/2021 | adjrent | MEC Adjustment | 4,752.00 | | 9,639.54 | 6756670 |
| 12/01/2021 | gas | Domestic Hot Water Charge 10/01/21 to 10/31/21 | 27.29 | | 9,666.83 | 6801564 |
| 12/01/2021 | utilfees | Reimb - Utility Fees 10/01/21 to 10/31/21 | 5.00 | | 9,671.83 | 6801565 |
| 12/01/2021 | electric | Electric Charge 10/01/21 to 10/31/21 | 51.44 | | 9,723.27 | 6801566 |
| 12/01/2021 | electric | Electric Charge 10/01/21 to 10/31/21 | 0.14 | | 9,723.41 | 6801567 |
| 12/01/2021 | sewer | Sewer Charge 10/01/21 to 10/31/21 | 28.34 | | 9,751.75 | 6801568 |
| 12/01/2021 | trash | Trash Charge 10/01/21 to 10/31/21 | 16.14 | | 9,767.89 | 6801569 |
| 12/01/2021 | water | Water Charge 10/01/21 to 10/31/21 | 37.82 | | 9,805.71 | 6801570 |
| 12/01/2021 | scepfee | SCEP Fee 10/01/21 to 10/31/21 | 3.61 | | 9,809.32 | 6801571 |
| 12/01/2021 | rent | Rent (12/2021) | 4,619.00 | | 14,428.32 | 6834824 |
| 12/01/2021 | storage | Storage (12/2021) | 100.00 | | 14,528.32 | 6834825 |
| 12/01/2021 | waiver | Resident Liability Waiver (12/2021) | 12.00 | | 14,540.32 | 6834826 |
| 01/01/2022 | gas | Domestic Hot Water Charge 11/01/21 to 11/30/21 | 15.01 | | 14,555.33 | 6905439 |
| 01/01/2022 | utilfees | Reimb - Utility Fees 11/01/21 to 11/30/21 | 5.00 | | 14,560.33 | 6905440 |
| 01/01/2022 | electric | Electric Charge 11/01/21 to 11/30/21 | 20.39 | | 14,580.72 | 6905441 |
| 01/01/2022 | electric | Electric Charge 11/01/21 to 11/30/21 | 0.13 | | 14,580.85 | 6905442 |

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 01/01/2022 | utilfees | Pest Charge 1/01/21 to 11/30/21 | 2.00 | | 14,582.85 | 6905443 |
| 01/01/2022 | sewer | Sewer Charge 1/01/21 to 11/30/21 | 12.54 | | 14,595.39 | 6905444 |
| 01/01/2022 | trash | Trash Charge 1/01/21 to 11/30/21 | 17.34 | | 14,612.73 | 6905445 |
| 01/01/2022 | water | Water Charge 1/01/21 to 11/30/21 | 16.47 | | 14,629.20 | 6905446 |
| 01/01/2022 | scepfee | SCEP Fee 1/01/21 to 11/30/21 | 3.61 | | 14,632.81 | 6905447 |
| 01/01/2022 | rent | Rent (01/2022) | 4,619.00 | | 19,251.81 | 6941769 |
| 01/01/2022 | storage | Storage (01/2022) | 100.00 | | 19,351.81 | 6941770 |
| 01/01/2022 | waiver | Resident Liability Waiver (01/2022) | 12.00 | | 19,363.81 | 6941771 |
| 02/01/2022 | electric | Electric Charge 2/01/21 to 12/31/21 | 24.22 | | 19,388.03 | 7021527 |
| 02/01/2022 | electric | Electric Charge 2/01/21 to 12/31/21 | 0.13 | | 19,388.16 | 7021528 |
| 02/01/2022 | gas | Domestic Hot Water Charge 2/01/21 to 12/31/21 | 29.63 | | 19,417.79 | 7021529 |
| 02/01/2022 | utilfees | Reimb - Utility Fees 2/01/21 to 12/31/21 | 5.00 | | 19,422.79 | 7021530 |
| 02/01/2022 | trash | Trash Charge 2/01/21 to 12/31/21 | 20.62 | | 19,443.41 | 7021531 |
| 02/01/2022 | water | Water Charge 2/01/21 to 12/31/21 | 21.89 | | 19,465.30 | 7021532 |
| 02/01/2022 | scepfee | SCEP Fee 2/01/21 to 12/31/21 | 3.61 | | 19,468.91 | 7021533 |
| 02/01/2022 | sewer | Sewer Charge 2/01/21 to 12/31/21 | 16.91 | | 19,485.82 | 7021534 |
| 02/01/2022 | utilfees | Pest Charge 2/01/21 to 12/31/21 | 2.00 | | 19,487.82 | 7021535 |
| 02/01/2022 | rent | Rent (02/2022) | 4,619.00 | | 24,106.82 | 7063212 |
| 02/01/2022 | storage | Storage (02/2022) | 100.00 | | 24,206.82 | 7063213 |
| 02/01/2022 | waiver | Resident Liability Waiver (02/2022) | 12.00 | | 24,218.82 | 7063214 |
| 02/28/2022 | electric | Electric correction 1/2022 | 23.46 | | 24,242.28 | 7182023 |
| 02/28/2022 | electric | Electric billing correction 2/2022 | 28.34 | | 24,270.62 | 7182589 |
| 03/01/2022 | gas | Domestic Hot Water Charge 1/01/22 to 01/31/22 | 57.81 | | 24,328.43 | 7140892 |
| 03/01/2022 | utilfees | Reimb - Utility Fees 1/01/22 to 01/31/22 | 5.00 | | 24,333.43 | 7140893 |
| 03/01/2022 | electric | Electric Charge 1/01/22 to 01/31/22 | 50.77 | | 24,384.20 | 7140894 |
| 03/01/2022 | electric | Electric Charge 1/01/22 to 01/31/22 | 0.06 | | 24,384.26 | 7140895 |
| 03/01/2022 | pest | Pest Charge 1/01/22 to 01/31/22 | 2.00 | | 24,386.26 | 7140896 |
| 03/01/2022 | sewer | Sewer Charge 1/01/22 to 01/31/22 | 17.04 | | 24,403.30 | 7140897 |
| 03/01/2022 | trash | Trash Charge 1/01/22 to 01/31/22 | 17.43 | | 24,420.73 | 7140898 |
| 03/01/2022 | water | Water Charge 1/01/22 to 01/31/22 | 23.20 | | 24,443.93 | 7140899 |
| 03/01/2022 | scepfee | SCEP Fee 1/01/22 to 01/31/22 | 3.61 | | 24,447.54 | 7140900 |
| 03/01/2022 | rent | Rent (03/2022) | 4,619.00 | | 29,066.54 | 7175354 |
| 03/01/2022 | storage | Storage (03/2022) | 100.00 | | 29,166.54 | 7175355 |
| 03/01/2022 | waiver | Resident Liability Waiver (03/2022) | 12.00 | | 29,178.54 | 7175356 |
| 03/04/2022 | late | Late Fees | 100.00 | | 29,278.54 | 7186412 |
| 04/01/2022 | gas | Domestic Hot Water Charge 2/01/22 to 02/28/22 | 39.28 | | 29,317.82 | 7253767 |
| 04/01/2022 | utilfees | Reimb - Utility Fees 2/01/22 to 02/28/22 | 5.00 | | 29,322.82 | 7253768 |
| 04/01/2022 | electric | Electric Charge 2/01/22 to 02/28/22 | 40.86 | | 29,363.68 | 7253769 |
| 04/01/2022 | electric | Electric Charge 2/01/22 to 02/28/22 | 0.06 | | 29,363.74 | 7253770 |
| 04/01/2022 | water | Water Charge 2/01/22 to 02/28/22 | 25.02 | | 29,388.76 | 7253771 |
| 04/01/2022 | scepfee | SCEP Fee 2/01/22 to 02/28/22 | 3.61 | | 29,392.37 | 7253772 |
| 04/01/2022 | sewer | Sewer Charge 2/01/22 to 02/28/22 | 18.19 | | 29,410.56 | 7253773 |
| 04/01/2022 | trash | Trash Charge 2/01/22 to 02/28/22 | 19.72 | | 29,430.28 | 7253774 |
| 04/01/2022 | pest | Pest Charge 2/01/22 to 02/28/22 | 2.00 | | 29,432.28 | 7253775 |
| 04/01/2022 | rent | Rent (04/2022) | 4,619.00 | | 34,051.28 | 7292006 |
| 04/01/2022 | storage | Storage (04/2022) | 100.00 | | 34,151.28 | 7292007 |
| 04/01/2022 | waiver | Resident Liability Waiver (04/2022) | 12.00 | | 34,163.28 | 7292008 |
| 04/04/2022 | late | Late Fees | 100.00 | | 34,263.28 | 7301823 |
| 05/01/2022 | gas | Domestic Hot Water Charge 3/01/22 to 03/31/22 | 26.02 | | 34,289.30 | 7381225 |
| 05/01/2022 | utilfees | Reimb - Utility Fees 3/01/22 to 03/31/22 | 4.75 | | 34,294.05 | 7381226 |
| 05/01/2022 | electric | Electric Charge 3/01/22 to 03/31/22 | 48.38 | | 34,342.43 | 7381227 |
| 05/01/2022 | hvac | Common Area Electric Charge 3/01/22 to 03/31/22 | 66.67 | | 34,409.10 | 7381228 |
| 05/01/2022 | pest | Pest Charge 3/01/22 to 03/31/22 | 2.00 | | 34,411.10 | 7381229 |
| 05/01/2022 | sewer | Sewer Charge 3/01/22 to 03/31/22 | 18.48 | | 34,429.58 | 7381230 |
| 05/01/2022 | trash | Trash Charge 3/01/22 to 03/31/22 | 17.26 | | 34,446.84 | 7381231 |
| 05/01/2022 | water | Water Charge 3/01/22 to 03/31/22 | 25.27 | | 34,472.11 | 7381232 |
| 05/01/2022 | scepfee | SCEP Fee 3/01/22 to 03/31/22 | 3.61 | | 34,475.72 | 7381233 |
| 05/01/2022 | rent | Rent (05/2022) | 4,619.00 | | 39,094.72 | 7409193 |
| 05/01/2022 | storage | Storage (05/2022) | 100.00 | | 39,194.72 | 7409194 |
| 05/01/2022 | waiver | Resident Liability Waiver (05/2022) | 12.00 | | 39,206.72 | 7409195 |
| 05/03/2022 | | chk# 1157162-474478 COVID RELIEF PAYMENT | | 23,760.00 | 15,446.72 | 1916470 |
| 05/04/2022 | late | Late Fees | 100.00 | | 15,546.72 | 7418945 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2022 | trash | Trash Charge 04/01/22 to 04/30/22 | 18.37 | | 15,565.09 | 7486927 |
| 06/01/2022 | water | Water Charge 04/01/22 to 04/30/22 | 24.89 | | 15,589.98 | 7486928 |
| 06/01/2022 | scepfee | SCEP Fee 04/01/22 to 04/30/22 | 3.61 | | 15,593.59 | 7486929 |
| 06/01/2022 | sewer | Sewer Charge 04/01/22 to 04/30/22 | 18.19 | | 15,611.78 | 7486930 |
| 06/01/2022 | gas | Domestic Hot Water Charge 04/01/22 to 04/30/22 | (23.44) | | 15,588.34 | 7486931 |
| 06/01/2022 | utilfees | Reimb - Utility Fee 04/01/22 to 04/30/22 | 4.75 | | 15,593.09 | 7486932 |
| 06/01/2022 | electric | Electric Charge 04/01/22 to 04/30/22 | 35.35 | | 15,628.44 | 7486933 |
| 06/01/2022 | hvac | Common Area Electric Charge 04/01/22 to 04/30/22 | 65.34 | | 15,693.78 | 7486934 |
| 06/01/2022 | pest | Pest Charge 04/01/22 to 04/30/22 | 2.00 | | 15,695.78 | 7486935 |
| 06/01/2022 | rent | Rent (06/2022) | 4,619.00 | | 20,314.78 | 7524861 |
| 06/01/2022 | storage | Storage (06/2022) | 100.00 | | 20,414.78 | 7524862 |
| 06/01/2022 | waiver | Resident Liability Waiver (06/2022) | 12.00 | | 20,426.78 | 7524863 |
| 06/04/2022 | late | Late Fees | 100.00 | | 20,526.78 | 7535427 |
| 07/01/2022 | water | Water Charge 05/01/22 to 05/31/22 | 29.77 | | 20,556.55 | 7571002 |
| 07/01/2022 | scepfee | SCEP Fee 05/01/22 to 05/31/22 | 3.61 | | 20,560.16 | 7571003 |
| 07/01/2022 | sewer | Sewer Charge 05/01/22 to 05/31/22 | 21.69 | | 20,581.85 | 7571004 |
| 07/01/2022 | gas | Domestic Hot Water Charge 05/01/22 to 05/31/22 | 34.10 | | 20,615.95 | 7571005 |
| 07/01/2022 | utilfees | Reimb - Utility Fee 05/01/22 to 05/31/22 | 4.75 | | 20,620.70 | 7571006 |
| 07/01/2022 | trash | Trash Charge 05/01/22 to 05/31/22 | 19.60 | | 20,640.30 | 7571007 |
| 07/01/2022 | pest | Pest Charge 05/01/22 to 05/31/22 | 2.00 | | 20,642.30 | 7571008 |
| 07/01/2022 | electric | Electric Charge 05/01/22 to 05/31/22 | 51.66 | | 20,693.96 | 7571009 |
| 07/01/2022 | hvac | Common Area Electric Charge 05/01/22 to 05/31/22 | 79.87 | | 20,773.83 | 7571010 |
| 07/01/2022 | rent | Rent (07/2022) | 4,619.00 | | 25,392.83 | 7642326 |
| 07/01/2022 | storage | Storage (07/2022) | 100.00 | | 25,492.83 | 7642327 |
| 07/01/2022 | waiver | Resident Liability Waiver (07/2022) | 12.00 | | 25,504.83 | 7642328 |
| 07/04/2022 | late | Late Fees | 100.00 | | 25,604.83 | 7654223 |
| 08/01/2022 | gas | Domestic Hot Water Charge 06/01/22 to 06/30/22 | 35.15 | | 25,639.98 | 7729457 |
| 08/01/2022 | utilfees | Reimb - Utility Fee 06/01/22 to 06/30/22 | 4.75 | | 25,644.73 | 7729458 |
| 08/01/2022 | electric | Electric Charge 06/01/22 to 06/30/22 | 84.72 | | 25,729.45 | 7729459 |
| 08/01/2022 | hvac | Common Area Electric Charge 06/01/22 to 06/30/22 | 105.59 | | 25,835.04 | 7729460 |
| 08/01/2022 | pest | Pest Charge 06/01/22 to 06/30/22 | 2.00 | | 25,837.04 | 7729461 |
| 08/01/2022 | sewer | Sewer Charge 06/01/22 to 06/30/22 | 20.54 | | 25,857.58 | 7729462 |
| 08/01/2022 | trash | Trash Charge 06/01/22 to 06/30/22 | 18.51 | | 25,876.09 | 7729463 |
| 08/01/2022 | water | Water Charge 06/01/22 to 06/30/22 | 28.38 | | 25,904.47 | 7729464 |
| 08/01/2022 | scepfee | SCEP Fee 06/01/22 to 06/30/22 | 3.61 | | 25,908.08 | 7729465 |
| 08/01/2022 | rent | Rent (08/2022) | 4,619.00 | | 30,527.08 | 7763452 |
| 08/01/2022 | storage | Storage (08/2022) | 100.00 | | 30,627.08 | 7763453 |
| 08/01/2022 | waiver | Resident Liability Waiver (08/2022) | 12.00 | | 30,639.08 | 7763454 |
| 08/04/2022 | late | Late Fees | 100.00 | | 30,739.08 | 7776732 |

# EXHIBIT S



# NOTICE TO PAY RENT OR QUIT

## OR DELIVER DECLARATION OF COVID-19 FINANCIAL HARDSHIP

## HIGH INCOME TENANT

*(Rent Owed for the Transition Time Period pursuant to the Covid-19 Tenant Relief Act)*

To: Brittany Stillwell

and all other in possession of the premises located at: 1201 S Hope Street #2814 LA, CA 90015

WITHIN FIFTEEN (15) DAYS, excluding Saturdays and Sundays and other judicial holidays, after the service on you of this notice, you are hereby required to do one of the following **you are hereby required to do one of the following,** or legal proceedings will be instituted against you to declare the forfeiture of the lease or rental agreement under which you occupy the hereinbelow described property and to recover possession of said premises, to recover all rent past due, court costs and attorneys' fees as permitted by law, and possible additional statutory damages of up to SIX HUNDRED DOLLARS ($600.00) in accordance with California Code of Civil Procedure Section 1174(b), as a result of your failure to comply with the terms of this notice:

(1) **Pay the delinquent rent for the premises described herein, of which you now hold possession, as follows; OR**

| Date Amount Became Due | Amount | Declaration Received |
|---|---|---|
| September 1,2020 | | |
| October 1, 2020 | | |
| November 1, 2020 | | |
| December 1, 2020 | $2,589.00 | YES |
| January 1, 2021 | $3,489.00 | YES |
| February 1, 2021 | $1,810.74 | YES |
| March 1, 2021 | $3,489.00 | NO |

*(Add additional months as they become delinquent.)*



Total Delinquent Rent: $ 11,377.74

This notice does not demand rent or other payments owed prior to September 1, 2020 and Landlord reserves the right to pursue those amounts in a separate action.

Payment must be delivered as follows:

☒ By mail to: **1201 S Hope St. 8ᵗʰ Fl Management LA, CA 90015**
☒ By delivering in person to: 8ᵗʰ floor Management Office at 1201 S Hope St.
between the hours of 9am-6pm on the following days of the week Sunday -Saturday (7 days open)
☒ To the 24-hour Concierge Agents located at the on-site lobbies
☒ By electronic funds transfer procedure previously established

Name of an Agent for Landlord: Tania Martinez   Telephone Number: 213-314-0588

**(2) Deliver up possession of the premises described herein to [ Hope and Flower ], who is authorized to receive the same; OR**

**(3) Deliver a signed declaration of a COVID-19-related financial distress to the landlord AND provide documentation supporting your claim as set forth below AND, on or before June 30, 2021 pay an amount that equals at least 25 percent of each payment that came due or will come due during the period between September 1, 2020, and June 30, 2021.** *You are hereby advised that you will not be evicted for failure to comply with this Notice,* ***except as allowed by the Covid-19 Tenant Relief Act of 2020****. if you deliver a signed declaration of COVID-19-related financial distress to the landlord along with the supporting documentation on or before the date this Notice expires, by any of the methods specified in subdivision (f) of Section 1179.03 of the California Code of Civil Procedure.* A declaration of COVID-19 related financial distress is attached to this Notice for you to sign and return. You may deliver the declaration to the same address and in the same manner you deliver payment to your landlord (excluding electronic fund transfer) or

☐ Fax to: _____N/A_____

☒ Email to: hfresidentservices@onni.com

☒ Mail or in-person delivery to: 1201 S Hope St. 8ᵗʰ Fl Management LA, CA 90015

## NOTICE TO HIGH INCOME TENANT

## PER SUBDIVISION (d) OF SECTION 1179.03 OF THE CODE OF CIVIL PROCEDURE

# EXHIBIT U

**Hope + Flower**
**Los Angeles**
**CA**
**90015**

## Welcome

**Dear Brittany**

Congratulations! Your application has been approved. We are excited to have you as our newest resident(s) here at Hope + Flower!

**New Address:** Hope + Flower
1201 S Hope Street
Los Angeles , CA 90015
213-314-0588

**Additional Concession(s)**
$250 Amazon Gift Card

| | |
|---|---|
| **Summary** | |
| Apartment Number | 2118 |
| Floor Plan Name | 1 Bedroom |
| Beds | 1 |
| Bath | 1 |
| Square Feet | 599 |
| Concession(s) | $3,175.00 |

Lease From  3/17/2020
Lease To  4/16/2021

**Apartment Rates &Fees**

Rent  $3,175.00

Holding Deposit  $500.00
Application Fee  $47.50

**Due at Move-In**

Rent for 15 Days  $1,536.29

Holding Deposit  $500.00
Application Fee  $47.50
Payment  -$547.50
**Total Due  $1,536.29**

**Renter's Insurance :-**
Please set up renter's insurance for your new home and provide us with the declaration page.
The minimum coverage required is $100,000 in liability. Please also list Hope + Flower as an Additional Interest

**Utilities :-**
Please not that all of your Utilities will be setup up by Hope + Flower. Your utilities, including electricity, will be billed back to you each month by the property. You do not need to setup any utilities in your name, besides Cable/Internet.

**Lease Signing :-**
An email will be sent to you with an invitation to eSign your lease. Please read the lease in its entirety and electronically sign the document when you have finished.

**Move-in Payment :-**
Initial payment must be Certified Funds such as a Casher's Check, Money Order or Money Gram payable to Hope + Flower. Reference above for Move In Cost under Due At Move-In. Payment is due on or before your move-in date.
Please note Personal Checks and Cash are not accepted.

**Cable TV & Internet :-**
You can choose your cable/internet provider
Spectrum Representative Carl MilesDirect/Mobile: (323) 337-5175Carl.miles@charter.com

AerioConnect (Internet Service Only) PH:(213)221-4600 Option 1,2

**Freight Elevator Reservation :-**
Please contact the Resident Service Coordinator via e-mail at HFResidentServices@onni.com to reserve the freight elevator.

If you have any additional questions, please feel free to contact us at 213-314-0588

Sincerely,
*Jenna Obando*
Leasing Consultant
1201 S Hope Street
Los Angeles , CA 90015
213-314-0588
hopeflower@onni.com
ONNI.COM

The developer reserves the right to make minor modifications to building design, specifications and floor plans should they be necessary to maintain the high standards of this community. Square footages are based on preliminary measurements and are approximate. Prices, incentives, promotions and offerings may be conditional and are subject to change and withdrawal without notice. Please speak with a sales representative for details. Visual representations may not depict final designs or specifications. E&O.E.

