

FILED
JAN - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

Brittany A. Stillwell
info@brittstillwell.com
811 Wilshire Blvd., 17th Floor
Los Angeles, California 90017
Tel: 702-907-1908

PLAINTIFF APPEARING IN PRO PER

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| **BRITTANY A. STILLWELL** | **Case No. 2:22-CV-09426-JWH-JC** |
| Plaintiff, | **NOTICE TO COURT OF RELATED CRIMINAL CASE** |
| v. | |
| **CITY OF LOS ANGELES,** et al. | (PURSUANT TO GENERAL ORDER 14-03) |
| Defendants. | |

Plaintiff Brittany A. Stillwell hereby informs the Court that the above-entitled criminal case may be related to:

U.S. v. Englander, Case No. CR 20-35-JFW

U.S. v. Justin J. Kim, Case No. CR 20-154-JFW

U.S. v. George Chiang, Case No. CR 20-203-JFW

U.S. v. George Esparza, Case No. CR-20-208-JFW

U.S. v. Jose Luis Huizar, Case No. CR-20-00326-JFW, which were previously assigned to the Honorable John F. Walter;

1   The above-entitled cases may be related for the following reasons:

2         The cases arise out of the same conspiracy, common scheme, transaction, series of

3         transactions or events; and/or

4

5         The cases involve one or more defendants in common and would entail substantial

6         duplication of labor in pretrial, or trial if heard by different judges.

7   Specifically, this case stems from the same underlying federal investigations and relevant Los

8   Angeles City officials are defendants, subjects and/or likely witnesses in the related cases.

9

10

11

12      Dated: January 4, 2023

13                         /s/ Brittany A. Stillwell      ,

14                            Brittany A. Stillwell

15                    PLAINTIFF APPEARING IN PRO PER

16

17

18

19

20

21

22

23

24

25

26

27

28