UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09426-JWH-JC | Date | January 4, 2023 |
|---|---|---|---|
| Title | Brittany A. Stillwell v. City of Los Angeles, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS) **ORDER REGARDING (1) SERVICE OF PROCESS; AND (2) REQUIREMENTS FOR PREPARATION AND SUBMISSION OF DOCUMENTS**

This case has been referred to Magistrate Judge Jacqueline Chooljian. Plaintiff is advised that, under Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint must be accomplished on each named defendant within 90 days after the filing of the complaint. The 90-day period will expire on **March 27, 2023**. Plaintiff shall also file a separate proof of service for each defendant served within the 90-day period. **Plaintiff is cautioned that her failure to effectuate proper service by that date may result in dismissal of the action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service.**

Plaintiff is further advised of the following requirements for preparing and submitting documents in this case:

1. Except as otherwise specified in this paragraph and noted below, all documents concerning this case that plaintiff seeks to file are to be submitted for filing either in person at the filing window or by mail, addressed to: "Clerk, U.S. District Court, Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Room 180 (Terrace Level), Los Angeles, CA 90012-1565." A non-incarcerated pro se plaintiff may file documents electronically in this case if he/she has been granted leave to do so in accordance with Local Rule 5-4.1.1.[1] A state prisoner pro se plaintiff who is

[1]Alternatively, under a new system – the "Electronic Document Submission System for People without Lawyers" – people who are not represented by attorneys may now submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. EDSS is not the same as filing documents electronically in the Court's CM/ECF System. Registration is not required to use EDSS and people who are not represented by attorneys do not need a PACER account. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. An email confirmation is sent to the filer, upon receipt of the document. Court staff will then review the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09426-JWH-JC | Date | January 4, 2023 |
|---|---|---|---|
| Title | Brittany A. Stillwell v. City of Los Angeles, et al. | | |

incarcerated at a participating facility[2] and asserting claims under 42 U.S.C. § 1983 must submit documents for filing by electronic mail absent an applicable exception. See General Order No. 18-02.

2. Each document submitted must bear the above title and case number (including initials which identify assigned judges). Each document should have at least a one-inch margin at the top of each page, and should be printed or handwritten clearly, on one side of the paper only.

3. Plaintiff must send the Court one original (or, if plaintiff is not authorized or required to file documents electronically and wishes to receive a conformed copy stamped with the filing date, one original and one copy) of each document submitted for filing. (The original and any copies should be submitted/mailed in one envelope so that it is clear that they are not separate filings.) If plaintiff cannot make photocopies or printed copies, clear handwritten copies are acceptable. Plaintiff is advised to keep a copy of any document sent to the Court.

4. Plaintiff is advised to keep a copy of any document sent to the court. If plaintiff wants the court to send back a conformed copy (stamped with the filing date), plaintiff must include an extra copy (or an extra copy of just the first page of the document) with the original submitted for filing.

5. Once a defendant has been served with the complaint and summons, plaintiff must mail a copy of every new document submitted to the court for filing to such defendant, or if such defendant is represented by counsel, to defense counsel (at the address given on court orders or on defense filings). Plaintiff must attach to each new document submitted to the court for filing a "proof of service" stating, under penalties of perjury, that a copy of the document was mailed to such defendant/defense counsel, the address to which it was mailed, and when it was mailed. Any document submitted to the Court without a proof of service may be returned to the submitting party without consideration by the Court.

6. At the top of the first page of any document submitted for filing, plaintiff must give her name and mailing address, including any prisoner number or other identification number along with any other information required for mail to be delivered to plaintiff. The court will presume that the address given by plaintiff is correct and will continue to use it until otherwise informed. As long as this

---

document for compliance with applicable local or federal rules prior to filing as is done currently for documents received by mail or in person. Documents received through EDSS will not be considered filed until court staff have uploaded them onto CM/ECF, but the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF. To access EDSS and for additional information, parties may visit the website https://apps.cacd.uscourts.gov/edss.

[2]Participating facilities are: California State Prison, Los Angeles County; California Men's Colony; California Institution for Men; California Institution for Women; California Rehabilitation Center; Chuckawalla Valley State Prison; and Ironwood State Prison. See General Order No. 18-02.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09426-JWH-JC | Date | January 4, 2023 |
|---|---|---|---|
| Title | Brittany A. Stillwell v. City of Los Angeles, et al. | | |

action is pending, plaintiff must immediately notify the court and defense counsel of any change of address, and of the new address and its effective date. Plaintiff is cautioned that, if she fails to keep the court informed of a correct mailing address, this action may be dismissed under Local Rule 41-6 which provides as follows:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and e-mail address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

7. Plaintiff is cautioned that Local Rule 83-2.5 prohibits parties from writing letters to the court and plaintiff is directed not to do so. All matters shall be called to the court's attention by appropriate application or motion filed in compliance with the above-stated requirements and the Local Rules.

Plaintiff's compliance with these requirements, and with all other court rules, will help the court to avoid unnecessary delays in deciding this case.

Plaintiff is also advised that there are now Federal "Pro Se" Clinics in this district in Los Angeles, Riverside, and Santa Ana. The Clinics offer on-site information and guidance to individuals who are representing themselves (proceeding pro se) in federal civil actions. The Clinics are administered by non-profit organizations, not by the Court.

The Clinic in Los Angeles is administered by Public Counsel and is located in the Edward Roybal R. Federal Building and United States Courthouse, 255 East Temple Street, Suite 170, Terrace Level, Los Angeles, CA 90012. The Los Angeles Clinic is open **by appointment only** on Mondays, Wednesdays, and Fridays, 9:30 a.m. – 12:00 p.m. and 2:00 p.m. – 4:00 p.m. To schedule an appointment or for more information, call the Clinic at (213-385- 2977, ext. 270) or using an internet portal (http://prose.cacd.uscourts.gov/ los-angeles) through which you may also submit requests/questions.

The Joint Federal Pro Se Clinic in Riverside is administered by Public Service Law Corporation and is located in the George E. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, CA 92501. The Riverside Clinic is a walk-in clinic and its hours are Tuesdays and Thursdays, 10:00 a.m. – 2:00 p.m. The Riverside Clinic generally sees visitors on a first come, first served basis. For more information call Public Service Law Corporation at 951-682-7968.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09426-JWH-JC | Date | January 4, 2023 |
|---|---|---|---|
| Title | Brittany A. Stillwell v. City of Los Angeles, et al. | | |

The Clinic in Santa Ana is administered by the Public Law Center and is located in the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055 (first floor), Santa Ana, CA 92701. The Santa Ana Clinic hours are Tuesday, 1:00 p.m. - 4:00 p.m., and Thursday, 10:00 a.m. – 12:00 p.m. and 1:30 p.m. – 3:30 p.m. For more information call the Public Law Center at (714) 541-1010 (x222).

Much useful information is also available on the Clinic website which is accessible at http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

IT IS SO ORDERED.