Brittany A. Stillwell
info@brittstillwell.com
8 Century Avenue, IFC Tower 2, Floor 8
Pudong District, Shanghai, China 200120
Tel: 702-907-1908
PLAINTIFF APPEARING IN PRO PER

# U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRITTANY A. STILLWELL**, *an individual*<br><br>    Plaintiff,<br>v.<br><br>**CITY OF LOS ANGELES** et al.<br><br>    Defendants. | Case No. 2:22-cv-09426-JWH-JC<br>*Hon. John W. Holcomb*<br>*Referred to Hon. Jacqueline Chooljian*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

## [PROPOSED] ORDER

Plaintiff, BRITTANY A. STILLWELL, moves for leave to file a supplemental complaint. After considering the parties' submissions and oral argument, the Court GRANTS Plaintiff's motion (ECF No. 30).

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL COMPLAINT
1

Defendants may file a motion to dismiss Plaintiff's supplemental complaint within twenty-eight days (28) of the date of this Order. Plaintiffs must oppose the motion within fourteen (14) days of the date the motion is filed. Defendants will have seven (7) days to reply. The Court will decide the motion to dismiss on the papers.

IT IS THEREFORE ORDERED that PLAINTIFF'S Motion is GRANTED.

Dated: May_____, 2023

_____,
Hon. Jacqueline Chooljian,
U.S. Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL COMPLAINT