UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY A. STILLWELL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, ONNI REAL ESTATE IX, LLC, ONNI REAL ESTATE HOLDINGS LTD., KIMBALL TIREY AND ST. JOHN LLP, CHRIS JAMES EVANS, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:22-cv-09426-JWH-JC <br><br> **ORDER ADDRESSING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [ECF Nos. 25, 27, & 31]** |

The Court has conducted the review required by 28 U.S.C. § 636, and it hereby **ACCEPTS in part** and **REJECTS in part** the findings, conclusions, and recommendations of the Magistrate Judge reflected in the July 19, 2023, Report and Recommendation of United States Magistrate Judge,[1] as indicated below. Specifically, it is hereby **ORDERED** as follows:

1. In February 2023, Defendant City of Los Angeles (the "City") filed a motion to dismiss the claims that Plaintiff Brittany A. Stillwell asserted against the City in her Complaint.[2] In July 2023, after Stillwell opposed the City's Motion to Dismiss[3] and after the issuance of the Report and Recommendation (which recommended the dismissal of this action as against the City), Stillwell purported to dismiss her claims against the City *without prejudice* pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.[4] The City has not filed an answer or a motion for summary judgment, so the Court will treat Stillwell's Notice of Dismissal as if she had properly invoked Rule 41(a)(1)(A)(i). The City is **DISMISSED without prejudice**, and the City's Motion to Dismiss is **DENIED as moot**.

2. In March 2023, Stillwell filed a motion for leave to file a Supplemental Complaint.[5] The Court agrees with the Report and Recommendation; Stillwell's Motion is **DENIED without prejudice**.

---

[1] Report & Recommendation of U.S. Magistrate Judge (the "Report and Recommendation") [ECF No. 43].

[2] Def. City's Mot. to Dismiss Compl. as against the City (the "City's Motion to Dismiss") [ECF No. 25].

[3] See Pl.'s Opp'n to the City's Motion to Dismiss [ECF No. 32].

[4] See Not. of Dismissal of the City Pursuant to Rule 41(a) (the "Notice of Dismissal") [ECF No. 44]. Stillwell did not invoke Rule 41(a)(1)(A)(i), which permits a plaintiff to dismiss her claims with or without prejudice, so long as the defendant has not filed an answer or a motion for summary judgment.

[5] Pl.'s Mot. for Leave to File Supplemental Complaint ("Stillwell's Motion") [ECF No. 31].

3. Also in March 2023, Defendant Onni Real Estate IX, LLC and Onni Real Estate Holdings Ltd. (jointly, the "Onni Defendants") also filed a motion to dismiss Stillwell's Complaint.[6] The Court agrees with the Report and Recommendation; the Onni Defendants' Motion to Dismiss is **GRANTED** to the extent that it is predicated on Rule 8. Stillwell's claims against the Onni Defendants are **DISMISSED with leave to amend**.

4. Stillwell is **DIRECTED** to file an amended pleading, if at all, no later than September 22, 2023. Stillwell's amended pleading must satisfy the following conditions:

    a. it must be labeled "First Amended Complaint";

    b. it must be complete in and of itself and must not refer in any manner to the original Complaint—*i.e.*, it must include all claims on which Stillwell seeks to proceed, *see* L.R. 15-2;

    c. it must contain a "short and plain" statement of each claim for relief "showing that [Stillwell] is entitled to relief," Fed. R. Civ. P. 8(a);

    d. it must make each allegation "simple, concise and direct" and must contain factual allegations in clear short, concise, numbered paragraphs, each "limited as far as practicable to a single set of circumstances," Fed. R. Civ. P. 8(d)(1) & 10(b);

    e. it must set forth clearly the sequence of events giving rise to the claims for relief;

    f. it must reflect which claims are brought against which defendant(s) and must allege specifically what each defendant did and how that defendant's conduct specifically violated Stillwell's rights;

---

[6] Onni Defs.' Motion to Dismiss (the "Onni Defendants' Motion to Dismiss") [ECF No. 27].

    g. it must not add defendants or claims that are not related to the claims asserted in the Complaint;

    h. it must name all parties in the caption/title, *see* Fed. R. Civ. P. 10(a);

    i. it must sue no more than 10 Doe Defendants, *see* L.R. 19-1; and

    j. it must set forth "each claim founded on a separate transaction or occurrence . . . in a separate count," Fed. R. Civ. P. 10(b).

  5. If Stillwell chooses to file an amended pleading, then she is also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to Complaint that provides the Court with a redline version that shows the amendments. If Stillwell fails to file its amended pleading by September 22, 2023, then the Court will **DISMISS** Plaintiff's Complaint **with prejudice** and will enter judgment accordingly.

  6. If Stillwell files an amended pleading by September 22, 2023, then the remaining Defendants are **DIRECTED** to file their respective responses thereto no later than October 13, 2023.

  7. The Clerk is **DIRECTED** serve copies of this Order on Stillwell and on counsel for each Defendant.

  **IT IS SO ORDERED.**

Dated: September 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE