Brittany A. Stillwell
info@brittstillwell.com
8 Century Avenue, IFC Tower 2, Floor 8
Pudong District, Shanghai, China 200120
Tel: 702-907-1908
PLAINTIFF APPEARING IN PRO PER

# U.S. DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRITTANY A. STILLWELL**, *an individual*<br><br>Plaintiff,<br>v.<br><br>**CITY OF LOS ANGELES** et al.<br><br>Defendants. | Case No. 2:22-cv-09426-JWH-JC<br>*Hon. John W. Holcomb*<br>*Referred to Hon. Jacqueline Chooljian*<br><br><br>**PLAINTIFF'S EXPERT DISCLOSURE** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD: Plaintiff Brittany A. Stillwell ("Stillwell") respectfully submits Plaintiff's Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2), and pursuant to the scheduling order entered by the Court on February 12, 2024 (ECF No. 72).

**I. Plaintiff's Fed. R. Civ. P. 26(a)(2):**

As of September 13, 2024, Plaintiff has not retained any expert witnesses. Plaintiff relies in good faith that all parties will reach a settlement agreement prior to trial, which is currently

PLAINTIFF'S EXPERT DISCLOSURE
1

scheduled on March 10, 2025. Plaintiff respectfully reserves her right to supplement Initial Expert Disclosures accordingly.

Dated: September 13, 2024

                                        /s/ Brittany A. Stillwell,
                                        Brittany A. Stillwell, *Plaintiff*
                                        Appearing in Pro Per