JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY A. STILLWELL,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity;<br>ONNI REAL ESTATE IX, LLC, a Delaware limited liability company;<br>ONNI REAL ESTATE HOLDINGS LTD, a Canadian limited corporation;<br>KIMBALL, TIREY & ST. JOHN LLP, a Louisiana Debt Collection Agency;<br>CHRIS JAMES EVANS, an individual; and<br>DOES 1-7, inclusive,<br><br>      Defendants. | Case No. 2:22-cv-09426-JWH-JC<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motions to Dismiss [ECF Nos. 74 & 75]" entered substantially contemporaneously herewith, and in accordance with Rules 8 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and § 1367.

2. The operative pleading is the Second Amended Complaint [ECF No. 73] filed by Plaintiff Brittany A. Stillwell.

3. Defendant City of Los Angeles was **DISMISSED without prejudice** on or about July 23, 2023.

4. Defendants Does 1-7, inclusive, are **DISMISSED**.

5. Defendants Onni Real Estate IX, LLC; Onni Real Estate Holdings Ltd; Kimball, Tirey, & St. John LLP; and Chris James Evans shall have **JUDGMENT** in their **FAVOR** and **AGAINST** Plaintiff Brittany A. Stillwell. Plaintiff Brittany A. Stillwell shall take nothing by way of her Second Amended Complaint.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 19, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE