Eli Gordon (SBN 252823)
Tiffany D. Truong (SBN 292463)
KIMBALL, TIREY & ST. JOHN LLP
915 Wilshire Blvd., Suite 1650
Los Angeles, California 90017
Telephone: (213) 337-0050
Facsimile: (213) 929-2212
Email:  Eli.Gordon@kts-law.com
Email:  Tiffany.Truong@kts-law.com

Attorneys for Defendants,
KIMBALL, TIREY & ST. JOHN LLP;
CHRIS JAMES EVANS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY A. STILLWELL,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES, a municipal entity; ONNI REAL ESTATE IX, LLC, a Delaware limited liability company; ONNI REAL ESTATE HOLDINGS LTD, a Canadian limited corporation; KIMBALL, TIREY & ST. JOHN LLP, CHRIS JAMES EVANS, an individual; and Does 1-50 INCLUSIVE<br><br>           Defendants. | Case No.: 2:22-CV-09426-JWH-JC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Complaint filed: December 27, 2022<br><br>Judge:         Hon. John W. Holcomb<br>Trial Date:    Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Tiffany D. Truong, attorney for Defendants, KIMBALL, TIREY & ST. JOHN LLP; CHRIS JAMES EVANS, in the above-referenced matter, will be unavailable due to a personal vacation from June 18th, 2025, through July 7th, 2025.

1
2
3  Dated: June 16, 2025                KIMBALL, TIREY & ST. JOHN, LLP
4                                      By: */s/ Tiffany D. Truong*
5                                      Tiffany D. Truong, Attorney for Defendants
                                       KIMBALL, TIREY & ST. JOHN LLP;
6                                      CHRIS JAMES EVANS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Beverly Banner, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the within action. I am employed in the County of Los Aneles, California, in which county the within-mentioned mailing occurred. My business address is 915 Wilshire Blvd., Suite 1650, Los Angeles, CA 90017.

On June 16, 2025, I served the following document(s):

## NOTICE OF UNAVAILABILITY OF COUNSEL

on the following parties:

Brittany A. Stillwell
811 Wilshire Blvd., 17th Floor
Los Angeles, California 90017
Email: info@brittstillwell.com

*Plaintiff – In Proper*

**XX**    **(ELECTRONICALLY)** I caused this document(s) to be electronically filed with the court and a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil for all attorneys who have consented to electronic service. Attorneys not registered for the CM/ECF system or who did not consent to electronic service must be served as otherwise provided by the Federal Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2025, at Los Angeles, California.

/s/ Beverly Banner
_____
Beverly Banner

Kimball, Tirey & St. John LLP
Attorneys At Law

3    Case No.: 2:22-CV-09426-JWH-JC
NOTICE OF UNAVAILABILITY OF COUNSEL