UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRITTANY ANN STILLWELL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity,<br><br>Defendant,<br><br>and<br><br>ONNI REAL ESTATE IX, LLC, a Delaware limited liability company; et al.,<br><br>Defendants - Appellees. | No. 24-6422<br><br>D.C. No.<br>2:22-cv-09426-JWH-JC<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered April 24, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT